# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>  Defendants. | Case No. 1:19-cv-00496-LJO-EPG<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff, Michael N. Anhar, is proceeding *pro se* in this action. (ECF No. 1.) On April 17, 2019, Plaintiff submitted an application to proceed *in forma pauperis*. (ECF No. 2.) Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of *pro se* complaints filed *in forma pauperis* to determine whether the complaint is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the

1

extent that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __April 23, 2019__         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE