**MICHAEL N. ANHAR**   🏠 3183 KENDRA COURT   📞 (209) 669-3909
TURLOCK CA 95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM



FILED
MAY 01 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

## DOCKET CORRECTION REQUEST
VIA FIRST-CLASS MAIL

April 29, 2019

Clerk's OfficeMichael N. Anhar v. Citibank, N.A.
United States District CourtNo. 1:19-cv-00496-LJO-E PG
2500 Tulare St Ste 1501
Fresno CA  93721-1322

Hello:

I'm the self-represented plaintiff in the above-referenced case. The case docket lists the defendant as:

```
Citibank, N.A.
subsidiary of bank holding company Citigroup, Inc.
```

This is technically inaccurate, as there's no comma between Citigroup and Inc. (there's only a single space). So, the correction should read:

```
Citibank, N.A.
subsidiary of bank holding company Citigroup Inc.
```

Please correct your records accordingly, and thank you for your assistance.

Appreciatively,

*[signature]*

MICHAEL N. ANHAR
*Plaintiff, Self-Represented*

RECEIVED
MAY 01 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK