1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL N. ANHAR,                         Case No. 1:19-cv-00496-LJO-EPG

12               Plaintiff,                     **ORDER GRANTING MOTION TO**
                                                **CORRECT DEFENDANT'S NAME ON**
13          v.                                  **DOCKET**

14                                              **(ECF No. 5)**

15   CITIBANK, N.A.,
     subsidiary of bank holding company
     Citigroup Inc.,
16

17               Defendant.

18        Plaintiff's motion to correct the defendant's name on the docket (ECF No. 5) is granted.

19   The Clerk of the Court is directed to remove the comma between "Citigroup" and "Inc." on the

20   Court's docket such that Defendant's name is now designated as "Citibank, N.A., subsidiary of

21   bank holding company Citigroup Inc."

22

23

24   IT IS SO ORDERED.

25       Dated:   **May 6, 2019**                  /s/ _Erica P. Grosjean_

26                                              UNITED STATES MAGISTRATE JUDGE

27

28