Michael N. Anhar
3183 Kendra Ct.
Turlock, CA, 95382-1335
P: (209) 669-3909
michael.anhar@gmail.com
*Plaintiff, Self-Represented*



UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, | Case No. 1:19-cv-00496-LJO-EPG |
| Plaintiff; | **Verified Motion to Use CM/ECF** |
| v. | |
| **Citibank, N.A.**, subsidiary of bank holding company Citigroup Inc. | Hearing<br>Date:<br>Time: **HEARING**<br>Ctrm.: **WAIVED** |
| Defendant. | Judge: |

Under L.R. 133(b)(3), Plaintiff Michael N. Anhar moves the Court to grant him permission to use CM/ECF in this case. This motion is made in the interest of justice, judicial economy, improved workflow, and overall enhanced efficiency, accessibility, and reliability for all involved. It's based on this motion, including Mr. Anhar's below affirmations, all the papers, files, and records of this case, any other evidence that may be presented at any

hearing that may be held on this motion or at any point permitted thereafter, and on any other matters the Court deems appropriate.

Under L.R. 230(h)[1], in support of his motion, Mr. Anhar, an adult and California resident with personal knowledge of the below facts, who if called as a witness could competently testify thereto, affirms he has:

1. an extensive 15-year IT background;
2. been using computer technologies for over 25 years overall;
3. trained countless individuals in the use of various technologies;
4. regular access to the technology needed to e-file;
5. an Upgraded PACER Account;
6. reviewed the PACER User Manual;
7. participated in the PACER Training Site;
8. already uses PACER regularly to track the progress of this case;
9. reviewed the District's CM/ECF User Manual;
10. completed various CM/ECF Electronic Learning Modules;
11. reviewed the District's ECF registration information; and
12. reviewed local and federal rules governing e-filing/e-signatures.

///

///

///

---

[1] *see also* Fed. R. Civ. P. 78(b)

1   Per 28 U.S.C. § 1746(b)[2], I verify under penalty of perjury that the

2   foregoing is true and correct.

Executed: May 2, 2019
in Turlock, California, U.S.A.

MICHAEL N. ANHAR
*Plaintiff, Self-Represented*
3183 Kendra Ct.
Turlock, CA, 95382-1335
P: (209) 669-3909
michael.anhar@gmail.com

---

[2] *See also Johnson v. Meltzer*, 134 F.3d 1393 (9th Cir. 1998) ("[A] verified motion functions as an affidavit."); *cf.* Calif. Civil Code § 2015.5.

UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar,** | Case No. 1:19-cv-00496-LJO-EPG |
| Plaintiff; | **[Proposed] Order Granting Verified Motion to Use CM/ECF** |
| v. | (ECF No. 5) |
| **Citibank, N.A.,** | |
| Defendant. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action. (ECF No. 1; 4.) On May 6, 2019, Plaintiff submitted his Verified Motion to Use CM/ECF for consideration without hearing/oral argument. (ECF No. 5.) The Court has reviewed all the papers, files, and records of this case and is fully informed. Having considered the request—in light of L.R. 133(b)(3); L.R. 230(h); Fed. R. Civ. P. 78(b); and 28 U.S.C. § 1746(b)—the Court finds good cause exists. Accordingly, Plaintiff's Motion to Use CM/ECF in this

1

1  case is GRANTED.

2

IT IS SO ORDERED.
3

4  Dated: _____      _____

5                                     UNITED STATES MAGISTRATE JUDGE