UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 1:19-cv-00496-LJO-EPG<br><br>ORDER GRANTING REQUEST FOR PERMISSION TO FILE DOCUMENTS THROUGH CM/ECF<br><br>(ECF No. 7) |

Plaintiff, Michael N. Anhar, is proceeding *pro se* in this civil lawsuit. Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system. (ECF No. 7.) Plaintiff represents that he has an extensive IT background, has been using computer technologies for over 25 years, and has trained individuals in the use of various technologies; that he has regular access to the technology needed to e-file; that he has a PACER account, has reviewed PACER and CM/ECF manuals and information, has completed PACER and CM/ECF training, and already uses PACER to regularly track progress of this case; and that he has reviewed local and federal rules governing e-filing and e-signatures.

    The request for leave to file documents through CM/ECF is GRANTED. The Clerk of the Court is directed to mail to Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service." Plaintiff shall be responsible for filing all documents in paper form, until such time as Plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form

and is issued a login and password.  In addition, Plaintiff must provide to the clerk and must maintain a working email address.

IT IS SO ORDERED.

Dated:  **September 17, 2019**              /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE