1  Michael N. Anhar
2  3183 Kendra Ct.
   Turlock, CA, 95382-1335
3  P: (209) 669-3909
   michael.anhar@gmail.com
4  *Plaintiff, Self-Represented*

5

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | Michael N. Anhar_____, | No: 1:19-cv-00496-LJO-EPG |

12 |              Plaintiff,       | PETITION BY PRO SE LITIGANT |
                                    FOR ECF REGISTRATION and
13 | vs.                           | CONSENT TO ELECTRONIC SERVICE |

14 | Citibank, N.A._____,  |

15 |              Defendant(s).    |

16 | _____/ |

17

18      Beginning January 3, 2005, all cases filed and pending in the Eastern District of

19 California are subject to electronic filing, service (ECF) and electronic case storage procedures

20 (CM).

21      By submitting this ECF Registration Form, I understand:

22      1.      Registration herein is for ECF use in this case only.

23      2.      The login and password issued by the court shall serve as and constitute my

24              signature. Therefore, I must protect and secure the password issued by the court. If

25              there is any reason to suspect the password has been compromised in any way, it

26              is my duty and responsibility to immediately notify the court.  The court will

27              immediately delete the password from the electronic filing system and issue a new

28              password.

3. This petition constitutes: (1) consent to receive service electronically and waiver of the right to receive service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). **Note: Service of Summons and Complaint pursuant to Federal Rule of Civil Procedure 4 are not encompassed by electronic service.** Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Service by electronic means is complete upon transmission of the Notice of Electronic Filing.

4. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. **PACER involves a separate, free registration.** Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER website (http://pacer.psc.uscourts.gov).

5. By this registration, I understand that the specific procedures which control electronic filing can be found in the Local Rules and CM/ECF User's Manual, all of which can be accessed on the Court's website. I agree to periodically access these Rules and Manual in order to understand electronic filing requirements, and any changes which may be later implemented. Serious and/or sustained failure to abide by those procedures may result in a termination of electronic filing privileges.

DATED: Sept. 20, 2019

_____
Signature