# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>   Plaintiff,<br><br>   v.<br><br>CITIBANK, N.A.,<br>subsidiary of bank holding company<br>Citigroup Inc.,<br><br>   Defendant. | Case No. 1:19-cv-00496-LJO-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SCREEN COMPLAINT<br><br>(ECF No. 9) |

Plaintiff, Michael N. Anhar, is proceeding *pro se* and *in forma pauperis*, in this action alleging claims against Defendant, Citibank, N.A., for breach of contract, violations of the Truth in Lending Act, and violations of the Fair Credit Billing Act. (ECF No. 1.) Plaintiff filed the complaint commencing this action on April 17, 2019. (*Id.*) On June 17, 2019, Plaintiff filed a motion requesting that the Court screen the complaint and authorize service upon Defendant. (ECF No. 9.)

The Court understands that Plaintiff would like to proceed with the prosecution of his case as quickly as possible. However, the Eastern District of California is one of the busiest courts in the nation, and the judges in this district carry some of the heaviest caseloads in the nation. Complaints filed by plaintiffs proceeding *in forma pauperis* are screened as soon as is practicable

in light of this Court's heavy caseload.

The complaint has now been screened in due course. (ECF No. 11.) Accordingly, IT IS ORDERD that Plaintiff's motion for screening (ECF No. 9) is DENIED as moot.

IT IS SO ORDERED.

Dated: __**October 3, 2019**__  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE