UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR, | Case No. 1:19-cv-00496-LJO-EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| | (ECF No. 11) |
| CITIBANK, N.A., *et al.*, | |
| Defendants. | |

Plaintiff, Michael N. Anhar, is proceeding *pro se* and *in forma pauperis* with this action alleging claims against Defendant, Citibank, N.A., for breach of contract, violations of the Truth in Lending Act, and violations of the Fair Credit Billing Act. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2019, the assigned magistrate judge entered findings and recommendations recommending that the case proceed on the following claims: civil violations of the Truth in Lending Act, civil violations of the Fair Credit Billing Act, and state law breach of contract. In addition, the magistrate judge recommended that all other claims be dismissed with prejudice for failure to state a claim.

Plaintiff was provided an opportunity to file objections to the findings and

1

recommendations within twenty-one days. Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court hereby orders that:

1. The findings and recommendations entered September 24, 2019 (ECF No. 11) are adopted in full;
2. This action now proceeds against Defendant, Citibank, N.A., on Plaintiff's claims for civil violations of the Truth in Lending Act, civil violations of the Fair Credit Billing Act, and state law breach of contract;
3. All remaining claims are dismissed with prejudice for failure to state a claim; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **November 13, 2019**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE