**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | Case No. 1:19-cv-00496-LJO-EPG<br><br>**ORDER FINDING THE COMPLAINT APPROPRIATE FOR SERVICE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN**<br><br>(ECF Nos. 11, 14)<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff, Michael N. Anhar, is proceeding *pro se* and *in forma pauperis* in this action against Defendant, Citibank, N.A., for breach of contract, violations of the Truth in Lending Act, and violations of the Fair Credit Billing Act. On September 24, 2019, the undersigned entered findings and recommendations recommending that all claims in the action be dismissed except the following: civil violations of the Truth in Lending Act, civil violations of the Fair Credit Billing Act, and state law breach of contract. (ECF No. 11.)

　　　　On November 13, 2019, the assigned district judge, Chief District Judge Lawrence J. O'Neill, adopted the findings and recommendations in full. (ECF No. 14.)  Therefore, the Court finds that Plaintiff's complaint is appropriate for service of process.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1. Service is appropriate for the following defendant:

　　　　　　**a.  Citibank, N.A.;**

　　　　2. The Clerk of Court shall SEND Plaintiff two (2) USM-285 forms, two (2)

summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on April 17, 2019 (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Two completed USM-285 forms (one for delivery to an agent of the corporation and one for mailing to the corporation);

   b. Two completed summons for Citibank, N.A.;

   c. Three (3) copies of the endorsed Complaint;

4. Plaintiff need not attempt service on the defendant(s) and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **November 15, 2019**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2