Michael N. Anhar
3183 Kendra Ct.
Turlock, CA, 95382-1335
Tel: (209) 669-3909
michael.anhar@gmail.com
*Plaintiff, Self-Represented*

UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, <br><br>           Plaintiff; <br><br> v. <br><br> **Citibank, N.A.**, <br><br>           Defendant. | Case No. 1:19-cv-00496-LJO-EPG <br><br> **Notice of Request to Seal Documents** <br><br> *Hearing Waived/Not Applicable* |

TO THE HON. MAG. JUDGE ERICA P. GROSJEAN:

PLEASE TAKE NOTICE THAT Plaintiff, Michael N. Anhar, who's proceeding *pro se* and *in forma pauperis* ("IFP"), has submitted to this Court, per L.R. 141(b), a Request to Seal Documents, along with a proposed order and file-stamped copy of the document sought to be sealed.

The Request asks this Court to seal Pl. Anhar's five-page IFP application, which was conventionally filed 04/17/19 and granted 04/23/19.

(ECF No. 2; 4.) The Request is made in the interest of privacy and is supported by the E-Government Act of 2002,[1] Fed. R. Civ. P. 5.2(d), and Cal. Gov't. Code § 68633(f).

The Request, proposed order, and file-stamped copy of Pl. Anhar's IFP application have been submitted, per L.R. 141(b), via email to this Court's proposed-orders email box/address. These documents weren't served on Def. Citibank, as doing so would clearly be inappropriate both given the nature of the document sought to be sealed and the fact that the defendant hasn't yet been served process or appeared in this case.

Dated: Dec. 16, 2019

MICHAEL N. ANHAR
*Plaintiff, Self-Represented*

---

[1] Pub. L. No. 107–347, 116 Stat. 2899 (2002) [*see, esp.*, §§ 205(c)(2) and (c)(3)(A)(iv)].