UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br>subsidiary of bank holding company Citigroup Inc.,<br><br>    Defendant. | Case No. 1:19-cv-00496-LJO-EPG<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS<br><br>(ECF No. 22) |

    Plaintiff, Michael N. Anhar, is proceeding *pro se* and *in forma pauperis* in this action alleging claims against Defendant, Citibank, N.A., for breach of contract, violations of the Truth in Lending Act, and violations of the Fair Credit Billing Act. (ECF No. 1.) On December 16, 2019, Plaintiff filed a "Notice of Request to Seal Documents," in which Plaintiff requested that the Court seal his application to proceed *in forma pauperis*. (ECF No. 20.) On December 17, 2019, the undersigned entered an order denying Plaintiff's request. (ECF No. 21.) On December 18, 2019, Plaintiff filed objections to that order. (ECF No. 22.) The undersigned interprets the objections as a request for reconsideration under 28 U.S.C. § 636(b)(1)(A) and refers the request to the District Judge.

This case has been referred to a Magistrate Judge under 28 U.S.C. § 636(a), (b)(1)(A), and Local Rule 302. Under § 636(b)(1)(A),

> Notwithstanding any provision of law to the contrary—
>
> (A)   A judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A).

Under Local Rule 302, Magistrate Judges are to "perform all duties permitted by 28 U.S.C. § 636(a), (b)(1)(A), or other law where the standard of review of the Magistrate Judge's decision is clearly erroneous or contrary to law." Local Rule 302(a); *see* Local Rule 302(c) (setting forth specific duties referred to Magistrate Judges); Local Rule 302(a) (stating that the specific described duties enumerated in 302(c) "are not to be considered a limitation on this general grant" of authority to Magistrate Judges).

The Court interprets Plaintiff's objections (ECF No. 22) as a request for reconsideration by the District Judge under 28 U.S.C. § 636(b)(1)(A) and REFERS the request to Chief Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated:   **December 19, 2019**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2