Fill out form and print 4 copies. Sign and date all copies and route as specified below.

U.S. Department of Justice
United States Marshals Service




# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Eastern District of California

TO: CITIGROUP INC.
388 Greenwich St.
New York, NY 10013

Civil Action, File Number 1:19-CV-00496-LJO-EPG

Michael N. Anhar

v.

Citibank, N.A.

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 30 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

12/13/2019
Date of Signature

SARA DEPPE
Digitally signed by SARA DEPPE
Date: 2019.12.13 11:40:43 -08'00'
Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

2029 Century Park East
Street Number and Street Name or P.O. Box No.

Los Angeles, CA 90067
City, State and Zip Code

*Marcos D. Sasso, Esq.*
Signature

Ballard Spahr LLP, Counsel for Citigroup Inc
Relationship to Entity/Authority to Receive Service of Process

Through Mail from Citigroup Inc

1/9/2020
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Michael N. Anhar | COURT CASE NUMBER<br>1:19-cv-00496-LJO-EPG |
| DEFENDANT<br>CITIBANK, N.A., subsidiary of bank holding company CITIGROUP INC. | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITIGROUP INC. (serve any CORPORATE OFFICER –or– managing/general/authorized agent AT THIS ADDRESS)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
388 Greenwich St, New York NY  10013-2375

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Michael N Anhar<br>3183 Kendra Ct<br>Turlock CA  95382-1335 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
CITIGROUP INC.'s phone #: (212) 559-1000 or (800) 285-3000. This is an office building on the corner of Greenwich St. and N. Moore St. in Tribeca in Lower Manhattan. It's open M–F from 8 a.m.–6 p.m. (ET). ▶▶Don't be mis-directed to any other address.◀◀ Thank you.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (209) 669-3909
DATE: 12/02/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 97 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk: SD | Date: 12/11/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 1/13/20   Time: 10:36  ☒ am  ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

| Service Fee: $65 | Total Mileage Charges (including endeavors): 0 | Forwarding Fee: $8 | Total Charges: $73 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS
12/13/19 - Waiver mailed
1/13/20 - Waiver returned executed

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18