UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, <br><br> Plaintiff; <br><br> v. <br><br> **Citibank, N.A.**, <br><br> Defendant. | Case No. 1:19-cv-00496-LJO-EPG <br><br> **Order Granting Motion to Correct the Due Date of Defendant's Answer from March 9, 2020 to February 11, 2020** |

Plaintiff's motion to correct the due date of Defendant's answer from March 9, 2020 to February 11, 2020 is GRANTED. The Clerk of the Court is directed to make the necessary correction to the docket.

IT IS SO ORDERED.

Dated: _____     **/s/**_____
                               UNITED STATES MAGISTRATE JUDGE