1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11 | **MICHAEL N. ANHAR**                                         CASE:  **1:19–CV–00496–NONE–EPG**

12 |                                vs.

13 | **CITIBANK, N.A.**                                               **ORDER UNASSIGNING DISTRICT JUDGE**

14 | _____  /

15 |          The court, having considered the inactive senior status of District Judge Lawrence J. O'Neill, finds

16 | the necessity for unassigning the above captioned case, and for notice to be given to the affected parties.

17 |          IT IS THEREFORE ORDERED that:

18 |          The above captioned case shall be and is hereby **UNASSIGNED** and shall remain unassigned until

19 | a new district judge is appointed.  The new case number for this action, which must be used on all documents

20 | filed with the court, is:                **1:19–CV–00496–NONE–EPG**

21 |          All dates currently set in this reassigned action shall remain effective subject to further order of the

22 | court.  Parties are referred to the attached Standing Order in Light of Ongoing Judicial Emergency in the

23 | Eastern District of California for more information.

24 |          DATED:    February 3, 2020

25

26

27 |                                                                          **KIMBERLY J. MUELLER**, CHIEF
   |                                                                          U.S. DISTRICT COURT JUDGE

28