**EXHIBIT 1**

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20      12:31:04

MICHAEL N ANHAR
Member Since 2006  Account number ending in: 1276
Billing Period: 06/23/18-07/23/18

www.citicards.com
Customer Service 1-800-THANKYOU(1-800-842-6596)
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

### JULY STATEMENT

| | |
|---|---:|
| Minimum payment due: | $83.29 |
| New balance as of 07/23/18: | $3,175.60 |
| Payment due date: | 08/20/18 |

You are over your credit limit. Please pay at least the minimum payment due, which includes an overlimit amount of $25.60.

### Account Summary

| | |
|---|---:|
| Previous balance | $3,176.40 |
| Payments | -$353.00 |
| Credits | -$0.00 |
| Purchases | +$325.51 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$26.69 |
| **New balance** | **$3,175.60** |

### Credit Limit

| | |
|---|---:|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings=$1,592) |

For information about credit counseling services, call 1-877-337-8187.

Total ThankYou Member
**Available Point Balance:**   1
as of 06/30/18

» **See page 3 for more information about your rewards.**

| | |
|---|---:|
| Minimum payment due | $83.29 |
| New balance | $3,175.60 |
| Payment due date | 08/20/18 |

**Amount enclosed:**

Account number ending in 1276

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

MICHAEL N ANHAR

1

www.citicards.com     Customer Service 1-800-THANKYOU(1-800-842-6596)     Page 2 of 3
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 06/26 | PAYMENT THANK YOU | -$155.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 06/27 | PAYMENT THANK YOU | -$60.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 06/28 | PAYMENT THANK YOU | -$60.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 06/30 | PAYMENT THANK YOU | -$20.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 07/03 | PAYMENT THANK YOU | -$1.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 07/03 | PAYMENT THANK YOU | -$20.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 07/07 | PAYMENT THANK YOU | -$10.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 07/09 | PAYMENT THANK YOU | -$2.00 |
| K0000000 | | 70   N0000US   0000 | |
| | 07/09 | PAYMENT THANK YOU | -$25.00 |
| K0000000 | | 70   N0000US   0000 | |
| **Standard Purchases** | | | |
| 06/26 | 06/26 | AT&T *PAYMENT   800-288-2020 TX | $63.59 |
| ZP1*J0V5 | | 61   A4814USA   2222 | |
| 06/27 | 06/27 | 99 CENTS ONLY STORES # TURLOCK   CA | $5.39 |
| 8GTP6THQ | | 61   A5411USA   2222 | |
| 06/28 | 06/28 | WM SUPERCENTER #3047   TURLOCK   CA | $1.58 |
| 8GQVMHLB | | 61   A5411USA   2222 | |
| 06/28 | 06/28 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $46.96 |
| N26T1DS5 | | 61   A5942USA   2222 | |
| 06/29 | 06/29 | WAL-MART #3047   TURLOCK   CA | $20.16 |
| ZT4T5RL2 | | 61   A5411USA   2222 | |
| 06/29 | 06/29 | AT&T *PAYMENT   800-288-2020 TX | $63.59 |
| BFXTNKS5 | | 61   A4814USA   2222 | |
| 06/29 | 06/29 | FOODMAXX #407 TURLOC   TURLOCK   CA | $0.71 |
| L3M2P8ML | | 61   A5411USA   2222 | |
| 06/29 | 06/29 | QUIK STOP #0079   Q80 TURLOCK   CA | $5.02 |
| M226YGP8 | | 61   A5542USA   2222 | |
| 06/30 | 06/30 | GEICO *AUTO   800-841-3000 DC | $31.49 |
| 4T9D2RS5 | | 61   A6300USA   2222 | |
| 07/01 | 07/01 | GOOGLE *SVCSAPPS_ | $10.00 |
| SRH8LYS5 | | 61   A7311USA   2222 | |
| 07/03 | 07/03 | 99 CENTS ONLY STORES # TURLOCK   CA | $10.77 |
| 5TPLCTHQ | | 61   A5411USA   2222 | |
| 07/04 | 07/04 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $29.97 |
| W7PQ3*D2 | | 61   A5942USA   2222 | |
| 07/07 | 07/07 | ORCHARD SUPPLY #380   TURLOCK   CA | $2.15 |
| PVDFPQMB | | 61   A5200USA   2222 | |
| 07/07 | 07/07 | AmazonPrime Membership   WA | $6.46 |
| 0YT942V5 | | 61   A5968USA   2222 | |
| 07/09 | 07/09 | QUIK STOP #0079   Q80 TURLOCK   CA | $3.48 |
| 7S6QKGP8 | | 61   A5542USA   2222 | |
| 07/09 | 07/09 | RALEY'S #310   TURLOCK   CA | $4.99 |

**Member ID:** ▮▮▮▮▮

**ThankYou Points Earned This Period**

| | |
|---|---|
| 2x on Restaurants | 0 |
| 2x on Entertainment | 0 |
| 1x on Other Purchases | 326 |
| **Total Earned** | **326** |

» Visit **thankyou.com** to redeem points or see full rewards details.

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

www.citicards.com         Customer Service 1-800-THANKYOU(1-800-842-6596)         Page 3 of 3
                                           TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

### Standard Purchases, cont'd

| Trans. date | Post date | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 75GY2W03 | | 61 | A5411USA | 2222 | | |
| 07/14 | 07/14 | 99 CENTS ONLY STORES # TURLOCK | | | CA | $5.39 |
| 5*8XSTHQ | | 61 | A5411USA | 2222 | | |
| 07/17 | 07/17 | WM SUPERCENTER #3047 TURLOCK | | | CA | $13.81 |
| CPTSMHLB | | 61 | A5411USA | 2222 | | |

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 07/23 | INTEREST CHARGED TO STANDARD PURCH | $26.69 |
| 00000000 | 84       0000 | |
| Total interest charged in this billing period | | $26.69 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $176.95 |

### Interest charge calculation

Days in billing cycle: **31**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% | $3,145.54 (D) | $26.69 |
| ADVANCES | | | |
| Standard Adv | 23.74% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20     12:31:04

MICHAEL N ANHAR
Member Since 2006  Account number ending in: 1276
Billing Period: **07/24/18-08/22/18**

www.citicards.com
Customer Service 1-800-THANKYOU (1-800-842-6596)
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## AUGUST STATEMENT

| | |
|---|---:|
| Minimum payment due: | $81.73 |
| New balance as of 08/22/18: | $3,174.93 |
| Payment due date: | 09/20/18 |

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $24.93.

### Account Summary

| | |
|---|---:|
| Previous balance | $3,175.60 |
| Payments | -$207.00 |
| Credits | -$0.00 |
| Purchases | +$180.53 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$25.80 |
| **New balance** | **$3,174.93** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings=$1,592) |

For information about credit counseling services, call 1-877-337-8187.

### Credit Limit

| | |
|---|---:|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

**Total ThankYou Member Available Point Balance:** 327
as of 07/31/18

» **See page 3 for more information about your rewards.**

| | |
|---|---:|
| **Minimum payment due** | **$81.73** |
| **New balance** | **$3,174.93** |
| **Payment due date** | **09/20/18** |

**Amount enclosed:**

Account number ending in 1276

MICHAEL N ANHAR

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

4

www.citicards.com                    Customer Service 1-800-THANKYOU(1-800-842-6596)         Page 2 of 2
                                     TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| **Payments, Credits and Adjustments** | | | | | |
| | 07/25 | PAYMENT THANK YOU | | | -$100.00 |
| K0000000 | | 70   N0000US | 0000 | | |
| | 07/26 | PAYMENT THANK YOU | | | -$50.00 |
| K0000000 | | 70   N0000US | 0000 | | |
| | 08/10 | PAYMENT THANK YOU | | | -$57.00 |
| K0000000 | | 70   N0000US | 0000 | | |
| **Standard Purchases** | | | | | |
| 07/27 | 07/27 | Amazon.com | AMZN.COM/BILL | WA | $44.81 |
| V15WHVS5 | | 61   A5942USA | 2222 | | |
| 07/27 | 07/27 | WAL-MART #3047 | TURLOCK | CA | $2.14 |
| XRD36RL2 | | 61   A5411USA | 2222 | | |
| 07/27 | 07/27 | AMAZON MKTPLACE PMTS | AMZN.COM/BILL | WA | $22.06 |
| S3LY2YS5 | | 61   A5942USA | 2222 | | |
| 07/31 | 07/31 | GEICO *AUTO | 800-841-3000 | DC | $31.49 |
| WRLPHMS5 | | 61   A6300USA | 2222 | | |
| 08/01 | 08/01 | GOOGLE *GSUITE_ | | | $10.00 |
| VHQLWWS5 | | 61   A7311USA | 2222 | | |
| 08/07 | 08/07 | Amazon Prime | | WA | $6.46 |
| KH8D32V5 | | 61   A5968USA | 2222 | | |
| 08/11 | 08/11 | AT&T *PAYMENT | 800-288-2020 | TX | $63.57 |
| DHJQLXS5 | | 61   A4814USA | 2222 | | |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 08/22 | INTEREST CHARGED TO STANDARD PURCH | $25.80 |
| 00000000  84 | 0000 | |
| Total interest charged in this billing period | | $25.80 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $202.75 |

### Interest charge calculation

Days in billing cycle: **30**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% | $3,142.44 (D) | $25.80 |
| ADVANCES | | | |
| Standard Adv | 23.74% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**Member ID:** █████

**ThankYou Points Earned This Period**

| | |
|---|---|
| 2x on Restaurants | 0 |
| 2x on Entertainment | 0 |
| 1x on Other Purchases | 181 |
| **Total Earned** | **181** |

» **Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20    12:31:04

**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **08/23/18-09/24/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## SEPTEMBER STATEMENT

| | |
|---|---|
| Minimum payment due: | **$221.33** |
| New balance as of 09/24/18: | **$3,228.73** |
| Payment due date: | **10/20/18** |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $56.80 and an overlimit amount of $78.73.

### Account Summary

| | |
|---|---|
| Previous balance | $3,174.93 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$25.00 |
| Interest | +$28.80 |
| **New balance** | **$3,228.73** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,246 |

For information about credit counseling services, call 1-877-337-8188.

| | |
|---|---|
| **Minimum payment due** | **$221.33** |
| **New balance** | **$3,228.73** |
| **Payment due date** | **10/20/18** |

**Amount enclosed:**

Account number ending in 1276

**MICHAEL N ANHAR**

**CITI CARDS**
**PO BOX 78045**
**Phoenix, AZ 85062-8045**

6

www.citicards.com  Customer Service 1-800-THANKYOU(1-800-842-6596)  Page 2 of 2
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 09/24 | LATE FEE - AUG PAYMENT PAST DUE | $25.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$25.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 09/24 | INTEREST CHARGED TO STANDARD PURCH | $28.80 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$28.80** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $25.00 |
| Total interest charged in 2018 | $231.55 |

### Interest charge calculation

Days in billing cycle: **33**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% (V) | $3,188.87 (D) | $28.80 |
| ADVANCES | | | |
| Standard Adv | 23.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20    12:31:04

**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **09/25/18-10/22/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## OCTOBER STATEMENT

| | |
|---|---:|
| **Minimum payment due:** | **$374.23** |
| **New balance as of 10/22/18:** | **$3,289.18** |
| **Payment due date:** | **11/20/18** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,283 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $142.60 and an overlimit amount of $139.18.

### Account Summary

| | |
|---|---:|
| Previous balance | $3,228.73 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$25.45 |
| **New balance** | **$3,289.18** |

### Credit Limit

| | |
|---|---:|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

---

| | |
|---|---:|
| **Minimum payment due** | **$374.23** |
| **New balance** | **$3,289.18** |
| **Payment due date** | **11/20/18** |

**Amount enclosed:**

Account number ending in 1276

MICHAEL N ANHAR

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

8

www.citicards.com   Customer Service 1-800-THANKYOU(1-800-842-6596)   Page 2 of 2
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/22 | LATE FEE - SEP PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/22 | INTEREST CHARGED TO STANDARD PURCH | $25.45 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$25.45** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $60.00 |
| Total interest charged in 2018 | $257.00 |

### Interest charge calculation

Days in billing cycle: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 10.24% (V) | $3,240.99 (D) | $25.45 |
| **ADVANCES** | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

9

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20    12:31:04

MICHAEL N ANHAR
Member Since 2006  Account number ending in: 1276
Billing Period: **10/23/18-11/22/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## NOVEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$534.67** |
| **New balance as of 11/22/18:** | **$3,352.90** |
| **Payment due date:** | **12/20/18** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,263 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $235.05 and an overlimit amount of $202.90.

### Account Summary

| | |
|---|---|
| Previous balance | $3,289.18 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$28.72 |
| **New balance** | **$3,352.90** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

| | |
|---|---|
| **Minimum payment due** | **$534.67** |
| **New balance** | **$3,352.90** |
| **Payment due date** | **12/20/18** |

**Amount enclosed:**

Account number ending in 1276

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

MICHAEL N ANHAR

10

www.citicards.com                    **Customer Service 1-800-THANKYOU(1-800-842-6596)**         Page 2 of 2
                                       TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 11/22 | LATE FEE - OCT PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |

**Total fees charged in this billing period**                          **$35.00**

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/22 | INTEREST CHARGED TO STANDARD PURCH | $28.72 |
| 00000000 84 | 0000 | |

**Total interest charged in this billing period**                      **$28.72**

### 2018 totals year-to-date

| Total fees charged in 2018 | $95.00 |
|---|---|
| Total interest charged in 2018 | $285.72 |

### Interest charge calculation                          Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.24% (V) | $3,303.06 (D) | $28.72 |
| ADVANCES | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20   12:31:04

**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: 11/23/18-12/24/18

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## DECEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$699.13** |
| **New balance as of 12/24/18:** | **$3,418.13** |
| **Payment due date:** | **01/20/19** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,206 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $331.77 and an overlimit amount of $268.13.

### Account Summary

| | |
|---|---|
| Previous balance | $3,352.90 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$30.23 |
| **New balance** | **$3,418.13** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

---

| | |
|---|---|
| **Minimum payment due** | **$699.13** |
| **New balance** | **$3,418.13** |
| **Payment due date** | **01/20/19** |

**Amount enclosed:**

Account number ending in 1276

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

MICHAEL N ANHAR

12

Case 1:19-cv-00496-NONE-EPG   Document 29-1   Filed 02/11/20   Page 14 of 20

www.citicards.com  Customer Service 1-800-THANKYOU(1-800-842-6596)  Page 2 of 2
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 12/24 | LATE FEE - NOV PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |

**Total fees charged in this billing period**  $35.00

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/24 | INTEREST CHARGED TO STANDARD PURCH | $30.23 |
| 00000000 84 | 0000 | |

**Total interest charged in this billing period**  $30.23

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $130.00 |
| Total interest charged in 2018 | $315.95 |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.24% (V) | $3,367.52 (D) | $30.23 |
| ADVANCES | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20      12:31:04

**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **12/25/18-01/22/19**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

### JANUARY STATEMENT

| | |
|---|---:|
| **Minimum payment due:** | **$788.75** |
| **New balance as of 01/22/19:** | **$3,446.44** |
| **Payment due date:** | **02/20/19** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,228 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $395.00 and an overlimit amount of $296.44.

### Account Summary

| | |
|---|---:|
| Previous balance | $3,418.13 |
| Payments | -$0.00 |
| Credits | -$35.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$28.31 |
| **New balance** | **$3,446.44** |

### Credit Limit

| | |
|---|---:|
| Credit limit | $3,150 |

Includes $300 cash advance limit

---

| | |
|---|---:|
| **Minimum payment due** | **$788.75** |
| **New balance** | **$3,446.44** |
| **Payment due date** | **02/20/19** |

**Amount enclosed:**

Account number ending in 1276

MICHAEL N ANHAR

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

14

www.citicards.com
Customer Service 1-800-THANKYOU(1-800-842-6596)
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 12/24 | REFUND LATE FEE | -$35.00 |
|---|---|---|---|
| | 78 | 0000 | |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 01/22 | LATE FEE - DEC PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |

**Total fees charged in this billing period**  $35.00

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 01/22 | INTEREST CHARGED TO STANDARD PURCH | $28.31 |
| 00000000 84 | 0000 | |

**Total interest charged in this billing period**  $28.31

### 2019 totals year-to-date

| Total fees charged in 2019 | $0.00 |
|---|---|
| Total interest charged in 2019 | $28.31 |

### Interest charge calculation

Days in billing cycle: 29

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.49% (V) | $3,396.78 (D) | $28.31 |
| ADVANCES | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

15

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20   12:31:04

MICHAEL N ANHAR
Member Since 2006  Account number ending in: 1276
Billing Period: **01/23/19-02/22/19**

www.citicards.com
Customer Service 1-800-THANKYOU(1-800-842-6596)
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$955.43** |
| **New balance as of 02/22/19:** | **$3,512.28** |
| **Payment due date:** | **03/20/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 year(s) | $5,207 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $492.31 and an overlimit amount of $362.28.

### Account Summary

| | |
|---|---|
| Previous balance | $3,446.44 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$30.84 |
| **New balance** | **$3,512.28** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

---

| | |
|---|---|
| **Minimum payment due** | **$955.43** |
| **New balance** | **$3,512.28** |
| **Payment due date** | **03/20/19** |

**Amount enclosed:**

Account number ending in 1276

MICHAEL N ANHAR

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

16

www.citicards.com

Customer Service 1-800-THANKYOU(1-800-842-6596)
TTY-hearing-impaired services only 1-877-693-0218

Page 2 of 2

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 02/22 | LATE FEE - JAN PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |

**Total fees charged in this billing period**  $35.00

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 02/22 | INTEREST CHARGED TO STANDARD PURCH | $30.84 |
| 00000000 84 | 0000 | |

**Total interest charged in this billing period**  $30.84

### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | $35.00 |
| Total interest charged in 2019 | $59.15 |

### Interest charge calculation

Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.49% (V) | $3,461.34 (D) | $30.84 |
| ADVANCES | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

SITE:JX-CI TM:LG-8200 ACID:JALG352
01/07/20    12:31:04

MICHAEL N ANHAR
Member Since 2006  Account number ending in: 1276
Billing Period: **02/23/19-03/22/19**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## MARCH STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$3,540.65** |
| **New balance as of 03/22/19:** | **$3,540.65** |
| **Payment due date:** | **04/20/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $3,541 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $593.15 and an overlimit amount of $390.65.

### Account Summary

| | |
|---|---|
| Previous balance | $3,512.28 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$28.37 |
| **New balance** | **$3,540.65** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

---

| | |
|---|---|
| **Minimum payment due** | **$3,540.65** |
| **New balance** | **$3,540.65** |
| **Payment due date** | **04/20/19** |

**Amount enclosed:**

Account number ending in 1276

MICHAEL N ANHAR
[address redacted]

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

18

www.citicards.com　　　　　　　　　　Customer Service 1-800-THANKYOU(1-800-842-6596)　　Page 2 of 2
　　　　　　　　　　　　　　　　　　　　TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 03/22 | INTEREST CHARGED TO STANDARD PURCH | $28.37 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$28.37** |

### 2019 totals year-to-date

| Total fees charged in 2019 | $35.00 |
|---|---|
| Total interest charged in 2019 | $87.52 |

### Interest charge calculation

Days in billing cycle: 28

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 10.49% (V) | $3,525.94 (D) | $28.37 |
| **ADVANCES** | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

If we need to contact you about your account, our records show your phone number(s) as 209-669-3909 (home), 916-278-4792 (work). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.