Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL N. ANHAR,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | Case No. 1:19-CV-00496-NONE-EPG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
|---|---|

DMWEST #39845362 v2

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

After consideration of the pleadings, briefs, and other matters presented to the Court, the Court orders as follows:

The Motion to Dismiss Complaint filed by defendant Citibank, N.A. ("Citibank") is GRANTED, and the Complaint is dismissed without leave to amend. The Complaint fails to set forth a short and plain statement of the claim and further fails to state a claim upon which relief can be granted, as required by the Federal Rules of Civil Procedure 8 and 12(b)(6).

IT IS SO ORDERED.


DATED: _____         _____
                                          United States District Judge

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #39845362 v2                1
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2020, I electronically filed a true and correct copy of the **foregoing [PROPOSED] ORDER GRANTING DEFENDANT CITIBANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Michael N. Anhar
3183 Kendra Court
Turlock, CA 95382
(209) 669-3909
michael.anhar@gmail.com
*Pro per Plaintiff*

/s/ *Marcos Sasso*
Marcos Sasso, Esq.

DMWEST #39845362 v2

CERTIFICATE OF SERVICE