# Exhibit A

Mr. Sasso's Email
(Requesting Extension of Time)

 Gmail
**Michael Anhar <michael.anhar@gmail.com>**

## Anhar v. Citibank - Case No. 19-cv-00496

1 message

**Sasso, Marcos** <SassoM@ballardspahr.com>                                      Fri, Jan 24, 2020 at 11:01 AM
To: "michael.anhar@gmail.com" <michael.anhar@gmail.com>
Cc: "Fausey, Michael" <fauseym@ballardspahr.com>

Mr. Anhar – Our office represents Citibank in the above case.  Under Local Rule 144(a), the parties may
stipulate without court approval to a 28 day extension on the response to the complaint.  Will you agree to
such an extension?  Currently Citibank's response to the complaint is due 1/31/2020; with the extension
he response date will be 2/28/2020.  We require time to gather and review your account records. The
additional time will allow us the needed time.  If so, we can prepare and circulate a draft stipulation for
your approval.


Thank you,


Marcos D. Sasso

**Ballard Spahr**
LLP

2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

424.204.4324 DIRECT
424.204.4350 FAX

sassom@ballardspahr.com
VCARD

--------------------------------

www.ballardspahr.com

2

# Exhibit B

## Revised Cash-Payment Policy
## (Iterated Four Times)

**citi**

PO Box 6500
Sioux Falls, SD 57117-6500

May 8, 2018

Return Service Requested

## ⓘ UPDATE

00041743 1     63403186 DTF 00001743
ⵗ|ⵗ|ⵗ·ⵗ||ⵗⵗⵗⵗ||ⵗⵗ|ⵗⵗ|ⵗⵗ|ⵗⵗ|ⵗⵗⵗⵗ||ⵗⵗⵗⵗⵗⵗⵗⵗ||ⵗⵗⵗⵗ||ⵗ||ⵗⵗ||ⵗⵗⵗ|||ⵗⵗ||ⵗⵗ||ⵗⵗ||

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK CA 95382-1335

00068490
MSP  43



Michael N Anhar
Cardmember since 2006
Account ending in 1276

ⓘUpcoming changes to paying your credit card bill with cash

Hi, Michael. We're updating our policy around making cash payments on your credit card account at Citibank® branches and proprietary Citibank ATMs.

Starting July 21, 2018, the following changes will take place:

- Cash payments on your credit card will no longer be accepted by bank employees at Citibank branches.

- Cash payments at Citibank ATMs must use a credit card PIN and will be limited to $3,000 per calendar month for each card account.

Credit card payments made by check or money order payable in U.S. dollars are not impacted by this change and will continue to be accepted by bank employees at Citibank branches.*

Remember, you can easily make credit card payments anytime, anywhere in the **Citi Mobile® App** or **Citi® Online** at citi.com/payments. By paying your bill online, you'll have the benefit of viewing your payment history, all scheduled payments, and your remaining balances. Plus, after you link a checking, money market, or savings account the first time, you won't have to re-enter your account information again - it's already saved.





Michael N Anhar
Page 2 of 2
Account ending in 1276

## ⓘ UPDATE

You can also pay your bill by calling the number on the back of your card, or by mailing a check or money order payable to Citi Cards with your credit card statement coupon. Please do not send cash or foreign currency.

### Your Credit Card PIN

As a reminder, your credit card PIN, also known as a cash advance PIN, is ███. You'll need your PIN to make cash payments at Citibank ATMs. To find a Citibank ATM near you, use the Citibank ATM Locator in the Citi Mobile App, citi.com/locator or call 1-800-248-4286.

Don't forget, you can always reset your PIN at any time. Simply call the number on the back of your card – have your account number ready, along with your assigned PIN and the new 4-digit PIN you'd prefer to use.

If you have any questions regarding your account, call us at 1-800-842-6596 (TTY/TDD: 1-800-325-2865 for hearing and speech impaired services only) or go to citicards.com.

Your Citi Team

*A Citibank deposit account is required in order to purchase a Citibank money order or official check.

©2018 Citibank, N.A. Citi, Citibank, Citi with Arc Design, Citi Mobile, ThankYou and Citi ThankYou are registered service marks of Citigroup Inc.

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **05/23/18-06/22/18**

**www.citicards.com**
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## JUNE  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$83.97** |
| **New balance as of 06/22/18:** | **$3,176.40** |
| **Payment due date:** | **07/20/18** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings = $1,592) |

For information about credit counseling services, call 1-877-337-8187.

**You are over your credit limit.**  Please pay at least the minimum payment due, which includes an overlimit amount of $26.40.

## Account Summary

| | |
|---|---|
| Previous balance | $3,164.92 |
| Payments | -$293.00 |
| Credits | -$23.81 |
| Purchases | +$301.72 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$26.57 |
| **New balance** | **$3,176.40** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

 

**Total ThankYou Member Available Point Balance:** 483
as of 05/31/18

**» See page 2 for more information about your rewards.**



P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

 To download:
Text **'App15'** to MyCiti (692484)
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$83.97** |
| **New balance** | **$3,176.40** |
| **Payment due date** | **07/20/18** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

Case 1:19-cv-00496-NONE-EPG  Document 31-1  Filed 03/06/20  Page 7 of 109

MICHAEL N ANHAR

TTY-hearing-impaired services only 1-877-693-0218

## Account Summary




| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 05/23 | PAYMENT THANK YOU | -$160.00 |
| | 06/03 | PAYMENT THANK YOU | -$55.00 |
| | 06/11 | PAYMENT THANK YOU | -$25.00 |
| | 06/17 | PAYMENT THANK YOU | -$1.00 |
| | 06/17 | PAYMENT THANK YOU | -$50.00 |
| | 06/19 | PAYMENT THANK YOU | -$2.00 |
| 06/04 | 06/04 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -$23.81 |
| **Standard Purchases** | | | |
| 05/23 | 05/23 | CAFRNCHISTXBRD BUS TAX 916-5454445  AL | $1.84 |
| 05/23 | 05/23 | CAFRNCHISTXBRDBUSENTYT 916-5454445  CA | $80.14 |
| 05/31 | 05/31 | GEICO *AUTO        800-841-3000 DC | $27.37 |
| 06/02 | 06/02 | GOOGLE *SVCSAPPS_        CA | $10.00 |
| 06/02 | 06/02 | ADOBE *ACROPRO SUBS  8008336687  CA | $14.99 |
| 06/04 | 06/04 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $47.04 |
| 06/04 | 06/04 | FOODMAXX #407 TURLOC  TURLOCK    CA | $1.36 |
| 06/06 | 06/06 | WAL-MART #3047      TURLOCK    CA | $25.72 |
| 06/07 | 06/07 | AmazonPrime Membership        WA | $6.46 |
| 06/07 | 06/07 | SAFEWAY #1968      TURLOCK    CA | $8.00 |
| 06/13 | 06/13 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $23.92 |
| 06/19 | 06/19 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $1.64 |
| 06/20 | 06/20 | WALMART.COM       800-966-6546 AR | $53.24 |

## Fees charged

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 06/22 | INTEREST CHARGED TO STANDARD PURCH | $26.57 |
| **Total interest charged in this billing period** | | **$26.57** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$150.26** |

### Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% (V) | $3,131.36 (D) | $26.57 |
| ADVANCES | | | |
| Standard Adv | 23.74% (V) | $0.00 (D) | $0.00 |

Member ID: ▉▉▉▉▉▉▉

**ThankYou Points Earned This Period**

| | |
|---|---|
| 2x on Dining | 0 |
| 2x on Entertainment | 0 |
| 1x on Other Purchases | 278 |
| **Total Earned** | **278** |

**» Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

**MICHAEL N ANHAR**

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by
(V) may vary. Balances followed by (D) are determined by the daily balance method (including
current transactions).

## Account messages

Important Information Regarding Cash Payments at Citibank(R) Branches
Beginning July 21, 2018, cash payments to your credit card will no longer be
accepted by bank employees at Citibank(R) branches. For your convenience,
proprietary Citibank ATMs will accept cash payments up to $3,000 per credit
card account per calendar month with your credit card PIN. Call Customer
Service to have a PIN mailed to you.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, visit us online at the url above or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online at the url above.  You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2015 Citibank, N.A. Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment. When you enroll in Online Bill Pay you can schedule your payments up to ninety days in advance using the "Other" payment option. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online.

**Phone.** Call the phone number on the front of your statement to make a payment. There is no fee for this service.

**AutoPay.** Visit **autopay.citicards.com** to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **06/23/18-07/23/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## JULY STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$83.29** |
| **New balance as of 07/23/18:** | **$3,175.60** |
| **Payment due date:** | **08/20/18** |

**Make a payment now!** www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings = $1,592) |

For information about credit counseling services, call 1-877-337-8187.

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $25.60.

## Account Summary

| | |
|---|---|
| Previous balance | $3,176.40 |
| Payments | -$353.00 |
| Credits | -$0.00 |
| Purchases | +$325.51 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$26.69 |
| **New balance** | **$3,175.60** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

 

**Total ThankYou Member Available Point Balance:**
as of 06/30/18

1

**» See page 2 for more information about your rewards.**



P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to MyCiti **(692484)** or go to your device's app store. Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$83.29** |
| **New balance** | **$3,175.60** |
| **Payment due date** | **08/20/18** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com    Case 1:19-cv-00496-NONE-EPG    Document 11    Filed 08/06/20    Page 2 of 3    Page 2 of 3
Customer Service 1-800-THANKYOU (1-800-842-6591)
TTY-hearing-impaired services only 1-877-693-0218

**MICHAEL N ANHAR**

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 06/26 | PAYMENT THANK YOU | -$155.00 |
| | 06/27 | PAYMENT THANK YOU | -$60.00 |
| | 06/28 | PAYMENT THANK YOU | -$60.00 |
| | 06/30 | PAYMENT THANK YOU | -$20.00 |
| | 07/03 | PAYMENT THANK YOU | -$1.00 |
| | 07/03 | PAYMENT THANK YOU | -$20.00 |
| | 07/07 | PAYMENT THANK YOU | -$10.00 |
| | 07/09 | PAYMENT THANK YOU | -$2.00 |
| | 07/09 | PAYMENT THANK YOU | -$25.00 |

**Standard Purchases**

| 06/26 | 06/26 | AT&T *PAYMENT      800-288-2020 TX | $63.59 |
| 06/27 | 06/27 | 99 CENTS ONLY STORES # TURLOCK      CA | $5.39 |
| 06/28 | 06/28 | WM SUPERCENTER #3047    TURLOCK    CA | $1.58 |
| 06/28 | 06/28 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $46.96 |
| 06/29 | 06/29 | WAL-MART #3047       TURLOCK     CA | $20.16 |
| 06/29 | 06/29 | AT&T *PAYMENT      800-288-2020 TX | $63.59 |
| 06/29 | 06/29 | FOODMAXX #407 TURLOC   TURLOCK      CA | $0.71 |
| 06/29 | 06/29 | QUIK STOP #0079   Q80 TURLOCK    CA | $5.02 |
| 06/30 | 06/30 | GEICO *AUTO    800-841-3000 DC | $31.49 |
| 07/01 | 07/01 | GOOGLE *SVCSAPPS_            CA | $10.00 |
| 07/03 | 07/03 | 99 CENTS ONLY STORES # TURLOCK      CA | $10.77 |
| 07/04 | 07/04 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $29.97 |
| 07/07 | 07/07 | ORCHARD SUPPLY #380    TURLOCK     CA | $2.15 |
| 07/07 | 07/07 | AmazonPrime Membership         WA | $6.46 |
| 07/09 | 07/09 | QUIK STOP #0079   Q80 TURLOCK    CA | $3.48 |
| 07/09 | 07/09 | RALEY'S #310       TURLOCK    CA | $4.99 |
| 07/14 | 07/14 | 99 CENTS ONLY STORES # TURLOCK      CA | $5.39 |
| 07/17 | 07/17 | WM SUPERCENTER #3047    TURLOCK    CA | $13.81 |

## Fees charged

**Total fees charged in this billing period**    **$0.00**

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 07/23 | INTEREST CHARGED TO STANDARD PURCH | $26.69 |
| **Total interest charged in this billing period** | | **$26.69** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$176.95** |




thankyou from **citi**

**Member ID:** ▮▮▮▮▮▮▮

**ThankYou Points Earned This Period**

| | |
|---|---|
| 2x on Dining | 0 |
| 2x on Entertainment | 0 |
| 1x on Other Purchases | 326 |
| **Total Earned** | **326** |

**» Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

www.citicards.com
Page 3 of 3
Case 1:19-cv-00496-NONE-EPG   Document 1   Filed 08/06/19   Page 12 of 109
Customer Service 1-800-THE-BANK (1-800-843-6509)
TTY-hearing-impaired services only 1-877-693-0218

MICHAEL N ANHAR

## Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% | $3,145.54 (D) | $26.69 |
| ADVANCES | | | |
| Standard Adv | 23.74% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Important Information Regarding Cash Payments at Citibank(R) Branches Beginning July 21, 2018, cash payments to your credit card will no longer be accepted by bank employees at Citibank(R) branches. For your convenience, proprietary Citibank ATMs will accept cash payments up to $3,000 per credit card account per calendar month with your credit card PIN. Call Customer Service to have a PIN mailed to you.

12

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers from the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, visit us online at the URL above or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors <u>in writing</u>. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PDF-CTY0618

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or <u>in writing</u> at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online at the URL above. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of this page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2018 Citibank, N.A. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**



PO Box 6500
Sioux Falls, SD 57117-6500

**Account Update: Important Information**
September 17, 2018

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK CA 95382-1335

Thank you for contacting our Customer Service Team.

Cash (paper money and coins) payments for Citi credit cards will no longer be accepted by bank employees at Citibank branches. This only impacts when the customer is trying to pay with money. Customers can continue to pay by check/money order or they can deposit the money into their retail deposit account and transfer the funds for a cards payment.

Cash payments at Citibank ATMs must use a credit card Personal Identification Number (PIN) and will be limited to $3,000.00 per calendar month for each card account.

If you have any questions or are in need of further assistance, please call us at 1-800-842-6596 (TTY/TDD: 1-800-325-2865 for hearing and speech impaired services only). If you are outside the United States, Canada, and Puerto Rico, you may call us collect at 1-904-954-5678.

> **MICHAEL N ANHAR**
> Account ending 1276

127601

Please see reverse side for important information

0 . L 0600005001 . I 2018091770523427 . 083 . D. ID. CI. 0001 . AIPKG 75 .

MICHAEL N ANHAR
Account ending1276
Page 2 of 2

## Legal Notices

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street, N.W., Washington, DC 20006.

The creditor is Citibank, N.A., 701 E. 60th St. N., Sioux Falls, SD 57104. Please direct any questions to the return address on this letter.

# Exhibit C

Pl. Anhar's 22 Dispute Letters to Citibank
(From 09/28/18–06/26/19)

**MICHAEL N. ANHAR**     🏠 3183 KENDRA COURT          📞 (209) 669-3909
                       TURLOCK, CA  95382-1335      ✉ MICHAEL.ANHAR@GMAIL.COM

# REBUTTAL & DISPUTE
### (VIA FIRST-CLASS CERTIFIED MAIL)

September 28, 2018

Amy True—Office of the President
Citibank NA
PO Box 6000
Sioux Falls SD  57117-6000

   Re:   ThankYou Preferred MC (**1276**) | Alleged Bal.: $3,228.73

This answers your 9/10 and 9/25 replies ("1st Rep."; "2nd Rep."), which I find, inter alia, fundamentally disingenuous, deficient, and even deranged. If you want to suspend an account for being over limit, then do so only from making purchases and getting cash, not making ATM-payment. Yours is a masterclass on tone-deafness, inane banalities, and proforma corporate-ese (e.g., "we appreciate your feedback … ," [1st Rep.; page 1]—not feedback so much as a call for help and two complaints and requests for resolution; "[w]e certainly regret the difficulty you experienced … ," [1st Rep.; page 1]—not enough apparently even to say sorry; and "we appreciate the opportunity to respond … ," [1st Rep.; page 2]—not apologizing, helping, or taking corrective action, is quite literally the opposite of responding). Thus, I say:

1.   I deny and dispute the above-referenced alleged debt in its entirety.

2.   I incorporate by reference and reiterate here with the same force as the originals, my 8/26 and 9/10 CFPB complaints: # 180826-3430462; 180910-3464887.

3.   This account was active for over 12 years (Est. 8/16/06), during which I paid $2,626.13 in interest, had only one late payment (only five days late in 2/'10 and reversed/credited the next month in 3/'10), and had absolutely no instances of an underpayment, returned payment, or nonpayment.

4.   The account is not subject to arbitration per my 11/3/16 *Rejection of Arbitration Provision* and your 11/10/16 confirmation of the same.

5.   In your replies, you claim I closed this (and my second) credit account on 8/27, but I closed both on 8/25 at about 10:00 p.m. PST, effective immediately.

6.   Per Citibank's 8/22 billing statement, the account balance was $3,149.13, meaning that it was actually 87¢ under the credit limit of $3,150.

7.   Per that same billing statement, the balance was exceeded by Citibank when it added an interest charge of $25.80, putting the account over limit by $24.93.

8.  In your 1st Rep., you admit the account was suspended not just from making purchases and getting cash but even from making ATM-payment, even though this would have brought the account back under the limit you exceeded.

9.  In your 1st Rep., you also admit the account was suspended "due to the amount of the balance that exceeded [my] credit limit … ," (page 1) which again, was a mere $24.93, and which again, was an amount wholly due to your interest charge.

10. In your 2nd Rep., you expand, "[T]he balance exceeded [my] credit limit by an internally set amount … ," (page 1) but this, too, does not withstand scrutiny:

    10.1.  The account was over limit by *more* than the subject amount of $24.93 **four times before**: $25.60 in 7/'18; $26.40 in 6/'18; $55.11 in 8/'09; and $97.58 (which is almost quadruple the subject amount) in 2/'09. Despite all this, never before was the account similarly suspended or I prohibited from making ATM-payment, a precedent you violated.

    10.2.  Further, never before now did you notify me that this internal amount even existed; in fact, you still have not told me how much it was, and besides, I had no control over it regardless. It is mutually exclusive to operate in secrecy and deny me the ability to make informed decisions yet hold me responsible and penalize me for them just the same.

    10.3.  *And, again, the over-limit amount was due to **your** interest charge, and **you** prevented me from doing the very thing, as prescribed by **you**, that would have brought the account back **under** the limit **you** exceeded in the first place!*

11. Moreover, per Citibank's account billing history, this same Citibank-caused under-then-over credit-limit scenario occurred **35 times prior**, but never before was the account similarly suspended or I prohibited from making ATM-payment, another precedent you violated blatantly, bizarrely, and backwardly.

12. Furthermore, in your 1st Rep., you admit that although my second credit account "also exceeded the credit limit, this account was not suspended at the time [my] $40.00 payment was received." (Page 1.) This constitutes a confession that you arbitrarily and thus unjustly applied/adhered to your own explicit policy and thus breached your own written contract with me.

13. Finally, in your replies, you write an entire paragraph listing various convoluted and costly payment options, none of which addresses rightfully, lawfully, and conveniently making proper ATM-payment. This is ironic, telling, and suspicious given that Citibank lays out explicit policy for just such payment, which policy I wholly adhered to but you wholly violated.

14. Namely, page one of Citibank's 5/11/18 *Update* explicitly sets forth:

    We're updating our policy around making cash payments on your credit card account at Citibank® branches and proprietary Citibank ATMs. Starting July 21, 2018, the following changes will take place:

• Cash payments on your credit card will no longer be accepted by bank employees at Citibank branches. • Cash payments at Citibank ATMs must use a credit card PIN and will be limited to $3,000 per calendar month for each card account.

15. Concurrently, Citibank's 10/23/16 updated *Card Agreement* establishes, "This Card Agreement (Agreement) is your contract with us. … Any amendments to this Agreement also are part of this Agreement." (Page 2.) It continues, "Your Account use is subject to this Agreement. … This Agreement takes effect once you use your Card." (Page 3.) It specifies, "You must follow the instructions below when making a payment. If you do, we'll credit the payment to your Account as of the day we receive it. 1. You must pay in U.S. dollars." (Page 6.)

16. Under the preceding combined contractual elements and written provisions, there are only two questions before us:

    16.1. Did I attempt to make (four times on 8/25/18) cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month?

    16.2. Did Citibank refuse (four times on 8/25/18) to honor, accept, and credit said payment?

17. The answer to each of the above questions is a factually undisputed **yes**, and thus **Citibank breached its written contract with me on 8/25/18**. As a matter of both fact and law, once Citibank breached the *Card Agreement*, it ceased to be valid and thus could not then be breached by me. Without an operative contract, Citibank, which bears the burden of proof here, cannot meet its intermediate quantum of evidence—the clear and convincing standard, which is required by law to contradict me and prevail on a legal claim against me.

It is incompatible to observe that my account is over limit (since you caused it to be, as you had done 35 times before, without incident) while simultaneously barring my doing the very thing that would bring it back under (as I had done 35 times before, also without incident). It is self-contradicting to prescribe that cash payments be made at your ATMs while simultaneously proscribing my doing that very thing. It is schizophrenic to disregard these factors on my second credit account while simultaneously facilitating their derailing payment on my first credit account.

Your entire response here has, in fact, been schizophrenic, as well as inconsistent, hypocritical, counterproductive, self-defeating, unnecessary, and overall irrational. You not only dismiss our 12-plus-year relationship but also damage your own less-than-stellar reputation in the process. You intentionally deploy doublespeak while indiscriminately gaslighting and disrespecting me when I ask for your help. All of this because you, a bank, actually refuse to accept cash payment?—which was tendered in U.S. dollars at your own ATMs, all as prescribed by you. It is inconceivable that any bank would knowingly do anything to impede customers from willingly and properly giving it money. You people are not only obtuse, but your unwillingness/inability to see the absurdity of all of this makes you deranged—like a snake eating its own tail.

Ultimately, you highlight your own intellectual, technical, ethical, moral, and legal bankruptcy. You seem entirely intent on obfuscating, setting traps for, and punishing your customers. You are contemptible, and now, I will *never* pay you. Send my file to collections—I will undermine you. Send it to your attorneys—I will countersue you, making full use of discovery and prevailing on the facts and law. Now that you have transformed a pithy complaint into a personal crusade, I am compelled to fight you loudly, publicly, and incessantly. You bite the hand that feeds you, turning a friend into an enemy. In the end, contrary to your mission statement, it would seem that I cannot expect you to "do everything possible to create the best outcomes … ,"[1] certainly not for me.

Looking forward,

Michael N. Anhar

cc:  Customer Service
      Citibank NA
      PO Box 6500
      Sioux Falls SD  57117-6500

---

[1] Citigroup, Inc., *About Citi*, Citigroup (2018), https://www.citigroup.com/citi/about/mission-and-value-proposition.html.

**MICHAEL N. ANHAR**  🏠 3183 KENDRA COURT  📞 (209) 669-3909
TURLOCK, CA 95382-1335  ✉ MICHAEL.ANHAR@GMAIL.COM

## REBUTTAL & REITERATED DISPUTE
### (VIA FIRST-CLASS MAIL)

October 9, 2018

Citi Client First
Citibank NA
PO Box 6077
Sioux Falls SD 57117-6077

> Re: ThankYou Preferred MC: -**1276**
> Alleged Bal.: $3,228.73

This answers your 9/30 dunning letter, which I find incompetent. Preliminarily, your letter wrongly references account -2471. (Page 1.) That account has always been/is current; I trust you will not hassle me about it again. Now, as for the rest of your letter regarding account -1276, I say:

1. I deny and dispute the above-referenced alleged debt in its entirety.

2. Further, I incorporate by reference and reiterate here with the same force as the original, my 9/28 *Rebuttal & Dispute*, sent via First-Class Certified Mail to Amy True in the Office of the President and also copied to Customer Service (USPS tracking # 7018004000011042-6499; -6482; both delivered on 10/2).

3. The name of your division, "Citi Client First," is a lie. If you had put me first, then you would not have breached your written contract with me by refusing (four times on 8/25/18) to honor, accept, and credit my cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I had done for the past ≈12+ years.

4. Your claim, "We Value You as a Customer with Multiple Citi Accounts," is a filthy lie. (Page 1.) If you valued me, then you would not have taken every opportunity to dismiss our relationship of 12+ years and intentionally deploy doublespeak while gaslighting, taunting, and disrespecting me when I asked for your help with a problem that you created in the first place.

5. Your claim, "One phone call does it all," is accurate, but not in the way you probably mean. (Page 1.) On 8/25, when I called Customer Service per Citibank's explicit directions (which appeared four times on the screens of two of your ATMs), I was so appalled by the mistreatment I received that I closed both of my accounts on the spot. So, yes, one call did it all.

6.  Your claim, "Together we'll find a solution," is a foul lie. (Page 1.) On 8/25, when I called Customer Service and spoke to a supervisor named Mohit (a garbage person), he explicitly said to me, **"You're not calling to get help; you're calling to complain."** (If you do not believe me, then let me know, and I will send to you a copy of the recording that I made of him saying this.) Then, when I filed my 8/26 and 9/10 CFPB complaints, instead of solutions, I got replies that were fundamentally disingenuous, deficient, and deranged, characterized by tone-deafness, inane banalities, and proforma corporate-ese.

7.  Your claim, "[W]e're here to help," is a proven lie. (Page 2.) If you were there to help, then you would have done it by now. Instead, you have done nothing but highlight your own intellectual, technical, ethical, moral, and legal bankruptcy. You seem entirely intent on obfuscating, setting traps for, and punishing your customers, even when you are the cause of the underlying problem to begin with. You are contemptible, and now, I will *never* pay you.

Given these grounds, which I will invoke in any future proceeding, you will:
(a) Remit this matter immediately; (b) Mark/close your files accordingly; and
(c) Refrain from placing, or rescind as necessary, any related adverse information about me with the national consumer reporting agencies. Your failure to comply, as well as any future unauthorized contact, will subject you to state and federal civil/criminal complaint, investigation, and prosecution, as well as to civil penalty and legal action resulting in damages, attorney's fees, costs, and sanctions.

Looking forward,

Michael N. Anhar

**MICHAEL N. ANHAR**    3183 KENDRA COURT    (209) 669-3909
TURLOCK, CA  95382-1335    MICHAEL.ANHAR@GMAIL.COM

## THIRD REBUTTAL & REITERATED DISPUTE
### (VIA FIRST-CLASS MAIL)

October 22, 2018

Amy True—Office of the President
Citibank NA
PO Box 6000
Sioux Falls SD  57117-6000

    Re:  ThankYou Preferred MC: -1276
          Alleged Bal.: $3,228.73

This answers your 10/15 reply, which I find dubious. You are misreading and/or misrepresenting my 9/28 letter to you. (Amy, I urge you to leave the evil Citibank. If you were not a terrible person before joining them, then they have certainly corrupted you! Is this really what you wanted to do with your life?) Given this, coupled with the fact that as of 8/25 you stand in breach of our contract, I say:

1.  I deny and dispute the above-referenced alleged debt in its entirety.

2.  I incorporate by reference my 10/11 *Second Rebuttal & Reiterated Dispute*, sent via First-Class Mail to vice president G. Stevens.

3.  I further incorporate by reference my 10/9 *Rebuttal & Reiterated Dispute*, sent via First-Class Mail to your Citi Client First division/department.

4.  I further incorporate by reference my 9/28 *Rebuttal & Dispute*, sent via First-Class Certified Mail to you and copied to Customer Service (USPS tracking # 7018004000011042-6499; -6482; both delivered on 10/2).

5.  Your continued lack of apology to me is conspicuous—and craven.

6.  Your claim, "[w]e have received your additional comments that were submitted to the Consumer Financial Protection Bureau…" (page 1) is a non sequitur twice over: (a) Consumers do not submit comments but complaints to the CFPB. (b) I submitted no additional complaints beyond the first two.

7.  Your claim, "we respectfully decline to apply credit to your account for the balance or to forgive the debt," (page 1) is myopic in light of my 9/28 letter. If it clarifies, you may disregard the resolution I requested in my CFPB complaints, as we are now quite passed that point given your failure to bring any resolution whatsoever. The remainder of the complaints stands.

8.  Your claim, "[o]ur records do not reflect that we have received notification of any transactions that are disputed," (page 1) is disingenuous. My dispute, which was indeed registered with you expressly and timely, is not predicated on a transaction, per se, but on your confessed intentional contractual breach on 8/25. So, I again preserve for the record that the entire balance is no longer valid or due and owing and thus is disputed on that basis.

9.  Your claim, "you were unable to remit cash payments via the ATM because of the amount that your account balance had exceeded your credit limit," is a red herring twice over: (a) I already overwhelmingly discredited and disposed of this claim in my 9/28 letter; (b) Your claim would only make sense if I had attempted to make purchase or get cash (thus increasing the balance) rather than what I actually did—attempted to make payment (thus *decreasing* the balance). Basic arithmetic!

10. Your claims, "[b]ecause you disagree with this resolution … ," and "we consider this matter resolved … ," (page 2) are delusional. By definition, an ongoing disagreement does not make a resolution. Besides, by yielding, you substantiate my position: The account is no longer valid or due and owing because, per your confession, you breached our contract on 8/25 when you refused (four times) to honor, accept, and credit my proper cash payment.

11. Your simultaneous claims, "[we] will not respond to additional inquiries related to this issue," and "[s]hould you wish to have the 'disputed by the consumer' note removed from your credit profile, *it will be necessary for you to contact us at the address listed above*," (page 2) are mutually exclusive. Your responses are so irrational and unprincipled that you do not seem to be able to keep track of them even within a single letter. (For the record, I do **not** want the "disputed by the consumer" note removed. My point is that your rush to silence me so that you can keep avoiding thinking sincerely or substantively about this matter has led you to make uncritical and incoherent statements, even from one sentence to the next. Is this who you are? Is it $worth$ it?)

Given these grounds, which I will invoke in any future proceeding, you will:
(a) Remit this matter immediately; (b) Mark/close your files accordingly; and
(c) Refrain from placing, or rescind as necessary, any related *adverse* information about me with the national consumer reporting agencies (do **not** remove the "disputed by the consumer" note that you added). Your failure to comply, as well as any future unauthorized contact, will subject you to state and federal civil/criminal complaint, investigation, and prosecution, as well as to civil penalty and legal action resulting in damages, attorney's fees, costs, and sanctions. This is an attempt to mitigate. I reserve all of my rights.

Looking forward,

Michael N. Anhar

24

**MICHAEL N. ANHAR**  ✉ 3183 KENDRA COURT        ☎ (209) 669-3909
                       TURLOCK, CA  95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

### BILLING DISPUTE
(VIA FIRST-CLASS MAIL)

October 24, 2018

Customer Service
Citibank NA
PO Box 6500
Sioux Falls SD  57117-6500

     Re:  ThankYou Preferred MC: **-1276**
         Alleged Bal.: $3,289.18 (10/'18 Stmnt.)

Given that, as of 8/25, you stand in breach of our contract, I say:

1. I deny and dispute the above-referenced alleged debt in its entirety.

2. The alleged balance is wrong; it should be $0.

3. I incorporate by reference my (a) 10/22 *Third Rebuttal & Reiterated Dispute*, sent to Amy True in the Office of the President; (b) 10/11 *Second Rebuttal & Reiterated Dispute*, sent to vice president G. Stevens; (c) 10/9 *Rebuttal & Reiterated Dispute*, sent to your Citi Client First division/department; and (d) 9/28 *Rebuttal & Dispute*, sent via First-Class Certified Mail to Amy True in the Office of the President and copied to Customer Service (USPS tracking # 7018004000011042-6499; -6482; both delivered on 10/2).

Given these grounds, which I will invoke in any future proceeding, you will:
(a) Remit this matter immediately; (b) Mark/close your files accordingly; and
(c) Refrain from placing, or rescind as necessary, any related *adverse* information about me with the national consumer reporting agencies (do **not** remove any "disputed by the consumer" notation). Your failure to comply, as well as any future unauthorized contact, will subject you to state and federal civil/criminal complaint, investigation, and prosecution, as well as to civil penalty and legal action resulting in damages, attorney's fees, costs, and sanctions. This is an attempt to mitigate. I reserve all of my rights.

Looking forward,

Michael N. Anhar

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT   ☎ (209) 669-3909
TURLOCK, CA  95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM

## FOURTH REBUTTAL & REITERATED DISPUTE
### (VIA FIRST-CLASS MAIL)

October 31, 2018

G Stevens
Citibank NA
PO Box 6077
Sioux Falls SD  57117-6077

    Re:  ThankYou Preferred Mastercard: **-1276**

This rebuts your 10/24 dunning letter. Given that, as of 8/25, you stand in breach
of our contract, I say:

1. I deny and dispute any alleged debt on the account.

2. The account balance should be $0.

3. I incorporate by reference my (a) 10/24 *Billing Dispute* to Customer Service;
   (b) 10/22 *Third Rebuttal & Reiterated Dispute* to Amy True in the president's
   office; (c) 10/11 *Second Rebuttal & Reiterated Dispute* to you; (d) 10/9 *Rebuttal
   & Reiterated Dispute* to Citi Client First; and (e) 9/28 *Rebuttal & Dispute* to
   Amy True in the president's office, copied to Customer Service (USPS
   tracking # 7018004000011042-6499; -6482; both delivered on 10/2).

Given all of the above, which I will invoke in any future proceeding, you will:
(a) Remit this matter immediately; (b) Mark/close your files accordingly; and
(c) Refrain from placing, or rescind as necessary, any related *adverse* information
about me with the national consumer reporting agencies (do **not** remove any
"disputed by the consumer" notation). Your failure to comply, as well as any
future unauthorized contact, will subject you to state and federal civil/criminal
complaint, investigation, and prosecution, as well as to civil penalty and legal
action resulting in damages, attorney's fees, costs, and sanctions. This is an
attempt to mitigate. I reserve all of my rights.

Looking forward,

Michael N. Anhar

**MICHAEL N. ANHAR**          ☏ 3183 KENDRA COURT          ☎ (209) 669-3909
                              TURLOCK, CA  95382-1335          ✉ MICHAEL.ANHAR@GMAIL.COM

## BILLING DISPUTE
### (VIA FIRST-CLASS MAIL)

November 24, 2018

Customer Service
Citibank NA
PO Box 6500
Sioux Falls SD  57117-6500

  Re:  ThankYou Pref. MC: **-1276** | Alleged Bal.: $3,352.90 (**11/'18 Stmnt.**)

Given that, as of 8/25, you stand in breach of our contract, I say:

1.  I deny and dispute the above-referenced alleged debt in its entirety.

2.  The alleged balance is wrong; it should be $0.

3.  I incorporate by reference my (a) 10/24 *Billing Dispute*, sent to you; (b) 10/22 *Third Rebuttal & Reiterated Dispute*, sent to Amy True in the president's office; (c) 10/11 *Second Rebuttal & Reiterated Dispute*, sent to V.P. G. Stevens; (d) 10/9 *Rebuttal & Reiterated Dispute*, sent to Citi Client First; and (e) 9/28 *Rebuttal & Dispute*, sent to Amy True and copied to you (USPS # 7018004000011042-6499; -6482; both delivered on 10/2).

Given these grounds, which I will invoke in any future proceeding, you will:
(a) Remit this matter immediately; (b) Mark/close your files accordingly; and
(c) Refrain from placing, or rescind as necessary, any related *adverse* information about me with the national consumer reporting agencies (do **not** remove any "disputed by the consumer" notation). Your failure to comply, as well as any future unauthorized contact, will subject you to state and federal civil/criminal complaint, investigation, and prosecution, as well as to civil penalty and legal action resulting in damages, attorney's fees, costs, and sanctions. This is an attempt to mitigate. I reserve all of my rights.

Looking forward,

Michael N. Anhar

27

**MICHAEL N. ANHAR**   ⌂ 3183 KENDRA COURT          📞 (209) 669-3909
                         TURLOCK, CA  95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM

### REITERATED BILLING DISPUTE &
### REBUTTAL TO YOUR 12/10 REPLY
(VIA FIRST-CLASS MAIL)

December 18, 2018

Customer Service
Citibank NA
PO Box 6500
Sioux Falls SD  57117-6500

    Re:   ThankYou Pref. MC: **-1276** | Alleged Bal.: $3,352.90 (**11/'18 Stmnt.**)

1. As of 8/25, you stand in breach of our contract.

2. Thus, I deny and dispute the above-referenced alleged debt in its entirety.

3. Thus, the alleged balance is wrong—it should be $0.

5. Further, your 12/10 reply to my 11/24 *Billing Dispute* entirely fails to address the substance of that dispute. Thus, I can and do reasonably conclude that **you also don't refute my 11/24 *Billing Dispute***.

6. Finally, your 12/10 reply employs a red herring and strawman in that it completely avoids the *contractual* issue I *do* raise and instead advances a *calculation* issue I *never* raise. Besides being logical fallacies, red herrings and strawmen are inherently and fundamentally deceptive and unintellectual; when memorialized in writing, as in your reply, they are ethically bankrupt and manifestly contemptible on those grounds.

7. I incorporate by reference my (a) 11/24 *Billing Dispute*, sent to you; (b) 10/24 *Billing Dispute*, sent to you; (c) 10/22 *Third Rebuttal & Reiterated Dispute*, sent to Amy True in the president's office; (d) 10/11 *Second Rebuttal & Reiterated Dispute*, sent to V.P. G. Stevens; (e) 10/9 *Rebuttal & Reiterated Dispute*, sent to Citi Client First; and (f) 9/28 *Rebuttal & Dispute*, sent to Amy True and copied to you.

8.  Given these grounds, which I will invoke in any future proceeding, you will:
    (a) Remit this matter immediately; (b) Mark/close your files accordingly; and
    (c) Refrain from placing, or rescind as necessary, any related *adverse*
    information about me with the national consumer reporting agencies (do **not**
    remove any "disputed by the consumer" notation). Your failure to comply, as
    well as any future unauthorized contact, will subject you to state and federal
    civil/criminal complaint, investigation, and prosecution, as well as to civil
    penalty and legal action resulting in damages, attorney's fees, costs, and
    sanctions. This is an attempt to mitigate. I reserve all of my rights.

Looking forward,


Michael N. Anhar

**MICHAEL N. ANHAR**     🏠 3183 KENDRA COURT    📞 (209) 669-3909
TURLOCK, CA  95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

## BILLING DISPUTE
### (VIA FIRST-CLASS MAIL)

December 26, 2018

Customer Service
Citibank NA
PO Box 6500
Sioux Falls SD  57117-6500

Re:  ThankYou Pref. MC: -**1276** | Alleged Bal.: $3,418.13 (**12/'18 Stmt**)

1. Since 8/25/18, you stand in *confessed intentional breach* of our contract.

2. Thus, I deny and dispute the above-referenced alleged debt in its entirety.

3. Thus, the alleged balance is wrong—it should be $0.

4. Thus, that you keep billing on this account *explicitly known to be disputed* now for 123 days (and counting) shows clearly and convincingly that you are willfully, arbitrarily, fraudulently, and thus illegally inflating it, likely to make it more lucrative for placement with a collection agency/law firm. You do this with indifference to the legal injury it causes me. Thus, I will file a new CFPB complaint on this basis, which will further preserve for the record your fraud.

5. I incorporate by reference my (a) 12/18 *Reiterated Billing Dispute & Rebuttal to Your 12/10 Reply*, sent to you; (b) 11/24 *Billing Dispute*, sent to you; (c) 10/24 *Billing Dispute*, sent to you; (d) 10/22 *Third Rebuttal & Reiterated Dispute*, sent to Amy True in the president's office; (e) 10/11 *Second Rebuttal & Reiterated Dispute*, sent to V.P. G. Stevens; (f) 10/9 *Rebuttal & Reiterated Dispute*, sent to Citi Client First; and (g) 9/28 *Rebuttal & Dispute*, sent to Amy True and copied to you.

6. Given these grounds, which I will invoke in any future proceeding, you will: (a) remit this matter immediately; (b) mark/close your files accordingly; and (c) refrain from placing, or rescind as necessary, any related *adverse* information about me with the national consumer reporting agencies (do **not** remove any "disputed by the consumer" notation). Your failure to comply, as well as any unauthorized contact, will subject you to state and federal civil/criminal complaint, investigation, and prosecution, as well as to civil penalty and legal action resulting in damages, attorney's fees, costs, and sanctions. This is an attempt to mitigate. I reserve all my rights.

Looking forward,

Michael N. Anhar

**MICHAEL N. ANHAR**       ⌂ 3183 KENDRA COURT        ☎ (209) 669-3909
                           TURLOCK, CA  95382-1335     ✉ MICHAEL.ANHAR@GMAIL.COM

### REFUTATION OF YOUR 12/26/18 LETTER
### & DENIAL OF ALLEGED DEBT
(VIA FIRST-CLASS MAIL)

January 7, 2019

Greg Stevens
Citibank NA
PO Box 6077
Sioux Falls SD  57117-6077

Re:  ThankYou Pref. MC: **-1276**

Your letter opens, "Your account is seriously past due [sic] and we have not been able to contact you for some time." Besides being a run-on, this is a lie. Let's deal with the second clause first: We've been in ongoing contact for the past 12+ years, during which you've always had my contact details at your fingertips. Further, in the past 4+ months alone, even excluding billing statements and collections calls, I count at least 25 written and telephonic contact points between us, the proof of which has also always been at your fingertips. Claiming otherwise is mendacious.

Now, we go to your first clause: Under the combined contractual elements and written provisions of your 2018 *Update* re cash payments and our 2016 updated *Card Agreement*, on 8/25/18 (@ ≈8:15 p.m.), you intentionally prima facie breached our written contract by refusing—four times—to honor, accept, and credit my cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I had done for the past 12+ years. Since then, you've repeatedly and explicitly confessed to this. Your continued billing on an account you explicitly know is closed, denied, and no longer due and owing or under contract—due to your confessed intentional prima facie contractual breach—constitutes fraud under the FCBA and TILA.

Your compound lie reveals your attempt to gaslight me by innuendo and to misrepresent me with a strawman. All of this amounts to an ad-hominem attack. This is inherently and fundamentally deceptive and unintellectual and thus ethically bankrupt and manifestly contemptible on those grounds.

Good day,

Michael N. Anhar

**MICHAEL N. ANHAR**   🏠 3183 KENDRA COURT   📞 (209) 669-3909
TURLOCK, CA  95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM

### REFUTATION OF YOUR 1/8/19 CFPB RESPONSE
### –&– DENIAL OF ALLEGED DEBT DUE TO YOUR
### INTENTIONAL CONTRACTUAL BREACH
(VIA FIRST-CLASS MAIL)

January 9, 2019

Skye Roxton—President's Office          Re: ThankYou Pref. MC: **-1276**
Citibank NA                             (CFPB #: **181227-3720505**)
PO Box 6000
Sioux Falls SD  57117-6000             cc: Customer Service; Greg Stevens

Your response includes two particularly telling phrases: You say, "As stated in the Card Agreement [sic], when the minimum payment due is not received by the due date … ,"—but you don't acknowledge *your* duties under that written agreement. You say, "Although we can appreciate the circumstances that prevented you from remitting timely payments … ,"—but you don't admit the circumstance was *you*. So, I'll help you on both fronts by correcting your "selective" interpretations.

Under the combined contractual elements and written provisions of your 2018 *Update* re cash payments and our 2016 updated *Card Agreement*, on 8/25/18 (@ ≈8:15 p.m.), you intentionally prima facie breached our written contract by refusing—four times—to honor, accept, and credit my cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I had done for the past 12+ years. Since then, you've repeatedly and explicitly confessed to this—to your intentional contractual breach.

Namely, you've admitted suspending this (but not my second) account from making purchases *and from making payments* in cash at your ATMs because *you* caused my account to go over limit by $24.93 (as you'd done 35 other times, without issue—four of which were by more than $24.93) when you applied that month's interest fee. So, the over-limit amount was due to *your* interest charge, and you prevented my doing the very thing, as prescribed by you, that would have brought the account back under the limit you exceeded in the first place. By refusing to honor, accept, and credit my proper payment, you failed to perform your duties as required and agreed, thus intentionally breaching our contract.

This is why, also on 8/25/18 (@ ≈9:45 p.m.), I closed this account, as well as my second one (but because you didn't breach on that one, I still pay it down). This is also why, on and since 8/25/18, I repeatedly and explicitly denied, have denied, and continue to deny, the alleged debt in its entirety. And it's also why I deny the alleged past-due and over-limit fees, as they have been generated and charged exclusively by you since your intentional contractual breach on 8/25/18.

MICHAEL N. ANHAR

REFUTATION &amp; DENIAL

PAGE 2 OF 2

Case 1:19-cv-00496-NONE-EPG Document 31-1 Filed 03/06/20 Page 34 of 109

Your continued billing on an account you explicitly know is closed, denied, and no longer due and owing or under contract—due to your confessed intentional prima facie contractual breach—constitutes fraud under the FCBA and TILA.

You keep acting in bad faith by endlessly trying to misrepresent the facts with selective strawmen, manipulate the record with red herrings, dodge the central issue with circular reasoning, gaslight me with intentional innuendo, and pervert the process with pathological mendacity. This is inherently and fundamentally deceptive and unintellectual and thus ethically bankrupt and manifestly contemptible on those grounds. It's craven; it's corrupt; it's criminal; and it's quintessentially corporate. I won't let you get away with it—that's a promise, and you can "take-it-to-the-bank!"

Finally, let me be emphatically clear about something: I'm **not** asking you for "credits" or "forgiveness," so stop pretending that I am. I don't need your credits or forgiveness—you need mine! **I'M SAYING BECAUSE YOU INTENTIONALLY BREACHED OUR CONTRACT, I DON'T HAVE TO—AND THUS NEVER WILL—PAY YOU! GET IT?!**

Good day,

Michael N. Anhar

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT        ☏ (209) 669-3909
                       TURLOCK, CA  95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM

### REJECTION OF YOUR 1/4/19 "SETTLEMENT OFFER"
### –&– DENIAL OF THE ALLEGED DEBT BECAUSE IT'S INVALID
### DUE TO YOUR INTENTIONAL CONTRACTUAL BREACH
(VIA FIRST-CLASS MAIL)

January 12, 2019

Greg Stevens                                    Re:  ThankYou Pref. MC: -**1276**
Citibank NA
PO Box 6077
Sioux Falls SD  57117-6077

I've reviewed your "settlement offer." When I finally stopped laughing out loud, I thought I'd once again try to help you with your reading comprehension. Now, do pay attention this time…Are you paying attention? Here we go:

Under the combined contractual elements and written provisions of your 2018 *Update* re cash payments and our 2016 updated *Card Agreement*, on 8/25/18 (@ ≈ 8:15 p.m.), you intentionally prima facie breached our written contract by refusing—four times—to honor, accept, and credit my cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I had done for the past 12+ years. Since then, you've repeatedly and explicitly confessed to this—to your intentional contractual breach.

Namely, you've admitted suspending this (but not my second) account from making purchases *and from making payments* in cash at your ATMs because *you* caused my account to go over limit by $24.93 (as you'd done 35 other times, without issue) when you applied that month's interest. So, the over-limit amount (higher four other times prior, without issue) was due to *your* interest charge, and you prevented my doing the very thing, as prescribed by you, that would have brought the account back under the limit you exceeded in the first place. By refusing to honor, accept, and credit my proper payment, you failed to perform your contractual duties, thus intentionally breaching our agreement.

This is why, also on 8/25/18 (@ ≈ 9:45 p.m.), I closed this account, as well as my second one (but because you didn't breach on that one, I still pay it down). This is also why, on and since 8/25/18, I repeatedly and explicitly denied, have denied, and continue to deny, the alleged debt in its entirety. And it's also why I deny the alleged past-due and over-limit fees, as they have been generated and charged exclusively by you since your intentional contractual breach on 8/25/18.

Your continued billing on an account you explicitly know is closed, denied, and no longer due and owing or under contract—due to your confessed intentional prima facie contractual breach—constitutes fraud under the FCBA and TILA.

Finally, let me be emphatically clear: I'm not saying I want credits, forgiveness, or a settlement, so stop pretending I am by persisting. I don't need your reprieve—you need mine! **I'M SAYING BECAUSE YOU INTENTIONALLY BREACHED OUR CONTRACT, I DON'T HAVE TO—AND THUS NEVER WILL—PAY YOU! CAPISCI?**

Good day,

Michael N. Anhar

**MICHAEL N. ANHAR**        ⌂ 3183 KENDRA COURT                    ☎ (209) 669-3909
                            TURLOCK, CA  95382-1335            ✉ MICHAEL.ANHAR@GMAIL.COM

### REJECTION OF YOUR 1/5/19 "DETERMINATION"
### –&– DENIAL OF THE ALLEGED DEBT BECAUSE IT'S INVALID
### DUE TO YOUR INTENTIONAL CONTRACTUAL BREACH
(VIA FIRST-CLASS MAIL)

January 12, 2019

Customer Service                          Re: ThankYou Pref. MC: -**1276**
Citibank NA                                          (12/'18 Stmt)
PO Box 6500
Sioux Falls SD  57117-6500

I've reviewed your "determination." When I finally stopped rolling my eyes,
I thought I'd once again try to help you with your reading comprehension.
Now, do pay attention this time…Are you paying attention? Here we go:

Under the combined contractual elements and written provisions of your
2018 *Update* re cash payments and our 2016 updated *Card Agreement*, on 8/25/18
(@ ≈ 8:15 p.m.), you intentionally prima facie breached our written contract by
refusing—four times—to honor, accept, and credit my cash payment in U.S.
dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly
as prescribed by you and as I had done for the past 12+ years. Since then, you've
repeatedly and explicitly confessed to this—to your intentional contractual breach.

Namely, you've admitted suspending this (but not my second) account from
making purchases *and from making payments* in cash at your ATMs because
*you* caused my account to go over limit by $24.93 (as you'd done 35 other times,
without issue) when you applied that month's interest. So, the over-limit amount
(higher four other times prior, without issue) was due to *your* interest charge, and
you prevented my doing the very thing, as prescribed by you, that would have
brought the account back under the limit you exceeded in the first place. By
refusing to honor, accept, and credit my proper payment, you failed to perform
your contractual duties, thus intentionally breaching our agreement.

This is why, also on 8/25/18 (@ ≈ 9:45 p.m.), I closed this account, as well as my
second one (but because you didn't breach on that one, I still pay it down). This is
also why, on and since 8/25/18, I repeatedly and explicitly denied, have denied,
and continue to deny, the alleged debt in its entirety. And it's also why I deny the
alleged past-due and over-limit fees, as they have been generated and charged
exclusively by you since your intentional contractual breach on 8/25/18.

Your continued billing on an account you explicitly know is closed, denied, and
no longer due and owing or under contract—due to your confessed intentional
prima facie contractual breach—constitutes fraud under the FCBA and TILA.

Finally, let me be emphatically clear: I'm not saying I want credits, forgiveness, or a settlement, so stop pretending I am by persisting. I don't need your reprieve—you need mine! **I'M SAYING BECAUSE YOU INTENTIONALLY BREACHED OUR CONTRACT, I DON'T HAVE TO—AND THUS NEVER WILL—PAY YOU! CAPISCI?**

Good day,

Michael N. Anhar

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT    ☎ (209) 669-3909
TURLOCK, CA  95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

### REJECTION OF YOUR 1/7/19 CALCULATIONS –&–
### DENIAL OF THE ENTIRE ALLEGED DEBT BECAUSE IT'S INVALID
### DUE TO YOUR INTENTIONAL CONTRACTUAL BREACH
(VIA FIRST-CLASS MAIL)

January 14, 2019

Customer Service                    Re: ThankYou Pref. MC: -**1276**
Citibank NA
PO Box 6500
Sioux Falls SD  57117-6500

I've reviewed your calculations letter. When I finally stopped laughing out loud, I thought I'd once again try to help you with your reading comprehension. Now, do pay attention this time…Are you paying attention? Here we go:

Under the combined contractual elements and written provisions of your 2018 *Update* re cash payments and our 2016 updated *Card Agreement*, on 8/25/18 (@ ≈ 8:15 p.m.), you intentionally prima facie breached our written contract by refusing—four times—to honor, accept, and credit my cash payment in U.S. dollars at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I had done for the past 12+ years. Since then, you've repeatedly and explicitly confessed to this—to your intentional contractual breach.

Namely, you've admitted suspending this (but not my second) account from making purchases *and from making payments* in cash at your ATMs because *you* caused my account to go over limit by $24.93 (as you'd done 35 other times, without issue) when you applied that month's interest. So, the over-limit amount (higher four other times prior, without issue) was due to *your* interest charge, and you prevented my doing the very thing, as prescribed by you, that would have brought the account back under the limit you exceeded in the first place. By refusing to honor, accept, and credit my proper payment, you failed to perform your contractual duties, thus intentionally breaching our agreement.

This is why, also on 8/25/18 (@ ≈ 9:45 p.m.), I closed this account, as well as my second one (but because you didn't breach on that one, I still pay it down). This is also why, on and since 8/25/18, I repeatedly and explicitly denied, have denied, and continue to deny, the alleged debt in its entirety. And it's also why I deny the alleged past-due and over-limit fees, as they have been generated and charged exclusively by you since your intentional contractual breach on 8/25/18.

Your continued billing on an account you explicitly know is closed, denied, and no longer due and owing or under contract—due to your confessed intentional prima facie contractual breach—constitutes fraud under the FCBA and TILA.

39

Case 1:19-cv-00496-NONE-EPG   Document 31-1   Filed 03/06/20   Page 40 of 109

Finally, let me be emphatically clear: I'm not saying I want credits, forgiveness, or a settlement, so stop pretending I am by persisting. I don't need your reprieve—you need mine! **I'M SAYING BECAUSE YOU INTENTIONALLY BREACHED OUR CONTRACT, I DON'T HAVE TO—AND THUS NEVER WILL—PAY YOU! CAPISCI?**

Good day,

Michael N. Anhar

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT    ☎ (209) 669-3909
TURLOCK, CA  95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

## REJECTION OF YOUR FRAUDULENT *FEBRUARY ['19] STATEMENT* -&- DENIAL OF THE ENTIRE ALLEGED DEBT BECAUSE IT'S INVALID DUE TO YOUR INTENTIONAL CONTRACTUAL BREACH
(VIA FIRST-CLASS MAIL)

February 26, 2019

Customer Service                          ThankYou Preferred MC:
Citibank NA                               ████████-1276
PO Box 6500
Sioux Falls SD  57117-6500

Under the combined contractual elements and written provisions of your revised cash-payment policy as established in your 5/8/18 *Update* and confirmed in your Jun. & Jul. '18 statements, read concurrently with your 11/23/16 *Card Agreement*, on 8/25/18 (@ ≈ 8:15 p.m.), you intentionally prima facie breached our contract by refusing—*four times*—to accept and credit my conforming payment of cash in USD at two Citibank ATMs without exceeding $3,000 for the month, all exactly as prescribed by you and as I'd done for the past 12+ years. Since 8/25/18, you've repeatedly and explicitly confessed to this—to your intentional contractual breach.

You've admitted—*after the fact*—to **suspending** this but not my similarly-situated second account from making purchases, getting advances, **and *accepting payments*** in cash at your ATMs, as prescribed by you. You've admitted you did this because when you applied August 2018's interest, you caused my account to go over limit by $24.93, though you'd done that 35 other times without issue. So, this over-limit amount that you caused (which had been higher four other times without issue) was due to your own charge, and because of it, you refused my proper payment, which, of course, would've brought the account back under the limit you exceeded in the first place. By refusing to accept and credit my conforming payment, you failed to perform as agreed, thereby intentionally breaching our contract.

This is why, also on 8/25/18 (@ ≈ 9:45 p.m.), I closed both of my Citibank credit accounts**ᴬ**. It's also why, on and since 8/25/18, I repeatedly and explicitly denied, have denied, and continue to deny, the alleged debt in its entirety, including the alleged past-due and over-limit amounts, as well as the alleged finance charges generated exclusively by you since your intentional contractual breach on 8/25/18.

---

**ᴬ** You're misreporting to the national consumer reporting agencies account # -1276's closure date as 8/23/18 and account # -2471's closure date as 8/27/18; both were closed on 8/25/18.

41

Ultimately, because you intentionally and unapologetically breached our contract, I'm not required to—*and thus never will*—pay you! Your continued billing on an account you explicitly know is closed, denied, and no longer due and owing or under contract (due to your confessed intentional prima facie contractual breach) minimally constitutes fraud under the FCBA/TILA. This exposes you to civil liability under 15 U.S.C. § 1640, administrative liability under § 1607, and criminal liability under § 1611. In a civil action, it'll also constitute your bad faith, unclean hands, and failure to mitigate. If brought as a class action, you'd be liable for at least $1,000,000, and that's excluding fees and costs.

For six months (and counting), you've refused to take any corrective action, treated me with contempt, and persistently, willfully, and knowingly violated numerous criminal and civil federal statutes. In the end, it'll be you who pays.

Good day,

MICHAEL N. ANHAR

**MICHAEL N. ANHAR**          🏠 3183 KENDRA COURT          📞 (209) 669-3909
                              TURLOCK, CA  95382-1335          ✉ MICHAEL.ANHAR@GMAIL.COM

### REJECTION OF YOUR CRYPTIC *CONFIRMATION*
### -&- DENIAL OF THE ENTIRE ALLEGED DEBT BECAUSE IT'S INVALID
### DUE TO YOUR INTENTIONAL CONTRACTUAL BREACH

(VIA FIRST-CLASS MAIL)

March 14, 2019

Citibank NA                              ThankYou Preferred MC:
PO Box 6077                              ███████████-1276
Sioux Falls SD  57117-6077

Your willful, knowing, and persistent false billing on, dunning of, and third-party
reporting about a closed account, cancelled debt, and voided contract—due to
your intentional prima facie contractual breach—constitutes fraud and oppression.
It is noted for the record.

Good day,

MICHAEL N. ANHAR

**MICHAEL N. ANHAR**          ⌂ 3183 KENDRA COURT          ☎ (209) 669-3909
                             TURLOCK, CA  95382-1335        ✉ MICHAEL.ANHAR@GMAIL.COM

**BILLING DISPUTE:**
**ADDENDUM TO MY 1/25/19 BILLING DISPUTE**
**OF YOUR 2019 *JANUARY STATEMENT***
(VIA FIRST-CLASS MAIL)

March 16, 2019

Customer Service                          ThankYou Preferred MC:
Citibank NA                               ██████████-1276
PO Box 6500
Sioux Falls SD  57117-6500

Your 2019 *January Statement*, which is for billing period 12/**25**/18–01/22/19,
includes a line-item credit for $35. (Page 2.) Besides being random and arbitrary,
this credit is backdated 12/**24**/18, which is one day *before* the billing period began.
I suspect you did this to give the specious appearance that you'd complied with
FCBA's two-billing-cycles time limit for responding to my 10/24/18 billing
dispute notice.

All you managed to do is compound your underlying non-compliance with prima
facie fraud and add to your already knowing, willful, and persistent pattern of
criminal conduct. It's noted for the record.

Good day,

MICHAEL N. ANHAR

44

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT        ☎ (209) 669-3909
TURLOCK, CA  95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

## DISPUTE

(VIA FIRST-CLASS MAIL)

March 23, 2019

Customer Service                              ThankYou Preferred MC:
Citibank NA                                   █████████-1276
PO Box 6500
Sioux Falls SD  57117-6500                    Alleged Bal.: $3,540.65

I reject your fraudulent 2019 *March Statement*.

I deny the above-referenced alleged debt in its entirety because it's invalid due to
your 8/25/18 intentional contractual breach. I've addressed this ad nauseum in
my communiqués to you over the past nearly seven months. I incorporate by
reference all of those communiqués.

I object to your willful, knowing, and persistent wrongful billing on, dunning of,
and third-party reporting of this now-closed account, invalid debt, void contract,
and terminated relationship.

Good day,

MICHAEL N. ANHAR

**MICHAEL N. ANHAR**  ⌂ 3183 KENDRA COURT    ☎ (209) 669-3909
TURLOCK CA 95382-1335   ✉ MICHAEL.ANHAR@GMAIL.COM

## REFUTATION OF YOUR 04/29/19 LETTER

VIA FIRST-CLASS MAIL

May 8, 2019

Citibank NA                                    ThankYou Pref. MC: **-1276**
PO Box 790040                                    Alleged Bal.: $3,540.65
St Louis MO  63179-9819

Recovery
Citi
4600 Houston Rd
Florence KY  41042-4820

This follows your 04/29/19 letter, which was delivered on 05/06/19 via UPS
(#1Z50E5570300118487). Though the return address on your letter is the
above MO address, the shipper's address on the UPS envelope insert is the
above KY address. You provide no explanation for the discrepancy.

Your letter's thesis statement seems to be this: "We have received your inquiry
requesting information regarding the debt you have with Citi … ." I take it from
this statement that you intended yours to be a debt validation letter. If so, then
it's unsolicited, misguided, and misplaced. It's also poorly/illegally drafted—
e.g., you list three names for the creditor instead of just one.

You reference my "inquiry" but don't say which inquiry or of what date. If you
mean my 03/23/19 Dispute, then you grossly failed to comprehend it, as I
make no request for information therein. More to the point, you also reference
a debt that doesn't exist and hasn't existed since 08/25/18 when you breached
our contract. This was the entire point of my Dispute, not to mention of the
dozens of correspondences I've sent you over the past nearly nine months.
Given all this, it's absurd you'd claim you take my inquiry "seriously."

You unnecessarily enclosed with your letter a copy of your March Statement,
as well as the Card Agreement. I'd like to return the favor by ending this letter
with an exact copy of the entire body of my previous Dispute, hoping this time,
that you'll really read it—and *hope-of-all-hopes*—actually comprehend it:

46

I reject your fraudulent 2019 *March Statement*.

I deny the above-referenced alleged debt in its entirety because it's invalid due to your 8/25/18 intentional contractual breach. I've addressed this ad nauseum in my communiqués to you over the past nearly seven months. I incorporate by reference all of those communiqués.

I object to your willful, knowing, and persistent wrongful billing on, dunning of, and third-party reporting of this now-closed account, invalid debt, void contract, and terminated relationship.

Good day,

MICHAEL N. ANHAR

**MICHAEL N. ANHAR**

3183 KENDRA CT
TURLOCK CA 95382-1335

**DENIAL**

VIA FIRST-CLASS CERTIFIED MAIL

05/29/19

Devin B Jacobsen (# 308722)                              Citibank, N.A.
Hunt & Henriques Inc                        ThankYou Pref. MC: –1276
151 Bernal Rd Ste 8                           Alleged Debt: $3,540.65
San Jose CA  95119-1306
P: (800) 680-2426 / (408) 362-2270
F: (408) 362-2299
djacobsen@hunthenriques.com

This answers your dunning letter dated 05/03, postmarked 05/07,
and received 05/10/19. I deny the above-referenced alleged debt in
its entirety because it's invalid due to your client's 08/25/18
intentional contractual breach. I've addressed this ad nauseum in my
communications with your client over the past nearly nine months; I
incorporate by reference all of those communications.

Mail me verification of the alleged debt. Include therein a statement
attesting to whether the alleged debt has been assigned to you or if
you're simply authorized to act by, and on behalf of, your client. In
either case (assignment or authorization to act), attach proof thereof.

Good day,

MICHAEL N. ANHAR

48

# MICHAEL N. ANHAR

3183 KENDRA CT
TURLOCK CA 95382-1335

## REBUTTAL & DENIAL

### VIA FIRST-CLASS CERTIFIED MAIL

06/07/19

Josie S Zimmermann (# 324511)
Hunt & Henriques Inc
151 Bernal Rd Ste 8
San Jose CA  95119-1306
P: (800) 680-2426 / (408) 362-2270
F: (408) 362-2299
jzimmermann@hunthenriques.com

Citibank, N.A.
ThankYou Pref. MC: −1276
Alleged Debt: $3,540.65

This answers your supposed debt-verification packet dated and postmarked 06/03; received 06/05/19. Unfortunately, your packet is at best non-responsive and at worst fraudulent. As a reminder, here's what I requested in my 05/29/19 Dispute letter:

> Mail me verification of the alleged debt. Include therein a statement attesting to whether the alleged debt has been assigned to you or if you're simply authorized to act by, and on behalf of, your client. In either case (assignment or authorization to act), attach proof thereof.

I also wrote, and reiterate here:

> I deny the above-referenced alleged debt in its entirety because it's invalid due to your client's 08/25/18 intentional contractual breach. I've addressed this ad nauseum in my communications with your client over the past nearly nine months; I incorporate by reference all of those communications.

1. Your packet is utterly silent on the issue of assignment or authorization to act, making it prima facie non-responsive.

2.  Your packet is utterly silent on your client's breach of contract and thus my lack of liability for the alleged debt.

3.  Your packet includes alleged "account statements from: April 23, 2018 through March 22, 2019." Yet your own cover letter also acknowledges a "last payment date [of] 08/10/2018," making your alleged statements from Apr- to Aug-18 non-responsive.

4.  *All* your alleged statements are incomplete—minimally missing their respective rights and disclosures pages—making them prima facie non-responsive.

5.  Your Jun-18 alleged statement is entirely missing its third page. Though the document header suggests there are only two pages, the original statement's header establishes there are three pages. Page layout, graphics, or typography doesn't account for this. And the third page's content isn't just substantive—it's material, reiterating the contract-amending language that's the gravamen of this case. Given its probative/dispositive value, the strategic omission of this page, coupled with the alteration of the header to hide that omission, renders your alleged statement fraudulent.

6.  Perhaps most alarming, your Jul-18 alleged statement indeed has a third page, like the original, and the headers are also consistent, but the third page of your document has *erased an entire paragraph* that's in the original. This paragraph is yet another reiteration of the same contract-amending language I mention above. Again, given its probative/dispositive value, your targeted erasure of this paragraph (but not the page as a whole or the remaining content on that page) renders your alleged statement fraudulent.

7.  Your Oct-18 alleged statement, page 2, has *erased an entire paragraph* that's in the original. This paragraph is immaterial for our purposes, but its erasure nonetheless renders your alleged statement fraudulent.

8.  Your Feb-19 alleged statement, page 1, has *erased an entire paragraph* that's in the original. This paragraph is immaterial for our purposes, but its erasure nonetheless renders your alleged statement fraudulent.

9.  Your Mar-19 alleged statement, page 1, has *erased an entire
    paragraph* that's in the original. This paragraph is immaterial for
    our purposes, but its erasure nonetheless renders your alleged
    statement fraudulent.

This list isn't necessarily exhaustive or fixed; I reserve my right to
amend it at any future time. Ultimately, your packet grossly fails as a
verification of debt, as it's rife with legal defects, most if not all of
which are actionable. I don't envision any lens through which it
would be construed as responsive and valid, let alone legal. You likely
have some exposure here, minimally under the FDCPA and UCC, to
say nothing of the California Rules of Professional Conduct—*e.g.*,
Rule 3.4(a), (b), and (c); 4.1(a) and (b); and 8.4(a), (b), (c), and (d).

You're untrustworthy, and your own documentation proves it.

Good day,

MICHAEL N. ANHAR

**MICHAEL N. ANHAR**    🏠 3183 KENDRA CT    📞 (209) 669-3909
TURLOCK CA 95382-1335    ✉ MICHAEL.ANHAR@GMAIL.COM

## REFUTATION & DENIAL
### VIA FIRST-CLASS MAIL

06/11/19

Security Services                    ThankYou Pref. MC: **-1276**
Citibank NA                            Alleged Bal.: $3,540.65
PO Box 6063
Sioux Falls SD  57117-6063

This answers your so-called confirmation dated 06/05/19, received
06/10/19, wherein you claim, "We're looking into the … account
you said wasn't yours … ." Your confirmation also reference my
"dispute" but doesn't say which dispute or of what date. Regardless,
I've never claimed the above-referenced account isn't mine.

What I've done ad infinitum over the last 9.5 months, and counting,
is denied the above-referenced alleged debt. I reiterate yet again:

> I deny the above-referenced alleged debt in its entirety
> because it's invalid due to your 8/25/18 intentional
> contractual breach. I've addressed this ad nauseum in my
> communiqués to you over the past nearly [10] months. I
> incorporate by reference all of those communiqués.

> I object to your willful, knowing, and persistent wrongful
> billing on, dunning of, and third-party reporting of this
> now-closed account, invalid debt, void contract, and
> terminated relationship.

Good day,

MICHAEL N. ANHAR

52

**MICHAEL N. ANHAR**
⌂ 3183 KENDRA CT
TURLOCK CA 95382-1335
☎ (209) 669-3909
✉ MICHAEL.ANHAR@GMAIL.COM

## REFUTATION & DENIAL
### VIA FIRST-CLASS MAIL

06/26/19

Security Services                    ThankYou Pref. MC: -**1276**
Citibank NA                              Alleged Bal.: $3,540.65
PO Box 6063
Sioux Falls SD  57117-6063

This answers your Confirmation of Security Closure dated 06/19,
received 06/25/19, wherein you write:

> **We have closed your Citi ThankYou® Preferred**
> **Mastercard® account for your protection**
> As you requested, we permanently closed the card ending in 1276 because
> of possible unauthorized use.
>
> **We're changing your account number**
> A new account is being set up and, upon review and approval, a new
> card(s) will be sent.

I've never claimed unauthorized use of this account. I've never asked
you to close this account because of unauthorized use. You can't
close an account that I already closed some 10 months ago. For you
to issue a new account/number/card would be improper if not idiotic
because, as I've already told you ad infinitum over the last 10 months
and counting, and as I reiterate here for the umpteenth time:

> I deny the above-referenced alleged debt in its entirety
> because it's invalid due to your 8/25/18 intentional
> contractual breach. I've addressed this ad nauseum in my
> communiqués to you over the past nearly [10] months. I
> incorporate by reference all of those communiqués.
>
> I object to your willful, knowing, and persistent wrongful
> billing on, dunning of, and third-party reporting of this
> now-closed account, invalid debt, void contract, and
> terminated relationship.

53

This is just the latest example—*in a long line of examples*—of your persistent pattern and practice of gross incompetence.

Good day,

MICHAEL N. ANHAR

# Exhibit D

Original Billing Statements
(June 2018–March 2019)

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **05/23/18-06/22/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## JUNE STATEMENT

| | |
|---|---|
| Minimum payment due: | **$83.97** |
| New balance as of 06/22/18: | **$3,176.40** |
| Payment due date: | **07/20/18** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings = $1,592) |

For information about credit counseling services, call 1-877-337-8187.

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $26.40.

## Account Summary

| | |
|---|---|
| Previous balance | $3,164.92 |
| Payments | -$293.00 |
| Credits | -$23.81 |
| Purchases | +$301.72 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$26.57 |
| **New balance** | **$3,176.40** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

 

**Total ThankYou Member Available Point Balance:**
as of 05/31/18          **483**

**» See page 2 for more information about your rewards.**



P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

 To download:
Text **'App15'** to MyCiti (692484)
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$83.97** |
| New balance | **$3,176.40** |
| Payment due date | **07/20/18** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com    Case 1:19-cv-00496-NONE-EPG    Document 31    Filed 08/06/20    Page 57 of 109    Page 2 of 3
MICHAEL N ANHAR                                    Customer Service 1-800-THANKYOU (800-842-6599)
                                                   TTY-hearing-impaired services only 1-877-693-0218

## Account Summary




| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 05/23 | PAYMENT THANK YOU | -$160.00 |
| | 06/03 | PAYMENT THANK YOU | -$55.00 |
| | 06/11 | PAYMENT THANK YOU | -$25.00 |
| | 06/17 | PAYMENT THANK YOU | -$1.00 |
| | 06/17 | PAYMENT THANK YOU | -$50.00 |
| | 06/19 | PAYMENT THANK YOU | -$2.00 |
| 06/04 | 06/04 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -$23.81 |
| **Standard Purchases** | | | |
| 05/23 | 05/23 | CAFRNCHISTXBRD BUS TAX 916-5454445   AL | $1.84 |
| 05/23 | 05/23 | CAFRNCHISTXBRDBUSENTYT 916-5454445  CA | $80.14 |
| 05/31 | 05/31 | GEICO *AUTO        800-841-3000 DC | $27.37 |
| 06/02 | 06/02 | GOOGLE *SVCSAPPS_           CA | $10.00 |
| 06/02 | 06/02 | ADOBE *ACROPRO SUBS  8008336687 CA | $14.99 |
| 06/04 | 06/04 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $47.04 |
| 06/04 | 06/04 | FOODMAXX #407 TURLOC  TURLOCK    CA | $1.36 |
| 06/06 | 06/06 | WAL-MART #3047       TURLOCK   CA | $25.72 |
| 06/07 | 06/07 | AmazonPrime Membership          WA | $6.46 |
| 06/07 | 06/07 | SAFEWAY #1968       TURLOCK   CA | $8.00 |
| 06/13 | 06/13 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $23.92 |
| 06/19 | 06/19 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $1.64 |
| 06/20 | 06/20 | WALMART.COM        800-966-6546 AR | $53.24 |

## Fees charged

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 06/22 | INTEREST CHARGED TO STANDARD PURCH | $26.57 |
| **Total interest charged in this billing period** | | **$26.57** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$150.26** |

### Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% (V) | $3,131.36 (D) | $26.57 |
| ADVANCES | | | |
| Standard Adv | 23.74% (V) | $0.00 (D) | $0.00 |

**Member ID:** ███████

**ThankYou Points Earned This Period**

| | |
|---|---|
| **2x on Dining** | 0 |
| **2x on Entertainment** | 0 |
| **1x on Other Purchases** | 278 |
| **Total Earned** | **278** |

**» Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

TTY-hearing-impaired services only 1-877-693-0218

**MICHAEL N ANHAR**

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by
(V) may vary. Balances followed by (D) are determined by the daily balance method (including
current transactions).

## Account messages

==Important Information Regarding Cash Payments at Citibank(R) Branches
Beginning July 21, 2018, cash payments to your credit card will no longer be
accepted by bank employees at Citibank(R) branches. For your convenience,
proprietary Citibank ATMs will accept cash payments up to $3,000 per credit
card account per calendar month with your credit card PIN.== Call Customer
Service to have a PIN mailed to you.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, visit us online at the url above or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online at the url above.  You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2015 Citibank, N.A. Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment. When you enroll in Online Bill Pay you can schedule your payments up to ninety days in advance using the "Other" payment option. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online.

**Phone.** Call the phone number on the front of your statement to make a payment. There is no fee for this service.

**AutoPay.** Visit **autopay.citicards.com** to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **06/23/18-07/23/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## JULY STATEMENT

| | |
|---|---|
| Minimum payment due: | **$83.29** |
| New balance as of 07/23/18: | **$3,175.60** |
| Payment due date: | **08/20/18** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings = $1,592) |

For information about credit counseling services, call 1-877-337-8187.

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $25.60.

## Account Summary

| | |
|---|---|
| Previous balance | $3,176.40 |
| Payments | -$353.00 |
| Credits | -$0.00 |
| Purchases | +$325.51 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$26.69 |
| **New balance** | **$3,175.60** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit




**Total ThankYou Member
Available Point Balance:**
as of 06/30/18

1

**» See page 2 for more information about your rewards.**

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Pay your bill from virtually anywhere
with the Citi Mobile® App and Citi® Online**

 To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | **$83.29** |
| New balance | **$3,175.60** |
| Payment due date | **08/20/18** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com    Customer Service 1-800-950-5114    Page 2 of 3

Case 1:19-cv-00496-NONE-EPG    Document 31-2    Filed 08/06/20    Page 61 of 109
TTY-hearing-impaired services only 1-877-693-0218

Page 2 of 3

MICHAEL N ANHAR

## Account Summary

 

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 06/26 | PAYMENT THANK YOU | -$155.00 |
| | 06/27 | PAYMENT THANK YOU | -$60.00 |
| | 06/28 | PAYMENT THANK YOU | -$60.00 |
| | 06/30 | PAYMENT THANK YOU | -$20.00 |
| | 07/03 | PAYMENT THANK YOU | -$1.00 |
| | 07/03 | PAYMENT THANK YOU | -$20.00 |
| | 07/07 | PAYMENT THANK YOU | -$10.00 |
| | 07/09 | PAYMENT THANK YOU | -$2.00 |
| | 07/09 | PAYMENT THANK YOU | -$25.00 |
| **Standard Purchases** | | | |
| 06/26 | 06/26 | AT&T *PAYMENT       800-288-2020 TX | $63.59 |
| 06/27 | 06/27 | 99 CENTS ONLY STORES # TURLOCK      CA | $5.39 |
| 06/28 | 06/28 | WM SUPERCENTER #3047    TURLOCK      CA | $1.58 |
| 06/28 | 06/28 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $46.96 |
| 06/29 | 06/29 | WAL-MART #3047        TURLOCK      CA | $20.16 |
| 06/29 | 06/29 | AT&T *PAYMENT       800-288-2020 TX | $63.59 |
| 06/29 | 06/29 | FOODMAXX #407 TURLOC   TURLOCK      CA | $0.71 |
| 06/29 | 06/29 | QUIK STOP #0079   Q80 TURLOCK      CA | $5.02 |
| 06/30 | 06/30 | GEICO *AUTO       800-841-3000 DC | $31.49 |
| 07/01 | 07/01 | GOOGLE *SVCSAPPS_               CA | $10.00 |
| 07/03 | 07/03 | 99 CENTS ONLY STORES # TURLOCK      CA | $10.77 |
| 07/04 | 07/04 | AMAZON.COM AMZN.COM/BI AMZN.COM/BILL WA | $29.97 |
| 07/07 | 07/07 | ORCHARD SUPPLY #380   TURLOCK      CA | $2.15 |
| 07/07 | 07/07 | AmazonPrime Membership         WA | $6.46 |
| 07/09 | 07/09 | QUIK STOP #0079   Q80 TURLOCK      CA | $3.48 |
| 07/09 | 07/09 | RALEY'S #310        TURLOCK      CA | $4.99 |
| 07/14 | 07/14 | 99 CENTS ONLY STORES # TURLOCK      CA | $5.39 |
| 07/17 | 07/17 | WM SUPERCENTER #3047    TURLOCK      CA | $13.81 |

**Member ID:** ▮▮▮▮▮▮▮▮

**ThankYou Points Earned This Period**

| | |
|---|---|
| **2x on Dining** | 0 |
| **2x on Entertainment** | 0 |
| **1x on Other Purchases** | 326 |
| **Total Earned** | **326** |

**» Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

## Fees charged

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 07/23 | INTEREST CHARGED TO STANDARD PURCH | $26.69 |
| **Total interest charged in this billing period** | | **$26.69** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$176.95** |

www.citicards.com Customer Service 1-800-750-7453 Page 3 of 3
MICHAEL N ANHAR
TTY-hearing-impaired services only 1-877-693-0218

## Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% | $3,145.54 (D) | $26.69 |
| ADVANCES | | | |
| Standard Adv | 23.74% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Important Information Regarding Cash Payments at Citibank(R) Branches Beginning July 21, 2018, cash payments to your credit card will no longer be accepted by bank employees at Citibank(R) branches. For your convenience, proprietary Citibank ATMs will accept cash payments up to $3,000 per credit card account per calendar month with your credit card PIN. Call Customer Service to have a PIN mailed to you.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, visit us online at the URL above or write to the Customer Service address shown on the front.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PDF-CTY0618

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online at the URL above. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of this page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2018 Citibank, N.A. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **07/24/18-08/22/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## AUGUST STATEMENT

| | |
|---|---|
| Minimum payment due: | **$81.73** |
| New balance as of 08/22/18: | **$3,174.93** |
| Payment due date: | **09/20/18** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,264 |
| $102 | 3 year(s) | $3,672 (Savings = $1,592) |

For information about credit counseling services, call 1-877-337-8187.

**You are over your credit limit.** Please pay at least the minimum payment due, which includes an overlimit amount of $24.93.

### Account Summary

| | |
|---|---|
| Previous balance | $3,175.60 |
| Payments | -$207.00 |
| Credits | -$0.00 |
| Purchases | +$180.53 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$25.80 |
| **New balance** | **$3,174.93** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |

 

**Total ThankYou Member Available Point Balance:**   **327**
as of 07/31/18

» **See page 2 for more information about your rewards.**



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

 To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$81.73** |
| New balance | **$3,174.93** |
| Payment due date | **09/20/18** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

MICHAEL N ANHAR

## Account Summary

 

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 07/25 | PAYMENT THANK YOU | -$100.00 |
| | 07/26 | PAYMENT THANK YOU | -$50.00 |
| | 08/10 | PAYMENT THANK YOU | -$57.00 |
| **Standard Purchases** | | | |
| 07/27 | 07/27 | Amazon.com          AMZN.COM/BILL WA | $44.81 |
| 07/27 | 07/27 | WAL-MART #3047      TURLOCK      CA | $2.14 |
| 07/27 | 07/27 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $22.06 |
| 07/31 | 07/31 | GEICO *AUTO      800-841-3000 DC | $31.49 |
| 08/01 | 08/01 | GOOGLE *GSUITE_          CA | $10.00 |
| 08/07 | 08/07 | Amazon Prime          WA | $6.46 |
| 08/11 | 08/11 | AT&T  *PAYMENT    800-288-2020 TX | $63.57 |

## Fees charged

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 08/22 | INTEREST CHARGED TO STANDARD PURCH | $25.80 |
| **Total interest charged in this billing period** | | **$25.80** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$202.75** |

### Interest charge calculation                    Days in billing cycle: 30

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% | $3,142.44 (D) | $25.80 |
| ADVANCES | | | |
| Standard Adv | 23.74% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**Member ID:** ███████

**ThankYou Points Earned This Period**

| | |
|---|---|
| 2x on Dining | 0 |
| 2x on Entertainment | 0 |
| 1x on Other Purchases | 181 |
| **Total Earned** | **181** |

**» Visit thankyou.com to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers from the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, visit us online at the URL above or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PDF-CTY0618

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**
You can file a billing dispute or check the status of an existing dispute online at the URL above. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2018 Citibank, N.A. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **08/23/18-09/24/18**

**www.citicards.com**
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## SEPTEMBER  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$221.33** |
| **New balance as of 09/24/18:** | **$3,228.73** |
| **Payment due date:** | **10/20/18** |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,246 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.**  Please pay at least the minimum payment due, which includes a past due amount of $56.80 and an overlimit amount of $78.73.

### Account Summary

| | |
|---|---|
| Previous balance | $3,174.93 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$25.00 |
| Interest | +$28.80 |
| **New balance** | **$3,228.73** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |
| Includes $300 cash advance limit | |



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$221.33** |
| **New balance** | **$3,228.73** |
| **Payment due date** | **10/20/18** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

## Account Summary

| Trans.<br>date | Post<br>date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 09/24 | LATE FEE - AUG PAYMENT PAST DUE | $25.00 |
| **Total fees charged in this billing period** | | **$25.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 09/24 | INTEREST CHARGED TO STANDARD PURCH | $28.80 |
| **Total interest charged in this billing period** | | **$28.80** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$25.00** |
| Total interest charged in 2018 | **$231.55** |

### Interest charge calculation

Days in billing cycle: **33**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 9.99% (V) | $3,188.87 (D) | $28.80 |
| ADVANCES | | | |
| Standard Adv | 23.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**
If you think there is an error on your statement, visit us online at the URL above or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PDF-CTY0618

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**
You can file a billing dispute or check the status of an existing dispute online at the URL above. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2018 Citibank, N.A. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **09/25/18-10/22/18**

**www.citicards.com**
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## OCTOBER  STATEMENT

| | |
|---|---|
| Minimum payment due: | **$374.23** |
| New balance as of 10/22/18: | **$3,289.18** |
| Payment due date: | **11/20/18** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Your account is past due.**   Please pay at least the minimum payment due, which includes a past due amount of $142.60 and an overlimit amount of $139.18.

### Account Summary

| | |
|---|---|
| Previous balance | $3,228.73 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$25.45 |
| **New balance** | **$3,289.18** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,283 |

For information about credit counseling services, call 1-877-337-8188.



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside



**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to MyCiti **(692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$374.23** |
| **New balance** | **$3,289.18** |
| **Payment due date** | **11/20/18** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com    Customer Service 1-866-BANK-1699-011-841-699    Page 2 of 2
MICHAEL N ANHAR
TTY-hearing-impaired services only 1-877-693-0218

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/22 | LATE FEE - SEP PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/22 | INTEREST CHARGED TO STANDARD PURCH | $25.45 |
| **Total interest charged in this billing period** | | **$25.45** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$60.00** |
| Total interest charged in 2018 | **$257.00** |

### Interest charge calculation

Days in billing cycle: 28

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.24% (V) | $3,240.99 (D) | $25.45 |
| ADVANCES | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

You authorize your wireless operator  (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and  to compare information you have provided to Citibank with your wireless operator account profile information for the duration of your business relationship with Citibank.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month. If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

• Account information: Your name and account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

IBSCSR-1018

## Your Rights if You Are Dissatisfied With Your Credit Card Purchases.

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

• Enclose a valid check or money order. No cash or foreign currency please.

• Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

## Payment Amount

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **10/23/18-11/22/18**

www.citicards.com

**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## NOVEMBER  STATEMENT

| | |
|---|---|
| Minimum payment due: | **$534.67** |
| New balance as of 11/22/18: | **$3,352.90** |
| Payment due date: | **12/20/18** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $235.05 and an overlimit amount of $202.90.

## Account Summary

| | |
|---|---|
| Previous balance | $3,289.18 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$28.72 |
| **New balance** | **$3,352.90** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,263 |

For information about credit counseling services, call 1-877-337-8188.



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside



**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$534.67** |
| New balance | **$3,352.90** |
| Payment due date | **12/20/18** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com          Customer Service 1-800-THANKYOU 1-800-843-0777          Page 2 of 2
MICHAEL N ANHAR
TTY-hearing-impaired services only 1-877-693-0218

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 11/22 | LATE FEE - OCT PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/22 | INTEREST CHARGED TO STANDARD PURCH | $28.72 |
| **Total interest charged in this billing period** | | **$28.72** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$95.00** |
| Total interest charged in 2018 | **$285.72** |

### Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.24% (V) | $3,303.06 (D) | $28.72 |
| ADVANCES | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month. If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

IBSCSR-1018

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

## Payment Amount
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

## Payments other than by mail
**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **11/23/18-12/24/18**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## DECEMBER  STATEMENT

| | |
|---|---|
| Minimum payment due: | **$699.13** |
| New balance as of 12/24/18: | **$3,418.13** |
| Payment due date: | **01/20/19** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,206 |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $331.77 and an overlimit amount of $268.13.

## Account Summary

| | |
|---|---|
| Previous balance | $3,352.90 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$30.23 |
| **New balance** | **$3,418.13** |

## Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

---



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$699.13** |
| New balance | **$3,418.13** |
| Payment due date | **01/20/19** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 12/24 | LATE FEE - NOV PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/24 | INTEREST CHARGED TO STANDARD PURCH | $30.23 |
| **Total interest charged in this billing period** | | **$30.23** |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | **$130.00** |
| Total interest charged in 2018 | **$315.95** |

### Interest charge calculation

Days in billing cycle: **32**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.24% (V) | $3,367.52 (D) | $30.23 |
| ADVANCES | | | |
| Standard Adv | 23.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month. If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

IBSCSR-1018

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

### Payment Amount

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

### Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **12/25/18-01/22/19**

**www.citicards.com**
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## JANUARY  STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$788.75** |
| **New balance as of 01/22/19:** | **$3,446.44** |
| **Payment due date:** | **02/20/19** |

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Your account is past due.**  Please pay at least the minimum payment due, which includes a past due amount of $395.00 and an overlimit amount of $296.44.

### Account Summary

| | |
|---|---|
| Previous balance | $3,418.13 |
| Payments | -$0.00 |
| Credits | -$35.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$28.31 |
| **New balance** | **$3,446.44** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 year(s) | $5,228 |

For information about credit counseling services, call 1-877-337-8188.

---

P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | **$788.75** |
| **New balance** | **$3,446.44** |
| **Payment due date** | **02/20/19** |
| **Amount enclosed: $** | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

www.citicards.com    Case 1:19-cv-00496-NONE-EPG    Document 31    Filed 08/06/20    Page 80 of 109    Page 2 of 2
Customer Service: CITIBANK P.O. 1-800-843-0777
TTY-hearing-impaired services only 1-877-693-0218
MICHAEL N ANHAR

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 12/24 | REFUND LATE FEE | -$35.00 |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 01/22 | LATE FEE - DEC PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 01/22 | INTEREST CHARGED TO STANDARD PURCH | $28.31 |
| **Total interest charged in this billing period** | | **$28.31** |

### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | **$0.00** |
| Total interest charged in 2019 | **$28.31** |

### Interest charge calculation

Days in billing cycle: **29**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.49% (V) | $3,396.78 (D) | $28.31 |
| ADVANCES | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month. If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

IBSCSR-1018

## Your Rights if You Are Dissatisfied With Your Credit Card Purchases.

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
  Citi Cards
  Attention: Bankcard Payments Department
  6716 Grade Lane
  Building 9, Suite 910
  Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Citi ThankYou® Preferred Card



**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **01/23/19-02/22/19**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

| | |
|---|---|
| Minimum payment due: | **$955.43** |
| New balance as of 02/22/19: | **$3,512.28** |
| Payment due date: | **03/20/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $492.31 and an overlimit amount of $362.28.

**Account Summary**

| | |
|---|---|
| Previous balance | $3,446.44 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$30.84 |
| **New balance** | **$3,512.28** |

**Credit Limit**

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 year(s) | $5,207 |

For information about credit counseling services, call 1-877-337-8188.

You're still getting a paper statement.
**Why not try Paperless?**

With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

Click here to sign up for Paperless!



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside



**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15'** to MyCiti (692484)
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$955.43** |
| New balance | **$3,512.28** |
| Payment due date | **03/20/19** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

## Account Summary

| Trans.<br>date | Post<br>date | Description | Amount |
|---|---|---|---|

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 02/22 | LATE FEE - JAN PAYMENT PAST DUE | $35.00 |
| **Total fees charged in this billing period** | | **$35.00** |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 02/22 | INTEREST CHARGED TO STANDARD PURCH | $30.84 |
| **Total interest charged in this billing period** | | **$30.84** |

### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | **$35.00** |
| Total interest charged in 2019 | **$59.15** |

### Interest charge calculation

Days in billing cycle: **31**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage<br>rate (APR) | Balance subject<br>to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.49% (V) | $3,461.34 (D) | $30.84 |
| ADVANCES | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month. If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

IBSCSR-1018

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**Payments other than by mail**

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

    Citi Cards
    Attention: Bankcard Payments Department
    6716 Grade Lane
    Building 9, Suite 910
    Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Citi ThankYou® Preferred Card**   

**MICHAEL N ANHAR**
Member Since 2006  Account number ending in: 1276
Billing Period: **02/23/19-03/22/19**

www.citicards.com
**Customer Service 1-800-THANKYOU(1-800-842-6596)**
TTY-hearing-impaired services only 1-877-693-0218
BOX 6500 SIOUX FALLS, SD 57117

### MARCH STATEMENT

| | |
|---|---|
| Minimum payment due: | **$3,540.65** |
| New balance as of 03/22/19: | **$3,540.65** |
| Payment due date: | **04/20/19** |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Your account is past due.**  Please pay at least the minimum payment due, which includes a past due amount of $593.15 and an overlimit amount of $390.65.

### Account Summary

| | |
|---|---|
| Previous balance | $3,512.28 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$28.37 |
| **New balance** | **$3,540.65** |

### Credit Limit

| | |
|---|---|
| Credit limit | $3,150 |

Includes $300 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 28.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $3,541 |

For information about credit counseling services, call 1-877-337-8188.



**You're still getting a paper statement.
Why not try Paperless?**

With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the  **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

**Click here to sign up for Paperless!**



P.O. Box 6004
Sioux Falls, SD 57117-6004

**Your Statement Is Inside**

**Pay your bill from virtually anywhere
with the Citi Mobile® App and Citi® Online**

To download:
Text **'App15' to MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | **$3,540.65** |
| New balance | **$3,540.65** |
| Payment due date | **04/20/19** |
| Amount enclosed: $ | |

Account number ending in 1276

MICHAEL N ANHAR
3183 KENDRA CT
TURLOCK  CA  95382-1335

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 03/22 | INTEREST CHARGED TO STANDARD PURCH | $28.37 |
| **Total interest charged in this billing period** | | **$28.37** |

#### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | **$35.00** |
| Total interest charged in 2019 | **$87.52** |

#### Interest charge calculation          Days in billing cycle: **28**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 10.49% (V) | $3,525.94 (D) | $28.37 |
| ADVANCES | | | |
| Standard Adv | 24.24% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

If we need to contact you about your account, our records show your phone number(s) as 209-669-3909 (home), 916-278-4792 (work). If this information isn't correct or you wish to add a number, please call the customer service number on the back of your card or update it online at www.citicards.com.

©2018 Citibank, N.A.
Citi, Citi with Arc Design, Citi ThankYou, ThankYou and Citi ThankYou Rewards Design are registered service marks of Citigroup Inc.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your monthly Citi Flex Plan Payment Amount (if any) plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month.

If you do not pay your monthly Citi Flex Plan Payment Amount plus your New Balance, excluding any Citi Flex Plan balances, by the due date each month, you will pay interest on your purchases from the date they're posted to your account until you pay such amount in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date. We will begin charging interest on a Citi Flex Plan balance at the start of the billing cycle following the billing cycle during which you created the Citi Flex Plan.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.**

If you think there is an error on your statement, write to us at the address for billing inquiries and correspondence shown on the front of your statement. In your letter, give us the following information:

• Account information: Your name and account number.

• Dollar amount: The dollar amount of the suspected error.

• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

IBSCSR-1018

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:

• Enclose a valid check or money order. No cash or foreign currency please.

• Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Account Summary.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

## Payment Amount

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment.

**Phone.** For phone payments, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number on the first page of this statement within the timeframe disclosed to you on the phone.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:

Citi Cards
Attention: Bankcard Payments Department
6716 Grade Lane
Building 9, Suite 910
Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

# Exhibit E

Transcript of 08/25/18 Phone Call
(with Ayush then Mohit)

TRANSCRIPT
**Outgoing Call to Ayush then Mohit**
*Citibank Customer Service, Number Dialed: 1 (888) 214-0001*

Mr. Anhar called Citibank Customer Service on 8/25/18 at ≈ 8:42 p.m., and
without yet recording, spoke with an agent, Ayush, until ≈ 9:00 p.m., then began
recording when he spoke with a supervisor, Mohit, from ≈ 9:00 p.m. to ≈ 9:32 p.m.
All parties consented to being recoreded. This near-verbatim transcript of the
recording is lightly edited to remove speech disfluencies (false starts, filler, stutters).
It's a true and correct representation.

AYUSH   02:09 Thank you for your patience. I do have my supervisor.
He will assist you further. You do have a great day.

MR. ANHAR   02:14 Thank you, Ayush.

MOHIT   02:17 Thank you. Yes, sir, my name is Mohit, the floor
supervisor. This call may be monitored or recorded. May I
please take your name to start with.

MR. ANHAR   02:25 My name is Michael Anhar. Can you say your name
one more time, please?

MOHIT   02:29 Sure, Mr. Anhar. My name is spelled as M-O-H-I-T,
as in tango. It's Mohit.

MR. ANHAR   02:34 Mohit. Thank you, Mohit.

MOHIT   02:36 You're welcome, sir.

MR. ANHAR   02:37 And you are Ayush's supervisor, correct?

MOHIT   02:40 Yes, sir, I'm a supervisor.

MR. ANHAR   02:41 Okay, great. He was unable to help me, so I asked to
speak to you.

MOHIT  02:46 Oh, I apologize sir. Well, I got to know that you were trying to make a cash payment at the ATM, and it was giving you some sort of error message, and want to know what that message is about.

MR. ANHAR  02:56 No, that's not, that's not the situation at all. See, here's the problem. Ayush has a problem listening. Ayush has a problem answering direct questions, so I'm gonna tell you what happened, and I'm gonna tell you what happened with Ayush. I went to my local branch, same as I've been doing for the past, I don't know, fifteen years that I've had this account. I have two Citi accounts with you. And I went to make a payment on this card. There are two ATMs at my branch. I tried to make the payment at one of them. I tried to do it twice. It failed. Each time it gave me an error message that said, call one, eight, eight, two, one, four, zero, one…or whatever the number was that I used to call you, and it said, and tell them error code zero, one, zero, zero, zero. That happened twice on one of their ATMs, then I went to the drive-thru ATM, same branch location, and I tried to do it twice at that location…at that…ATM as well. Both times it gave me the same error code as well. I took a picture of that. I told all of this to Ayush, and I gave him a 04:00 whole bunch of verification information. He authenticated who I was. He asked for the last three, when the card expires. He asked for my security code, all of it. Gave it to him all. He comes back and tells me, there's no problem on the card. And he says to me, what I can do is issue you a new PIN. And I asked him, wait a minute, now. You wanna issue a new PIN to me, even though I was told to call you, even though I gave you an error code message, and you don't know what it is, and you wanna inconvenience me further by having me change my PIN. I asked him, what's the error code? He was unable to tell me. And not only was he unable to tell me, he pretended like I wasn't asking him the question. And instead of giving me a

direct answer, which apparently was, I don't know, he kept repeated what he was initially saying, which was, there's no problem on our end. And I asked him again, what's the error code then? And he said, that's a branch error code. And I said to him, if what you just 05:00 said is true, then why is it that the ATM screen doesn't tell me to contact the branch, it tells me to contact you at this number? And he couldn't answer it, and instead of saying, I don't know, again he repeated himself saying, there's no problem on our end. So, he was not listening to me. He interrupted me. He was pretending that I wasn't asking him the questions I was asking, and he refused to give me a direct answer until I asked him three times. And finally I said, I wanna talk to someone who knows more than you do because I've had this account for…some fifteen years, almost twenty? I have another one with you, and I'm asking you for a simple a question. I'm doing exactly what your company branch told me to do…

MOHIT 05:44 Right…

MR. ANHAR 05:45 And you can't answer me what the, what the error code was, and you tell me to contact the branch? That's not what the error code message says. So that's where we're at.

MOHIT 05:53 Okay, well, sir, first of all, Mr. Anhar, I'm really sorry about Ayush and the way he handle your [inaudible] today. Well, sir, I will certainly look into the matter for you today. First of all, may I know, when you swipe the card at the ATM, did that ask you for a PIN number or not?

MR. ANHAR 06:07 No swipe. It's…dipping it, and it does. It asked me all four times: twice on the first one, twice on the second one, which is unusual. If I remember correctly, I don't think it used to ask me for a PIN when I would make a deposit…only if I was doing something else like getting a

Page 3 of 21

balance, but I guess you guys changed the way the operating system works, and now, it gives you the balance to begin with, so it asks you for the PIN, and so, yes, I was asked four times.

MOHIT 06:33 Okay, perfect, sir, and once you entered the PIN number, it straight away took you that screen…

MR. ANHAR 06:38 No…

MOHIT 06:39 [inaudible]

MR. ANHAR 06:40 No, as soon as I hit the PIN…excuse me…yes, you're exactly right because first it asks you what you want to do. I hit payment, then it gives me a button to insert cash or check, I hit insert cash, then the next thing it did is ask for the PIN, and you're exactly right. As soon as I put it in, then it gave me that screen.

MOHIT 07:00 Okay, alright, and sir, may I know when was the last time that you used your PIN number? I mean, I'm trying to find out, are you sure the PIN number is right?

MR. ANHAR 07:07 Yes, it's been the same thing for the entire length of the time that I've had the card.

MOHIT 07:13 Okay, well, sir, then the only possible thing…and about the code sir, I wouldn't be able to answer that. I'm sorry. We don't have a track that, what was go, exactly the error message. I'm sure one of the I-T department guys would be able to answer that, but from my side, sir, 07:29 the only thing that I see is that your account has a suspended status, so maybe, I'm just guessing this information sir, that maybe it just stopped your card from being from being used for any payments or anything…any activity at all, because it's suspended.

MR. ANHAR   07:45 Who suspended it? [inaudible crosstalk]

MOHIT   07:48 Ah huh. It's suspended, sir. I see the reason it's suspended right now is because it says that the account is over the credit limit, and let me see why it's suspended. One moment sir.

MR. ANHAR   08:01 Because this is new information to me. Ayush didn't tell me it was suspended. There's no reason for it [crosstalk] to be sus…

MOHIT   08:07 Actually, when I was trying to help Ayush with this account, I was just walking by his desk, and he said that this is what's happening, so I told him that the status of the account will change as soon as we receive a payment, so maybe he just guessed that this is not one of the reasons. It's the new thing, sir. We just launched the PIN number for cash advance, I mean for the cash payment, so it is a possibility that because your account is suspended, that's why it's not allowing us to make that service available to you. That's why it's trying kind of to remind you, that talk to the bank, and sort out the account issue…

MR. ANHAR   08:39 No…

MOHIT   08:40 And you know, get the status back to [inaudible]…

MR. ANHAR   08:41 There's nothing to sort out. I'm making a payment. You want me to make a payment. I'm making a payment. What do I need to sort out?

MOHIT   08:49 Well, sir, I think, for this time, we'll probably need to make the payment over the phone…

MR. ANHAR   08:53 [inaudible crosstalk] No, I'm not making the payment over the phone. I have a cash payment. The only reason

[inaudible crosstalk] the card is over the limit is because you hit me with the monthly interest fee. That's not new. That's something that always happens.

MOHIT   09:05 Right, right, that's right, sir. Well, let see.

MR. ANHAR   09:10 It happens to me every month. I take it to the limit, and then when the interest hits, it takes me over the limit, then I make the payment. I don't know what the problem is. You want me to make a payment. I'm trying to make a payment.

MOHIT   09:22 Okay. Right. Well, let's see. Well, sir, on your account, there is something that [inaudible] July the seventeenth, there was an email that was sent to you. Can you please verify your email address?

MR. ANHAR   09:35 Yes, it's michael-dot-Anhar-at-g-mail-dot-com.

MOHIT   09:40 Okay. Sir, is it okay for you to access your email right now?

MR. ANHAR   09:43 [inaudible crosstalk] I'm gonna do it right now.

MOHIT   09:48 Yes, sir. So, there's this specific email that we sent you on July the seventeenth. If you can just read that back to me please?

MR. ANHAR   09:54 Sure, one second. [beep sound] July seventeen, I don't see a message on July seventeen.

MOHIT   10:08 Well, maybe the eighteenth? This thing sent on our side on the seventeenth. Maybe it was delivered to you the next morning. It was in regards to [inaudible] cash payments.

MR. ANHAR   10:19 Well, I remember that email, and I remember receiving a letter in the post.

MOHIT   10:25 Ah huh.

MR. ANHAR   10:26 Yes, and that has nothing to do with this. It didn't tell me I was going to get suspended.

MOHIT   10:31 Oh, okay, alright, so…

MR. ANHAR   10:33 All it said was, you're limited to making three-thousand-dollar payments at the branches, and if you're making cash payments, you have to do it outside at the ATMs. I was making a cash payment; it was outside at the ATM. In fact, if you want to hold on a second, I believe I still have the actual letter that came by post in the other room. If you want me to, I'll get it for you.

MOHIT   10:56 Ah, no, no, sir. I think it's not necessary, cuz it sounds like it's just the normal letter that we sent to everybody about the changes…

MR. ANHAR   11:03 Right…

MOHIT   11:05 Yah, I was trying to find something else, but I guess that's not it. Well, I don't see any other reason. I mean, if the account status is not the reason behind it…let me sure about that. Sir, may I please place the call on hold for a few moments?

MR. ANHAR   11:17 Sure.

MOHIT   11:19 Thank you very much, sir. I'll be right back with you.

[background noises, typing, mouse clicks, breathing]

MOHIT   15:18 [beeping sound] Thank you for staying on the line, sir.

MR. ANHAR   15:20 Sure.

MOHIT   15:22 Yes, Mr. Anhar, may I know, on July the twenty-seventh, when you used the card for a purchases [inaudible] was that the same card, or was that the old one?

MR. ANHAR   15:33 The old one? I haven't changed cards.

MOHIT   15:36 Okay…

MR. ANHAR   15:37 This card is g…

MOHIT   15:38 [inaudible crosstalk] records indicate that you were supposed to have a new card from Citibank.

MR. ANHAR   15:42  I do have a new card, but I haven't activated the new card.

MOHIT   15:46 Okay, well, sir, that's the problem there…

MR. ANHAR   15:48 [crosstalk] What's the problem?…

MOHIT   15:49 [crosstalk] It's not gonna work at the ATM…

MR. ANHAR   15:51 Why not?…

MOHIT   15:51 Until you activate the new card.

MR. ANHAR   15:53 This card is good until two-thousand nineteen, so why do I need to activate a new one?

MOHIT   16:00 In fact, sir, both the date, and the expirational date, and everything else, it remains the same on both the cards.

It must be the same, right?

MR. ANHAR   16:07 Yah, I guess. But I'm asking you, if this one is still good, why do I need to change cards?

MOHIT   16:15 Well, sir, I mean, that's the only reason that I could find out that your, that your PIN is causing a problem at the ATM because of the card thing. Because on my side, it says that the card needs to be activated. There's a card that's waiting for activation, and it's been issued. So, it's the most updated design [inaudible] it's most updated thing, like as in for the chip, and it's the most recent technology that Citi's working on, so I guess that's the reason it's not doing it, sir, so I'll activate that card, and from now on, you should use the new card…

MR. ANHAR   16:46 Wait, wait, wait, wait, wait, wait…

16:47 [crosstalk]…

MR. ANHAR   16:47 Wait, wait, please. So, you're saying the new card…first, you're telling me I have to go to that one, and the reason I have to go to that one, you're saying, is because it is more secure. Is that correct? [crosstalk]…

MOHIT   17:02 I think, no, I mean it's equally secure as every other Citi card. It's just that, sir, it's more updated. That's probably why they changed the card number, I mean the card to you, like as in they sent you a new one, instead. Otherwise, you never asked for a new one, right?

MR. ANHAR   17:15 Right.

MOHIT   17:16 Yah, so, that's why they automatically sent you one, and they want you to activate that and start using that card for your purchases, and [inaudible]…

MR. ANHAR   17:23 Okay [laughter]…

MOHIT   17:25 [inaudible]…

MR. ANHAR   17:27 No, no, wait [inaudible crosstalk]…Wait, wait [inaudible crosstalk]…

MOHIT   17:29 There was one thing that I was not able to confirm for you today, was that, what was the actual reason. I know that this was one of the factors. I'm just trying to make sure, to avoid that in the future, but…

MR. ANHAR   17:40 No, there's nothing to avoid. I [crosstalk]…

MOHIT   17:42 Sir…

MR. ANHAR   17:42 Mohit, there's nothing to avoid. I did nothing wrong. And I still don't understand. See, I asked you a question…

MOHIT   17:49 No, no. I, what I meant was to avoid the inconvenience that was caused to you at the ATM…

MR. ANHAR   17:53 No, no, no, no…

MOHIT   17:54 In order to avoid that inconvenience…

MR. ANHAR   17:56 Well…

MOHIT   17:56 What we need to do from our side [inaudible crosstalk]…

MR. ANHAR   17:57 You know, there's another way, [crosstalk] there's another way to avoid this inconvenience: I could just close out this account, because I asked you, I said to you, okay, so you sent me a new card, and you want me to g-…I have to go to that one, because it's more secure, and you said, no,

they're equally secure, so if they're equally secure, then what's the logic, what's the rationale, that you would put me through this, and not you personally, obviously, but your organization. If these cards are equally good, then what's the problem with me using the one that's already active?

MOHIT  18:35 Sir, when I said equally good, what I meant was they're all issued by Citibank, so any transaction put on any of those cards, it's secured by Citibank. But in terms of technology, there might be difference in terms of technologies there. I'm not the right person to answer that exactly how, because we have a different department for that, and they don't talk to customers. I'm sure they work on how to improve services for card members. So, once they have a new PIN, we just send out a new card to customers, and [inaudible].

MR. ANHAR  19:05 [crosstalk] Are my terms going to change? [crosstalk]...

MOHIT  19:08 [inaudible] for customers [inaudible]. We try to work with the rest of the banks and the rest of the market. If [inaudible] something new, then we must provide that to our customers as well [crosstalk]...

MR. ANHAR  19:19 Can I tell you, I have about fifteen years worth of experience in I-T, which is why I'm surprised by the answer you gave. I expected you to say, yes, because it has the new technology, it is more secure. But you said, no. That bothers me. That's an inconsistency that doesn't make sense to me. If they're equally secure, I should be able to keep using this card as long as I want to. And by the way, I'm logged on right now, online, and let me tell you exactly what it says. It says, "A new card is on the way." Do you know, Mohit, I've had this new card, which I haven't activated, I've had it for about six months now. So why is it when I log in, it says a

new card is on the way? I mean, you want me to talk to these technology people. Aren't these technology people the same ones who are responsible for an online system that tells me a new card is on the way even though it's been with me for six months? It…

MOHIT   20:15 Well, sir, it's saying that it's on the way because the card has not been activated yet.

MR. ANHAR   20:20 That's not what it means. You're changing the, the meaning of the English language, so let's not do that. Let's not pretend. A new card is on the way means it hasn't gotten to me yet. It doesn't mean it's not active. It could say a new card was sent out to you. Please activate it as soon as you receive it. But it's not saying that. It says it's on the way, so there's not much credibility in your technology people, is there?

MOHIT   20:45 Well, I take that as a complaint from your side, sir.

MR. ANHAR   20:50 An oversight. It can't be just happening to me. It must be happening to everyone.

MOHIT   20:57 Well, sir, I guess, this is the first time I had to answer a question like that, but that's alright…

MR. ANHAR   21:02 [crosstalk] That's okay because I'm a very detailed person [crosstalk] see…

MOHIT   21:05 [crosstalk] learn something new…

MR. ANHAR   21:06 That's right. I'm a very detailed person, okay, so, [crosstalk] maybe other people missed it [crosstalk], maybe other people missed it. Maybe other people weren't willing to speak up about it. That happens all the time. People get wronged all the time by big companies, and they never say

anything about it. So, I'm a pioneer, how about that? But not much credibility, not much credibility, cuz, this is contempt for your customers. I have a card that you tell me is good. I have you telling me there's no problem, well your agent told me there's no problem on your end with the card, then you tell me, oh there is a problem: It's suspended. Ah huh! [crosstalk] It's…

MOHIT    21:44 So, I'll take that as a complaint form your side, sir, and we'll definitely work on our I-T services, and we'll try to make it better for the customer…

MR. ANHAR    21:50 I doubt that. I doubt that. You're saying that, you're being very nice, and you're being very professional. I don't fault you for that. You're doing your job the best you can, but this is really aggravating. Do you understand? It's aggravating as hell for a customer who's been with you for what?…nearing two decades, who has two accounts with you, who's treated like he's done something wrong. I've been dealing with this now for an hour, when I haven't done anything wrong.

MOHIT    22:24 Yes, sir. There's nothing wrong on the account at all…

MR. ANHAR    22:28 Except it's suspended.

MOHIT    22:31 Well, yes, sir, I mean, it got suspended because the account is over the credit limit, so you know…

MR. ANHAR    22:36 But it's suspended from being used to make purchases, right? I wasn't making purchases. I was making a payment. Why would you suspend your customer from giving you money?

MOHIT    22:49 Well, sir, that's the thing. I'm not sure what was the

reason that [inaudible]…

MR. ANHAR   22:53 [crosstalk] Oh my god!…

MOHIT   22:54 Because I don't see anything in my records. It was like maybe the ATM, and it did not show anything on our side at all, so I don't have any traces of, of time or what happened. What was the error message. And why was it causing that? I have nothing about that at all…

MR. ANHAR   23:08 Okay, so…

MOHIT   23:09 I'm just going by your word, sir, and I'm just trying to eliminate as, as many factors as possible, so I thought that suspended could be one of the reasons, or even [inaudible] card activation required. That could be another reason. I'm not sure what is exactly the reason, and [inaudible] like I said, this is the first time I was asked that, because we recently made this change. I would definitely send this account to my back-end team and ask them to investigate the matter. What should be the most appropriate answer? I agree, sir, that your representatives or supervisors should not make up things and [inaudible] customers…

MR. ANHAR   23:39 Wait a minute. [crosstalk] You're gonna send this to the back room to investigate. What does that mean? That means what? They're gonna contact me?

MOHIT   23:47 No, sir. They don't…

MR. ANHAR   23:47 No, of course not [crosstalk]…

MOHIT   23:49 They will take into account…

MR. ANHAR   23:49 Right, it's…

MOHIT    23:50 This will take into account what happened with you, and they will look into your account. If there's anything specific that needs to be dealt with, then they'll take care of that…

MR. ANHAR    23:58 There is [crosstalk]….

MOHIT    23:59 [inaudible]…

MR. ANHAR    24:00 There is something specific to be done, and it's not being done. We've gotten no where. You know what? Let's close the account.

MOHIT    24:09 Alright. [typing sounds] And, Mr. Anhar, if you close your account, you may not be able to re-open it…

MR. ANHAR    24:17 Great!…

MOHIT    24:18 [inaudible] want to close this account?

MR. ANHAR    24:21 Cuz we've gotten nowhere.

MOHIT    24:25 Okay. Well, sir, like I said, I will send the complaint and investigation will be done.

MR. ANHAR    24:31 I don't think any investigation will be done. I don't think your corporation gives a fucking shit. Because all you've done is take guesses. You and your agent did nothing but take guesses. It's suspended, but we don't know why. There's nothing wrong with the card, but it's suspended. We can send you a new PIN, but you don't need a new PIN. A new card is on the way, but it's equally secure. You expect me [crosstalk] to accept that garbage?

MOHIT    25:02 Well, Mr. Anhar, I think…you're just…that's okay. It's alright, sir. Have you made that decision, or do you

want to…

MR. ANHAR   25:08 I've made the decision. What were you gonna say to me?

MOHIT   25:12 No, nothing. It doesn't matter…

MR. ANHAR   25:14 Were you going to [crosstalk] criticize me? You were going to say something to me, and show me even further contempt for being your customer for fifteen years and wanting to do nothing more than make a payment?

MOHIT   25:24 Well, no, sir, I actually have nothing else to add to this conversation. So, do you want me to proceed with closing this account…

MR. ANHAR   25:29 Yes…

MOHIT   25:30 Or should I leave it the way…

MR. ANHAR   25:31 No, let's close it. And then, what we're left with is, how do I make cash payments to you?

MOHIT   25:41 Well, sir, I mean, that's the thing. I guess, you're not calling to get help. You're calling to complain about this…

MR. ANHAR   25:47 Wait a minute now. I can do both, can't I? Because why would I call if it's not to complaint about a problem? Problems need solutions. See, you went ahead and did what you said you weren't gonna do. You went ahead and did what you said you weren't gonna do. You went ahead and compounded it even further. I have two accounts with you. Would you like to make it both accounts that I'm closing? And this conversation is being recorded on my end too. I can go ahead and send this to your corporation and say you were responsible for angering this customer even further,

Page 16 of 21

not answering his questions, and here's a recording of him doing it. So would you like to go for two now?

MOHIT   26:26 Well, sir, that's not really a threat to me, sir, to be honest with you, I appreciate that, you know…

MR. ANHAR   26:31 [inaudible crosstalk] Great! Great. It's being recorded. It's not a threat to you. We're gonna close both accounts then. [inaudible crosstalk] We're gonna close both.

MOHIT   26:38 [typing sounds] It's your decision. It's your credit, your money, sir, that's your decision. We can't force [inaudible crosstalk]…

MR. ANHAR   26:41 And it's your decision how you treat me.

MOHIT   26:45 Well, sir, I think I was not unprofessional anywhere on this…

MR. ANHAR   26:48 Oh, yes you were. Yes you were. You said all I did was call to complain. Isn't that what you're there for? I'm not looking for a solution? You haven't given me one. You can't even answer [inaudible crosstalk] the most basic questions…

MOHIT   27:00 Sir, I offered [inaudible] let me finish, Mr. Anhar, if we're going to have a conversation, sir, you'll speak, and then I'll speak, and then you listen. Okay. It's not gonna be you over-talking at me, I mean…

MR. ANHAR   27:10 Off course I can. You're getting paid to do this. I'm not getting paid to waste my time with you. [inaudible crosstalk]…

MOHIT   27:18 [inaudible] don't tell me what I'm getting paid for,

please don't tell me that…

MR. ANHAR 27:21 [inaudible crosstalk] You're getting paid to do this. You're getting paid. You're taking my time right now, but you're not paying me. Do you understand that? You're inconveniencing me. I'm not getting paid for this.

MOHIT 27:33 Why don't you hold on for a moment, sir? I'll actually have a glass of water, okay. I'll be right back…

MR. ANHAR 27:37 Alright.

[typing sounds]

MOHIT 28:35 [beeping sound] Thank you for staying on hold, sir.

MR. ANHAR 28:38 Sure.

MOHIT 28:40 Yes, Mr. Anhar, so the solution that we have for you today, is that your new PIN number, I can activate a new card, and we can then give it a try at the ATM. So those are all other, like the only things that we have available now. If you would like me to go ahead do that, sir, I can process that, and I can…we can maybe give that a try. So would you like me to do that?

MR. ANHAR 29:03 I'm still interested in closing the accounts. You're saying we should re-activate a card after I've closed the account?

MOHIT 29:11 No, no. So you want me to proceed with the account closure, right…

MR. ANHAR 29:13 Oh, yes, it's even worse now. You made it worse. So, yah.

MOHIT 29:17 Oh, sure, so, I will close your account.

Page 18 of 21

MR. ANHAR   29:22 This one and the second [crosstalk] one…

MOHIT   29:24 I'm going to write the reason as that you're dissatisfied with the policies and processes. Is that okay with you?

MR. ANHAR   29:30 I'm dissatisfied with the fact that you couldn't solve my problem, and that the fact that…

MOHIT   29:38 So, customer service issues, right?

MR. ANHAR   29:40 Customer service issues. That sounds right.

MOHIT   29:43 Okay, alright, let's go with that. So your account stands closed, [inaudible] today, sir. I'm talking about the ThankYou Preferred Card. And let's talk about the…you wanted me to look into the other one as well, right…

MR. ANHAR   29:54 I would like to close the s- [inaudible crosstalk]…Yes, I'd like to close the second one too.

MOHIT   29:58 Okay, sure. One moment, sir. On that account, your security word is your favorite pet's name, Mr. Anhar. Can you please verify that?

MR. ANHAR   30:14 It's [redacted].

MOHIT   30:28 And you said you want to close this account as well…

MR. ANHAR   30:29 Yes, I do. Also because of poor customer service.

MOHIT   30:34 Okay.

MR. ANHAR   30:35 Poor customer experience, overall.

MOHIT   30:39 Okay [inaudible] I'll take that. So, yes, if you close

your account, you may not be able to re-open it. Do you still want to close your account?

MR. ANHAR   30:54 Yes, I do.

MOHIT   30:56 Okay, remember that you no longer have access to Citi [inaudible] benefits once your account is closed.

MR. ANHAR   31:00 I understand.

MOHIT   31:04 Alright. So, yes, both your accounts have now been closed. And, that takes care of that.

MR. ANHAR   31:10 Now, how do I make cash payments on these accounts?

MOHIT   31:14 Well, sir, about the cash payments. So, you know, we'll need to send you a new PIN number, and then, you know, we can give that a try. Yes, you know, I think the cash payment option might not be available anymore, sir, because your account is closed…

MR. ANHAR   31:29 Right, that's why I asked.

MOHIT   31:31 Yah. So, well, sir, you'll have to use some other form of payment then.

MR. ANHAR   31:36 Okay, that's fine. I'll open a new account with another bank, and then I'll just use that to make the payments. I can do that, right?

MOHIT   31:44 Yah, absolutely.

MR. ANHAR   31:45 Great.

MOHIT   31:49 So, will there be anything else that I can do for you

today, sir? I guess I haven't done much any, anyway, right? I'm sorry about that…

MR. ANHAR   31:54 Mmm. Okay, no…

MOHIT   31:57 So [inaudible crosstalk]…

MR. ANHAR   31:59 No, if you'd like to take the opportunity to tell me how else I'm misbehaving and taking fifteen years of, of loyalty and misinterpreting that somehow, you can go ahead and tell me that, since you're being record, and since you said it's not really a threat, go ahead and take the opportunity to say whatever else you'd like to say to me.

MOHIT   32:21 Well, sir, like I said, I don't have anything else to add to this conversation, but if you have any questions, you can ask me.

MR. ANHAR   32:27 No, I have no more questions.

MOHIT   32:30 You have a great night ahead, sir.