UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, | Case No. 1:19-cv-00496-NONE-EPG |
| Plaintiff; | **Order Denying Defendant's Motion to Dismiss Plaintiff's Complaint** |
| v. | (ECF No. 29) |
| **Citibank, N.A.**, | |
| Defendant. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil action against Defendant for breach of contract and civil violations of the Truth in Lending Act and Fair Credit Billing Act. (ECF No. 1.) Plaintiff filed his Complaint on April 17, 2019. (*Ibid.*) Defendant filed its instant Motion to Dismiss on February 11, 2020. (ECF No. 29.) Plaintiff filed his Opposition on March 6, 2020. (ECF No. 31.) [Defendant filed its Reply on March 13, 2020. (ECF No. 32.)] The matter was submitted on the record and briefs.

1  The Court finds the Complaint meets the standards set forth in the
2  Federal Rules of Civil Procedure and the United States Code. Accordingly,
3  Defendant's Motion to Dismiss Plaintiff's Complaint is DENIED.
4
5  IT IS SO ORDERED.

6  Dated: _____    _____
                               **DALE A. DROZD**
7                              U.S. DISTRICT COURT JUDGE