Michael N. Anhar
3183 Kendra Ct.
Turlock, CA  95382-1335
Tel.: (209) 669-3909
michael.anhar@gmail.com
*Plaintiff, Pro Se*

UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, <br><br>          Plaintiff; <br><br>     v. <br><br> **Citibank, N.A.**, <br><br>          Defendant. | Case No. 1:19-cv-00496-NONE-EPG <br><br> **Opposition to Referral [33] of Motion to Dismiss [29] to Assigned Magistrate Judge** <br><br> *Submitted on the record and briefs, unless the Court orders otherwise.* <br> (L.R. 230(g); ECF No. 28-1) |

On November 30, 2020, United States District Judge Dale A. Drozd issued a Minute Order [33] referring the pending Motion to Dismiss [29] "to the assigned magistrate judge for appropriate action." Although Plaintiff sincerely appreciates the Court's effort to move this case forward, Plaintiff nevertheless opposes the Court's referral because:

  (a)   28 U.S.C. § 636(c)(1) requires, *inter alia*, the "voluntary … consent of the parties" for United States magistrate judges to

conduct proceedings in a civil matters. Subdivision (2) even provides, "[T]he parties … are free to withhold consent without adverse substantive consequences."

(b) Here, both parties have not consented to the jurisdiction of the assigned United States magistrate judge. *See* ECF No. 3.

(c) Thus, referral of the pending Motion to Dismiss [29] to the assigned United Sates magistrate judge would be contrary to law.

Given all the above, the pending Motion to Dismiss [29] should not be referred to the assigned United States magistrate judge.

I verify under penalty of perjury that the foregoing is true and correct.[1]

Executed: November 30, 2020
in Turlock, California, U.S.A.

MICHAEL N. ANHAR
*Plaintiff, Pro Se*
3183 Kendra Ct.
Turlock, CA  95382-1335
Tel.: (209) 669-3909
michael.anhar@gmail.com

---

[1] Per 28 U.S.C. § 1746