STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile:  310.556.5959
Email:  lacalendar@stroock.com

Attorneys for Defendant
 CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR, | Case No. 1:19-cv-00496-NONE-EPG |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT INFORMATION** |
| CITIBANK, N.A., | |
| Defendant. | Action Filed: April 17, 2019<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, effective April 1, 2021, Marcos D. Sasso, counsel of record for defendant Citibank, N.A., switched law firms from BALLARD SPAHR LLP to STROOCK & STROOCK & LAVAN LLP.  This notice is provided pursuant to Local Rule 182(f) and Federal Rule of Civil Procedure 83.  As of April 1, 2021, all documents, orders, communications and notices should henceforth be served as follows:

Marcos D. Sasso

STROOCK & STROOCK & LAVAN LLP

2029 Century Park East, Suite 1800

Los Angeles, CA 90067

Tel:  310-556-5800

Direct: 310-556-5883

Fax:  310-556-5959

msasso@stroock.com; lacalendar@stroock.com

Dated:  April 5, 2021
                                STROOCK & STROOCK & LAVAN LLP
                                ARJUN P. RAO
                                MARCOS D. SASSO

                                By:     */s/ Marcos D. Sasso*
                                            Marcos D. Sasso

                                Attorneys for Defendant
                                    CITIBANK, N.A.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021 a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS.** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Marcos D. Sasso*
Marcos D. Sasso

LA 52569067