UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | No.  1:19-cv-00496-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 35) |

　　　　Plaintiff Michael N. Anhar is proceeding *pro se* and *in forma pauperis* in this action alleging claims against Defendant Citibank, N.A. for breach of contract, violations of the Truth in Lending Act, and violations of the Fair Credit Billing Act.  (Doc. No. 1.)  On February 11, 2020, defendant filed a motion to dismiss plaintiff's complaint with prejudice pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6).  (Doc. No. 29.)  The motion to dismiss was referred to a United States Magistrate Judge for issuance of findings and recommendations.  (Doc. No. 22.)

　　　　On March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that defendant's motion to dismiss be granted in part and denied in part.  (Doc. No. 35.)  The parties were provided an opportunity to file objections to the findings and recommendations within fourteen (14) days.  (*Id.*)  No objections were filed and the time in which to do so has now expired.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly,

1. The findings and recommendations entered on March 25, 2021 (Doc. No. 35) are adopted in full;

2. Defendant's motion to dismiss (Doc. No. 29) is granted as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7) and denied as to Claim 1 from breach of contract and Claims 10 through 25 for violations of the FCBA, 15 US.C. § 1666;

3. Defendant is directed to respond to plaintiff's complaint within fourteen (14) days of an order adopting these findings and recommendations;

4. Plaintiff's request for the award of sanctions against defendant under Federal Rule of Civil Procedure 11 and for entry of default (Doc. No. 31) is denied; and

5. This matter is referred back to the assigned magistrate judge for further scheduling and other proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **June 25, 2021**                              Dale A. Drozd
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the findings and recommendations contain a typographical error at page 14, where it is indicated that statutory damages are not available for a claim brought under 15 U.S.C. § 1650(a). The assertion is correct, but the citation should be to § 1640(a).