UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>  Defendant. | Case No.  1:19-cv-00496-NONE-EPG<br><br>ORDER SETTING SCHEDULING CONFERENCE |

Plaintiff Michael N. Anhar ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this action against Defendant Citibank, N.A. ("Defendant"). (ECF Nos. 1, 4.)

On March 25, 2021, the Court entered findings and recommendations recommending that Defendant's motion to dismiss be granted in part and denied in part. (ECF No. 35.) On June 28, 2021, District Judge Dale A. Drozd entered an order adopting the findings and recommendations in full and referring this matter to the undersigned for further scheduling. (ECF No. 27.)

The Court will accordingly set an Initial Scheduling Conference. The Court will also direct the Clerk of Court to issue civil new case documents for this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to issue the following: 1) an Order Setting Mandatory Scheduling Conference; 2) District Judge Dale A. Drozd's Standing Order; 3) the Amended Standing Order In Light of Ongoing Judicial Emergency in the Eastern

District of California; 4) a Notice of Availability of Magistrate Judge to Exercise Jurisdiction and Appeal Instructions and consent form; 5) a Notice of Availability of Voluntary Dispute Resolution and form stipulation; and

2. The Court sets an Initial Scheduling Conference for **August 16, 2021, at 11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint scheduling report that complies with the requirements set forth in the Order Setting Mandatory Scheduling Conference one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **June 29, 2021**          /s/ *Erica P. Grosjean*
                                  UNITED STATES MAGISTRATE JUDGE