STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
MARCOS D. SASSO (State Bar No. 228905)
NAMI R. KANG (State Bar No. 227954)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant and Counterclaimant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. ANHAR,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., subsidiary of bank holding company Citigroup Inc.,<br><br>        Defendant.<br>_____<br><br>CITIBANK, N.A.,<br><br>        Counterclaimant,<br><br>    v.<br><br>MICHAEL N. ANHAR,<br><br>        Counterdefendant. | Case No. 1:19-cv-00496-LJO-EPG<br><br>**CITIBANK, N.A.'S (1) ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES , AND (2) COUNTERCLAIM OF COUNTERCLAIMANT CITIBANK, N.A.**<br><br><br>Action Filed:   April 17, 2019<br>Trial Date:     N/A |

LA 52596494
LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

Defendant Citibank, N.A. ("Citibank") hereby answers the Complaint filed by plaintiff Michael N. Anhar ("Plaintiff") as follows:

## I.    OVERVIEW

1.    Answering Paragraph 1 of the Complaint, denied.

## II.    JURISDICTION & VENUE

2.    Answering Paragraph 2 of the Complaint, Citibank does not challenge jurisdiction for purposes of this action only.  Except as stated, Citibank denies that it violated the Truth in Lending Act, Fair Credit Billing Act, and breach of contract and denies that Plaintiff is entitled to any relief whatsoever.

3.    Answering Paragraph 3 of the Complaint, Citibank does not challenge venue for purposes of this action only, but denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Citibank.

## III.    THE PARTIES

4.    Answering Paragraph 4 of the Complaint, Citibank states that there are no allegations in Paragraph 4 directed at Citibank and, therefore, no response is required.  To the extent a response is required, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

5.    Answering Paragraph 5 of the Complaint, Citibank states that it is a national bank located in Sioux Falls, South Dakota, and a subsidiary of Citigroup Inc.  Except as stated, Citibank denies the allegations.

## IV.    STATEMENT OF THE CASE

6.    Answering Paragraph 6 of the Complaint, denied.

7.    Answering Paragraph 7 of the Complaint, denied.

8.    Answering Paragraph 8 of the Complaint, denied.

9.    Answering Paragraph 9 of the Complaint, Citibank states that the contents of the letter dated September 10, 2018 speaks for itself.  Except as stated,

- 1 -

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

Citibank denies the allegations, any liability to Plaintiff and that Plaintiff is entitled to any relief whatsoever from Citibank.

10.     Answering Paragraph 10 of the Complaint, denied.

11.     Answering Paragraph 11 of the Complaint, denied.

## V.     STATEMENT OF FACTS

### A.     2006

12.     Answering Paragraph 12 of the Complaint, Citibank admits that Plaintiff opened a credit card (currently ending in 2558) on or about August 16, 2006 (the "Account"), and the Account is charged-off due to Plaintiff's failure to pay.  Except as expressly admitted, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and, on that basis, denies the allegations contained in Paragraph 12.

### B.     2016

13.     Answering Paragraph 13 of the Complaint, Citibank admits Plaintiff was mailed a Card Agreement on or about October 23, 2016.

14.     Answering Paragraph 14 of the Complaint, Citibank received a letter from Plaintiff opting out of the arbitration agreement applicable to the Account. Except as stated, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and, on that basis, denies the allegations contained in Paragraph 14.

15.     Answering Paragraph 15 of the Complaint, Citibank sent Plaintiff a letter dated November 10, 2016.  The contents of the letter speak for themselves.

### C.     2018

#### i.     May

16.     Answering Paragraph 16 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

contained in Paragraph 16 and, on that basis, denies the allegations contained in Paragraph 16.

### ii.    June

17.    Answering Paragraph 17 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending June 22, 2018, and the statement speaks for itself.  Except as stated, denied.

### iii.    July

18.    Answering Paragraph 18 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending July 23, 2018, and the statement speaks for itself.  Except as stated, denied.

### iv.    August

19.    Answering Paragraph 19 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending August 22, 2018, and the statement speaks for itself.  Except as stated, denied.

20.    Answering Paragraph 20 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, on that basis, denies the allegations contained in Paragraph 20.

21.    Answering Paragraph 21 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, on that basis, denies the allegations contained in Paragraph 21.

22.    Answering Paragraph 22 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, on that basis, denies the allegations contained in Paragraph 22.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG
LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

23.     Answering Paragraph 23 of the Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, on that basis, denies the allegations contained in Paragraph 23.

24.     Answering Paragraph 24 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, on that basis, denies the allegations contained in Paragraph 24.

25.     Answering Paragraph 25 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, on that basis, denies the allegations contained in Paragraph 25.

26.     Answering Paragraph 26 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, on that basis, denies the allegations contained in Paragraph 26.

27.     Answering Paragraph 27 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

### v.     September

28.     Answering Paragraph 28 of the Complaint, Citibank states that a letter dated September 10, 2018 was sent to Plaintiff, and the contents of the letter are set forth in the letter.  Except as stated, denied.

29.     Answering Paragraph 29 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, on that basis, denies the allegations contained in Paragraph 29.

30.     Answering Paragraph 30 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, on that basis, denies the allegations contained in Paragraph 30.

31.     Answering Paragraph 31 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, on that basis, denies the allegations contained in Paragraph 31.

32.     Answering Paragraph 32 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied

33.     Answering Paragraph 33 of the Complaint, Citibank states that a letter dated September 25, 2018 was sent to Plaintiff, and the contents of the letter are set forth in the letter.  Except as stated, denied.

34.     Answering Paragraph 34 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, on that basis, denies the allegations contained in Paragraph 34.

35.     Answering Paragraph 35 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, on that basis, denies the allegations contained in Paragraph 35.

36.     Answering Paragraph 36 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, on that basis, denies the allegations contained in Paragraph 36.

*vi.*     *October*

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

37.     Answering Paragraph 37 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, on that basis, denies the allegations contained in Paragraph 37.

38.     Answering Paragraph 38 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, on that basis, denies the allegations contained in Paragraph 38.

39.     Answering Paragraph 39 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, on that basis, denies the allegations contained in Paragraph 39.

40.     Answering Paragraph 40 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and, on that basis, denies the allegations contained in Paragraph 40.

41.     Answering Paragraph 41 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, on that basis, denies the allegations contained in Paragraph 41.

42.     Answering Paragraph 42 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, on that basis, denies the allegations contained in Paragraph 42.

43.     Answering Paragraph 43 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

44.     Answering Paragraph 44 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, on that basis, denies the allegations contained in Paragraph 44.

45.     Answering Paragraph 45 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and, on that basis, denies the allegations contained in Paragraph 45.

46.     Answering Paragraph 46 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, on that basis, denies the allegations contained in Paragraph 46.

47.     Answering Paragraph 47 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, on that basis, denies the allegations contained in Paragraph 47.

### vii.     November

48.     Answering Paragraph 48 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, on that basis, denies the allegations contained in Paragraph 48.

49.     Answering Paragraph 49 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending November 22, 2018, and the statement speaks for itself.  Except as stated, denied

50.     Answering Paragraph 50 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

LA 52596494

contained in Paragraph 50 and, on that basis, denies the allegations contained in Paragraph 50.

### viii.    December

51.    Answering Paragraph 51 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, on that basis, denies the allegations contained in Paragraph 51.

52.    Answering Paragraph 52 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, on that basis, denies the allegations contained in Paragraph 52.

53.    Answering Paragraph 53 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, on that basis, denies the allegations contained in Paragraph 53.

54.    Answering Paragraph 54 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending December 24, 2018, and the statement speaks for itself.  Except as stated, denied

55.    Answering Paragraph 55 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, on that basis, denies the allegations contained in Paragraph 55.

56.    Answering Paragraph 56 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, on that basis, denies the allegations contained in Paragraph 56.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

57.     Answering Paragraph 57 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, on that basis, denies the allegations contained in Paragraph 57.

58.     Answering Paragraph 58 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, on that basis, denies the allegations contained in Paragraph 58.

59.     Answering Paragraph 59 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

60.     Answering Paragraph 60 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

61.     Answering Paragraph 61 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

62.     Answering Paragraph 62 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

**D.    2019**

*i.     January*

63.     Answering Paragraph 63 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

64.     Answering Paragraph 64 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

65.     Answering Paragraph 65 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

66.     Answering Paragraph 66 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

67.     Answering Paragraph 67 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, on that basis, denies the allegations contained in Paragraph 67.

68.     Answering Paragraph 68 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, on that basis, denies the allegations contained in Paragraph 68.

69.     Answering Paragraph 69 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, on that basis, denies the allegations contained in Paragraph 69.

70.     Answering Paragraph 70 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, on that basis, denies the allegations contained in Paragraph 70.

LA 52596494

71.     Answering Paragraph 71 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

72.     Answering Paragraph 72 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

73.     Answering Paragraph 73 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, on that basis, denies the allegations contained in Paragraph 73.

74.     Answering Paragraph 74 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and, on that basis, denies the allegations contained in Paragraph 74.

75.     Answering Paragraph 75 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and, on that basis, denies the allegations contained in Paragraph 75.

76.     Answering Paragraph 76 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and, on that basis, denies the allegations contained in Paragraph 76.

77.     Answering Paragraph 77 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, on that basis, denies the allegations contained in Paragraph 77.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

78.     Answering Paragraph 78 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending January 22, 2019, and the statement speaks for itself.  Except as stated, denied.

79.     Answering Paragraph 79 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, on that basis, denies the allegations contained in Paragraph 79.

80.     Answering Paragraph 80 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

### ii.     February

81.     Answering Paragraph 81 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

82.     Answering Paragraph 82 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

83.     Answering Paragraph 83 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending February 22, 2019, and the statement speaks for itself.  Except as stated, denied.

84.     Answering Paragraph 84 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, on that basis, denies the allegations contained in Paragraph 84.

### iii.     March

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG
LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

85.    Answering Paragraph 85 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

86.    Answering Paragraph 86 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, on that basis, denies the allegations contained in Paragraph 86.

87.    Answering Paragraph 87 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, on that basis, denies the allegations contained in Paragraph 87.

88.    Answering Paragraph 88 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, on that basis, denies the allegations contained in Paragraph 88.

89.    Answering Paragraph 89 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies the allegations contained therein.

90.    Answering Paragraph 90 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending March 22, 2019, and the statement speaks for itself.  Except as stated, denied.

91.    Answering Paragraph 91 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and, on that basis, denies the allegations contained in Paragraph 91.

## VI.    CLAIMS

**A.**   <u>**Count 1**</u>

      ***i.***   ***Breach of Contract[1]***

            08/25/18 Refusing to Perform

92.   Answering Paragraph 92 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

93.   Answering Paragraph 93 of the Complaint, Citibank admits that Plaintiff's Account is governed by a written Card Agreement.  Except as expressly admitted, Citibank denies all remaining allegations.

94.   Answering Paragraph 94 of the Complaint, denied.

95.   Answering Paragraph 95 of the Complaint, Citibank states that Paragraph 95 calls for a legal conclusion, and, therefore, no response is required.  To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct and further denies that Plaintiff is entitled to any relief whatsoever from Citibank.

96.   Answering Paragraph 96 of the Complaint, Citibank denies the allegations contained in Paragraph 96.

97.   Answering Paragraph 97 of the Complaint, Citibank denies the allegations contained in Paragraph 97.

98.   Answering Paragraph 98 of the Complaint, Citibank denies the allegations contained in Paragraph 98.

**B.**   <u>**Count 2**</u>

      ***i.***   ***Criminal[2] & Civil[3] Violation of TILA, Part B***

            09/24/18 Disregarding of Statement Requirements

99.   Answering Paragraph 99 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

---

[1] Calif. Civil Code §§ 1549-1701.
[2] 15 U.S.C. §§ 1611(1) and (3).
[3] 15 U.S.C. § 1640.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

100.   Answering Paragraph 100 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

101.   Answering Paragraph 101 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

102.   Answering Paragraph 102 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

103.   Answering Paragraph 103 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

104.   Answering Paragraph 104 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

**C.** **Count 3**

**i.** ***Criminal & Civil Violation of TILA, Part B***

10/22/18 Disregarding of Statement Requirements

105.   Answering Paragraph 105 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

106.   Answering Paragraph 106 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

107.   Answering Paragraph 107 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

108.   Answering Paragraph 108 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

109.   Answering Paragraph 109 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

110.   Answering Paragraph 110 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

**D.**   **Count 4**

**i.**   ***Criminal & Civil Violation of TILA, Part B***

11/22/18 Disregarding of Statement Requirements

111.   Answering Paragraph 111 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

112.   Answering Paragraph 112 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

113.   Answering Paragraph 113 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full,

LA 52596494

granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

114. Answering Paragraph 114 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

115. Answering Paragraph 115 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

116. Answering Paragraph 116 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

**E.**   **Count 5**

   ***i.***   ***Criminal & Civil Violation of TILA, Part B***

      12/24/18 Disregarding of Statement Requirements

117. Answering Paragraph 117 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

118. Answering Paragraph 118 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

119.   Answering Paragraph 119 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

120.   Answering Paragraph 120 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

121.   Answering Paragraph 121 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

122.   Answering Paragraph 122 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full,

LA 52596494

granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

**F.**   **Count 6**

   ***i.***   ***Criminal & Civil Violation of TILA, Part B***

   01/22/19 Disregarding of Statement Requirements

123.   Answering Paragraph 123 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

124.   Answering Paragraph 124 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

125.   Answering Paragraph 125 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

126.   Answering Paragraph 126 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

127.   Answering Paragraph 127 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

128.   Answering Paragraph 128 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

### G.   **Count 7**

#### i.   ***Criminal & Civil Violation of TILA, Part B***

02/22/19 Disregarding of Statement Requirements

129.   Answering Paragraph 129 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

130.   Answering Paragraph 130 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

131.   Answering Paragraph 131 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part. The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7). Thus no response is required.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

132.   Answering Paragraph 132 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

133.   Answering Paragraph 133 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

134.   Answering Paragraph 134 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

**H.**   **Count 8**

   **i.**   ***Criminal & Civil Violation of TILA, Part B***

03/22/19 Disregarding of Statement Requirements

135.   Answering Paragraph 135 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

136.   Answering Paragraph 136 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full,

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

137.   Answering Paragraph 137 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

138.   Answering Paragraph 138 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

139.   Answering Paragraph 139 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

140.   Answering Paragraph 140 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

**I.**   **Count 9**

 **i.**   *Criminal & Civil Violation of TILA, Part B*

 01/22/19 Falsifying of Billing Statement

141.   Answering Paragraph 141 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

142.   Answering Paragraph 142 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

143.   Answering Paragraph 143 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

144.   Answering Paragraph 144 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

145.   Answering Paragraph 145 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full,

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

146.   Answering Paragraph 146 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

147.   Answering Paragraph 147 of the Complaint, on or about March 25, 2021, the assigned magistrate judge entered findings and recommendations recommending that Citibank's Motion to Dismiss be granted in part and denied in part.  The District Court judge adopted the findings and recommendations in full, granting Citibank's Motion to Dismiss as to Claims 2 through 9 for violations of TILA, 15 U.S.C. § 1637(b)(2), (3), and (7).  Thus no response is required.

## J.   **Count 10**

### i.   ***Criminal & Civil Violation of FCBA***

10/05/18 Disregarding of Collection Prohibition

148.   Answering Paragraph 148 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

149.   Answering Paragraph 149 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

150.   Answering Paragraph 150 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and, on that basis, denies the allegations contained in Paragraph 150.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

151.   Answering Paragraph 151 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and, on that basis, denies the allegations contained in Paragraph 151.

152.   Answering Paragraph 152 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and, on that basis, denies the allegations contained in Paragraph 152.

153.   Answering Paragraph 153 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and, on that basis, denies the allegations contained in Paragraph 153.

154.   Answering Paragraph 154 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and, on that basis, denies the allegations contained in Paragraph 154.

155.   Answering Paragraph 155 of the Complaint, Citibank states that Paragraph 155 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

156.   Answering Paragraph 156 of the Complaint, Citibank denies the allegations contained in Paragraph 156.

### K.     Count 11

#### i.       Criminal & Civil Violation of FCBA

10/24/18 Disregarding of Collection Prohibition

157.   Answering Paragraph 157 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

- 26 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

158.   Answering Paragraph 158 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

159.   Answering Paragraph 159 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and, on that basis, denies the allegations contained in Paragraph 159.

160.   Answering Paragraph 160 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and, on that basis, denies the allegations contained in Paragraph 160.

161.   Answering Paragraph 161 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and, on that basis, denies the allegations contained in Paragraph 161.

162.   Answering Paragraph 162 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and, on that basis, denies the allegations contained in Paragraph 162.

163.   Answering Paragraph 163 of the Complaint, Citibank states that Paragraph 163 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

164.   Answering Paragraph 164 of the Complaint, Citibank states that Paragraph 164 calls for a legal conclusion, and, therefore, no response is required.

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    To the extent a response is required, Citibank denies that it engaged in any wrongful

2    or unlawful conduct.

3        165.    Answering Paragraph 165 of the Complaint, Citibank denies the

4    allegations contained in Paragraph 165.

5        **L.**    **Count 12**

6            **i.**    ***Criminal & Civil Violation of FCBA***

7                12/26/18 Disregarding of Collection Prohibition

8        166.    Answering Paragraph 166 of the Complaint, Citibank incorporates each

9    of its foregoing responses as if fully set forth herein.

10       167.    Answering Paragraph 167 of the Complaint, Citibank states that

11   Plaintiff was sent a monthly billing statement for the Account for the billing period

12   ending September 24, 2018, and the statement speaks for itself.  Except as stated,

13   denied.

14       168.    Answering Paragraph 168 of the Complaint, Citibank lacks knowledge

15   or information at this time sufficient to form a belief as to the truth of the allegations

16   contained in Paragraph 168 and, on that basis, denies the allegations contained in

17   Paragraph 168.

18       169.    Answering Paragraph 169 of the Complaint, Citibank states that

19   Plaintiff was sent a monthly billing statement for the Account for the billing period

20   ending October 22, 2018, and the statement speaks for itself.  Except as stated,

21   denied.

22       170.    Answering Paragraph 170 of the Complaint, Citibank lacks knowledge

23   or information at this time sufficient to form a belief as to the truth of the allegations

24   contained in Paragraph 170 and, on that basis, denies the allegations contained in

25   Paragraph 170.

26       171.    Answering Paragraph 171 of the Complaint, Citibank lacks knowledge

27   or information at this time sufficient to form a belief as to the truth of the allegations

28

LA 52596494

contained in Paragraph 171 and, on that basis, denies the allegations contained in Paragraph 171.

172.   Answering Paragraph 172 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and, on that basis, denies the allegations contained in Paragraph 172.

173.   Answering Paragraph 173 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and, on that basis, denies the allegations contained in Paragraph 173.

174.   Answering Paragraph 174 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, on that basis, denies the allegations contained in Paragraph 174.

175.   Answering Paragraph 175 of the Complaint, Citibank states that Paragraph 175 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

176.   Answering Paragraph 176 of the Complaint, Citibank states that Paragraph 176 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

177.   Answering Paragraph 177 of the Complaint, Citibank denies the allegations contained in Paragraph 177.

**M.**   **Count 13**

   ***i.***   ***Criminal & Civil Violation of FCBA***

   01/04/19 Disregarding of Collection Prohibition

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

178.   Answering Paragraph 178 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

179.   Answering Paragraph 179 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending December 24, 2018, and the statement speaks for itself.  Except as stated, denied.

180.   Answering Paragraph 180 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, on that basis, denies the allegations contained in Paragraph 174.

181.   Answering Paragraph 181 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and, on that basis, denies the allegations contained in Paragraph 181.

182.   Answering Paragraph 182 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, on that basis, denies the allegations contained in Paragraph 182.

183.   Answering Paragraph 183 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, on that basis, denies the allegations contained in Paragraph 183.

184.   Answering Paragraph 184 of the Complaint, Citibank states that Paragraph 184 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

185.   Answering Paragraph 185 of the Complaint, Citibank states that Paragraph 185 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

186.   Answering Paragraph 186 of the Complaint, Citibank denies the allegations contained in Paragraph 186.

**N.**   **Count 14**

    *i.*   ***Criminal & Civil Violation of FCBA***

        11/22/18 Disregarding of Response Requirements

187.   Answering Paragraph 187 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

188.   Answering Paragraph 188 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

189.   Answering Paragraph 189 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and, on that basis, denies the allegations contained in Paragraph 189.

190.   Answering Paragraph 190 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and, on that basis, denies the allegations contained in Paragraph 190.

191.   Answering Paragraph 191 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and, on that basis, denies the allegations contained in Paragraph 191.

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

192.    Answering Paragraph 192 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and, on that basis, denies the allegations contained in Paragraph 192.

193.    Answering Paragraph 193 of the Complaint, Citibank states that Paragraph 193 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

194.    Answering Paragraph 194 of the Complaint, Citibank denies the allegations contained in Paragraph 194.

**O.    Count 15**

**i.      _Criminal & Civil Violation of FCBA_**

12/24/18 Disregarding of Response Requirements

195.    Answering Paragraph 195 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

196.    Answering Paragraph 196 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

197.    Answering Paragraph 197 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and, on that basis, denies the allegations contained in Paragraph 197.

198.    Answering Paragraph 198 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and, on that basis, denies the allegations contained in Paragraph 198.

- 32 -

LA 52596494

199.   Answering Paragraph 199 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and, on that basis, denies the allegations contained in Paragraph 199.

200.   Answering Paragraph 200 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and, on that basis, denies the allegations contained in Paragraph 200.

201.   Answering Paragraph 201 of the Complaint, Citibank states that Paragraph 201 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

202.   Answering Paragraph 202 of the Complaint, Citibank denies the allegations contained in Paragraph 202.

## P.   Count 16

### i.   Criminal & Civil Violation of FCBA

10/11/18 Disregarding of Subsequent Statement Requirement

203.   Answering Paragraph 203 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

204.   Answering Paragraph 204 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

205.   Answering Paragraph 205 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and, on that basis, denies the allegations contained in Paragraph 205.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

206.   Answering Paragraph 206 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and, on that basis, denies the allegations contained in Paragraph 206.

207.   Answering Paragraph 207 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and, on that basis, denies the allegations contained in Paragraph 207.

208.   Answering Paragraph 208 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and, on that basis, denies the allegations contained in Paragraph 208.

209.   Answering Paragraph 209 of the Complaint, Citibank states that Paragraph 209 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

210.   Answering Paragraph 210 of the Complaint, Citibank denies the allegations contained in Paragraph 210.

**Q.**   **Count 17**

  ***i.***   ***Criminal & Civil Violation of FCBA***

  11/22/18 Disregarding of Subsequent Statement Requirement

211.   Answering Paragraph 211 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

212.   Answering Paragraph 212 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

213.   Answering Paragraph 213 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 and, on that basis, denies the allegations contained in Paragraph 213.

214.   Answering Paragraph 214 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

215.   Answering Paragraph 215 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 215 and, on that basis, denies the allegations contained in Paragraph 215.

216.   Answering Paragraph 216 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and, on that basis, denies the allegations contained in Paragraph 216.

217.   Answering Paragraph 217 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 and, on that basis, denies the allegations contained in Paragraph 217.

218.   Answering Paragraph 218 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 and, on that basis, denies the allegations contained in Paragraph 218.

219.   Answering Paragraph 219 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

contained in Paragraph 219 and, on that basis, denies the allegations contained in Paragraph 219.

220.   Answering Paragraph 220 of the Complaint, Citibank states that Paragraph 220 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

221.   Answering Paragraph 221 of the Complaint, Citibank denies the allegations contained in Paragraph 221.

**R.**   **Count 18**

**i.**   ***Criminal & Civil Violation of FCBA***

12/24/18 Disregarding of Subsequent Statement Requirement

222.   Answering Paragraph 222 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

223.   Answering Paragraph 223 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

224.   Answering Paragraph 224 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and, on that basis, denies the allegations contained in Paragraph 224.

225.   Answering Paragraph 225 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied..

226.   Answering Paragraph 226 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

contained in Paragraph 226 and, on that basis, denies the allegations contained in Paragraph 226.

227.   Answering Paragraph 227 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 and, on that basis, denies the allegations contained in Paragraph 227.

228.   Answering Paragraph 228 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 and, on that basis, denies the allegations contained in Paragraph 228.

229.   Answering Paragraph 229 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 229 and, on that basis, denies the allegations contained in Paragraph 229.

230.   Answering Paragraph 230 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 and, on that basis, denies the allegations contained in Paragraph 230.

231.   Answering Paragraph 231 of the Complaint, Citibank states that Paragraph 231 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

232.   Answering Paragraph 232 of the Complaint, Citibank denies the allegations contained in Paragraph 232.

**S.**   **Count 19**

    *i.*   ***Criminal & Civil Violation of FCBA***

        01/22/19 Disregarding of Subsequent Statement Requirement

233.   Answering Paragraph 233 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

234.   Answering Paragraph 234 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

235.   Answering Paragraph 235 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 and, on that basis, denies the allegations contained in Paragraph 235.

236.   Answering Paragraph 236 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

237.   Answering Paragraph 237 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 and, on that basis, denies the allegations contained in Paragraph 237.

238.   Answering Paragraph 238 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 and, on that basis, denies the allegations contained in Paragraph 238.

239.   Answering Paragraph 239 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 and, on that basis, denies the allegations contained in Paragraph 239.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

240.   Answering Paragraph 240 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 240 and, on that basis, denies the allegations contained in Paragraph 240.

241.   Answering Paragraph 241 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 241 and, on that basis, denies the allegations contained in Paragraph 241.

242.   Answering Paragraph 242 of the Complaint, Citibank states that Paragraph 242 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

243.   Answering Paragraph 243 of the Complaint, Citibank denies the allegations contained in Paragraph 243.

**T.**   **Count 20**

*i.*   ***Criminal & Civil Violation of FCBA***

02/22/19 Disregarding of Subsequent Statement Requirement

244.   Answering Paragraph 244 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

245.   Answering Paragraph 245 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

246.   Answering Paragraph 246 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 246 and, on that basis, denies the allegations contained in Paragraph 246.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

247.   Answering Paragraph 247 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

248.   Answering Paragraph 248 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 248 and, on that basis, denies the allegations contained in Paragraph 248.

249.   Answering Paragraph 249 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 249 and, on that basis, denies the allegations contained in Paragraph 249.

250.   Answering Paragraph 250 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 250 and, on that basis, denies the allegations contained in Paragraph 250.

251.   Answering Paragraph 251 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and, on that basis, denies the allegations contained in Paragraph 251.

252.   Answering Paragraph 252 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 and, on that basis, denies the allegations contained in Paragraph 252.

253.   Answering Paragraph 253 of the Complaint, Citibank states that Paragraph 253 calls for a legal conclusion, and, therefore, no response is required.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

254.   Answering Paragraph 254 of the Complaint, Citibank denies the allegations contained in Paragraph 254.

**U.   Count 21**

**i.   Criminal & Civil Violation of FCBA**

03/22/19 Disregarding of Subsequent Statement Requirement

255.   Answering Paragraph 255 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

256.   Answering Paragraph 256 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

257.   Answering Paragraph 257 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 and, on that basis, denies the allegations contained in Paragraph 257.

258.   Answering Paragraph 258 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

259.   Answering Paragraph 259 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 and, on that basis, denies the allegations contained in Paragraph 259.

260.   Answering Paragraph 260 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

contained in Paragraph 260 and, on that basis, denies the allegations contained in Paragraph 260.

261.   Answering Paragraph 261 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 and, on that basis, denies the allegations contained in Paragraph 261.

262.   Answering Paragraph 262 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 and, on that basis, denies the allegations contained in Paragraph 262.

263.   Answering Paragraph 263 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 263 and, on that basis, denies the allegations contained in Paragraph 263.

264.   Answering Paragraph 264 of the Complaint, Citibank states that Paragraph 264 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

265.   Answering Paragraph 265 of the Complaint, Citibank denies the allegations contained in Paragraph 265.

**V.**    **Count 22**

*i.*      ***Criminal & Civil Violation of FCBA***

Oct and Nov 18 Disregarding of Third-Party Reporting Prohibition

266.   Answering Paragraph 266 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

267.   Answering Paragraph 267 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending September 24, 2018, and the statement speaks for itself.  Except as stated, denied.

268.   Answering Paragraph 268 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 268 and, on that basis, denies the allegations contained in Paragraph 268.

269.   Answering Paragraph 269 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 269 and, on that basis, denies the allegations contained in Paragraph 269.

270.   Answering Paragraph 270 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 270 and, on that basis, denies the allegations contained in Paragraph 270.

271.   Answering Paragraph 271 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 271 and, on that basis, denies the allegations contained in Paragraph 271.

272.   Answering Paragraph 272 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 272 and, on that basis, denies the allegations contained in Paragraph 272.

273.   Answering Paragraph 273 of the Complaint, Citibank states that Paragraph 273 calls for a legal conclusion, and, therefore, no response is required.

To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

274.    Answering Paragraph 274 of the Complaint, Citibank denies the allegations contained in Paragraph 274.

### W.    Count 23

#### i.    *Criminal & Civil Violation of FCBA*

Nov- and Dec-18 Disregarding of Third-Party Reporting Prohibition

275.    Answering Paragraph 275 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

276.    Answering Paragraph 276 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending October 22, 2018, and the statement speaks for itself.  Except as stated, denied.

277.    Answering Paragraph 277 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 277 and, on that basis, denies the allegations contained in Paragraph 277.

278.    Answering Paragraph 278 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 278 and, on that basis, denies the allegations contained in Paragraph 278.

279.    Answering Paragraph 279 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 279 and, on that basis, denies the allegations contained in Paragraph 279.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

280.   Answering Paragraph 280 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 and, on that basis, denies the allegations contained in Paragraph 280.

281.   Answering Paragraph 281 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 281 and, on that basis, denies the allegations contained in Paragraph 281.

282.   Answering Paragraph 282 of the Complaint, Citibank states that Paragraph 282 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

283.   Answering Paragraph 283 of the Complaint, Citibank denies the allegations contained in Paragraph 283.

## X.   **Count 24**

### i.   ***Criminal & Civil Violation of FCBA***

Nov- and Dec-18 Disregarding of Third-Party Reporting Prohibition

284.   Answering Paragraph 284 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

285.   Answering Paragraph 285 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending November 22, 2018, and the statement speaks for itself.  Except as stated, denied.

286.   Answering Paragraph 286 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

LA 52596494

contained in Paragraph 286 and, on that basis, denies the allegations contained in Paragraph 286.

287.   Answering Paragraph 287 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 287 and, on that basis, denies the allegations contained in Paragraph 287.

288.   Answering Paragraph 288 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 288 and, on that basis, denies the allegations contained in Paragraph 288.

289.   Answering Paragraph 289 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 289 and, on that basis, denies the allegations contained in Paragraph 289.

290.   Answering Paragraph 290 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 290 and, on that basis, denies the allegations contained in Paragraph 290.

291.   Answering Paragraph 291 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 291 and, on that basis, denies the allegations contained in Paragraph 291.

292.   Answering Paragraph 292 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 292 and, on that basis, denies the allegations contained in Paragraph 292.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 52596494

293.   Answering Paragraph 293 of the Complaint, Citibank states that Paragraph 293 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

294.   Answering Paragraph 294 of the Complaint, Citibank denies the allegations contained in Paragraph 294.

**Y.**   **Count 25**

    ***i.***   ***Criminal & Civil Violation of FCBA***

        Jan- and Feb-19 Disregarding of Third-Party Reporting Prohibition

295.   Answering Paragraph 295 of the Complaint, Citibank incorporates each of its foregoing responses as if fully set forth herein.

296.   Answering Paragraph 296 of the Complaint, Citibank states that Plaintiff was sent a monthly billing statement for the Account for the billing period ending December 24, 2018, and the statement speaks for itself.  Except as stated, denied.

297.   Answering Paragraph 297 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 297 and, on that basis, denies the allegations contained in Paragraph 297.

298.   Answering Paragraph 298 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 298 and, on that basis, denies the allegations contained in Paragraph 298.

299.   Answering Paragraph 299 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

LA 52596494

contained in Paragraph 299 and, on that basis, denies the allegations contained in Paragraph 299.

300.   Answering Paragraph 300 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 300 and, on that basis, denies the allegations contained in Paragraph 300.

301.   Answering Paragraph 301 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 301 and, on that basis, denies the allegations contained in Paragraph 301.

302.   Answering Paragraph 302 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 and, on that basis, denies the allegations contained in Paragraph 302.

303.   Answering Paragraph 303 of the Complaint, Citibank lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations contained in Paragraph 303 and, on that basis, denies the allegations contained in Paragraph 303.

304.   Answering Paragraph 304 of the Complaint, Citibank states that Paragraph 304 calls for a legal conclusion, and, therefore, no response is required. To the extent a response is required, Citibank denies that it engaged in any wrongful or unlawful conduct.

305.   Answering Paragraph 305 of the Complaint, Citibank denies the allegations contained in Paragraph 305.

## VII.   <u>DEMAND FOR RELIEF</u>

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1.      Answering Paragraph 1 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

2.      Answering Paragraph 2 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

3.      Answering Paragraph 3 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

4.      Answering Paragraph 4 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

5.      Answering Paragraph 5 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

6.      Answering Paragraph 6 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

7.      Answering Paragraph 7 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

8.      Answering Paragraph 8 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

9.      Answering Paragraph 9 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

10.     Answering Paragraph 10 of the Demand for Relief, Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

## VIII.  **DEMAND FOR JURY TRIAL**

Citibank states that Plaintiff demands a trial by jury, but denies any liability to Plaintiff and denies that Plaintiff is entitled to any relief whatsoever from Citibank.

## IX.   **VERIFICATION**

Citibank denies the allegations and any implication that Plaintiff's allegations have merit or Plaintiff is entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

Without assuming the burden of proof where it otherwise lies with Plaintiff, Citibank alleges the following affirmative defenses:

## **FIRST AFFIRMATIVE DEFENSE**

[Failure to State a Claim]

1.     The Demand, and each claim and cause of action set forth therein, fails to state a claim against Respondent.

## **SECOND AFFIRMATIVE DEFENSE**

[Comparative Negligence]

2.     Respondent denies any legal responsibility for Claimant's alleged damages; however, to the extent that Respondent is found to be legally responsible, Respondent's legal responsibility is not the sole and proximate cause of Claimant's alleged injuries, and any damages awarded to Claimant are to be apportioned in accordance with the fault and legal responsibility, if any, of all parties, persons and entities who contributed to and/or caused said damages.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

### THIRD AFFIRMATIVE DEFENSE

### [Adequate Legal Remedy]

3.     Each claim and cause of action of the Demand that sets forth a request for injunctive and equitable relief is barred because Claimant has an adequate legal remedy.

### FOURTH AFFIRMATIVE DEFENSE

### [No Injury]

4.     The Demand, and each claim and cause of action set forth therein, is barred, in whole or in part, because Claimant suffered no injury as a result of any act or practice of Respondent.

### FIFTH AFFIRMATIVE DEFENSE

### [Failure To Mitigate]

5.     To the extent that Claimant suffered any damages as a result of the matters alleged in the Demand, Claimant failed to mitigate those damages and his claims therefore are barred, in whole or in part.

### SIXTH AFFIRMATIVE DEFENSE

### [Independent/Intervening Conduct]

6.     Any damage, injury and/or harm sustained by Claimant was the direct and proximate result of the independent, intervening, negligent, criminal, and/or unlawful conduct of independent third parties or their agents, and not any act or omission on the part of Respondent.

### SEVENTH AFFIRMATIVE DEFENSE

### [Estoppel]

7.     The Demand, and each purported cause of action alleged therein, is barred by the conduct, actions and inactions of Claimant, which amount to and constitute an estoppel of the causes of action and any relief sought thereby.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## EIGHTH AFFIRMATIVE DEFENSE

### [Waiver]

8.      The Demand, and each purported cause of action alleged therein, is barred by the conduct, action and inactions of Claimant, which amount to and constitute a waiver of any right or rights Claimant may or might have in relation to the matters alleged in the Demand.

## NINTH AFFIRMATIVE DEFENSE

### [Unclean Hands]

9.      The Demand, and each claim and cause of action set forth therein, is barred, in whole or in part, on the grounds that Claimant may obtain no relief under the Demand by reason of the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### [Laches]

10.     Claimant unreasonably has delayed taking action in connection with the alleged claims, causing substantial prejudice to Respondents, and such claims therefore are barred pursuant to the doctrine of laches.

## ELEVENTH AFFIRMATIVE DEFENSE

### [Statute of Limitations]

11.     The Demand, and each cause of action therein, is barred by the applicable statutes of limitations, including, without limitation, 15 U.S.C. section 1666.

## TWELFTH AFFIRMATIVE DEFENSE

### [Ratification]

12.     The Demand, and each purported cause of action therein, is barred by the conduct, actions and inactions of Claimant under the doctrine of ratification.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## THIRTEENTH AFFIRMATIVE DEFENSE

### [Discharge of Duty]

13.     Respondent alleges that it has appropriately, completely and fully performed and discharged any and all obligations and legal duties, if any, arising out of the matters alleged in the Demand.

## FOURTEENTH AFFIRMATIVE DEFENSE

### [Speculative Damages]

14.     The Demand, and each claim and cause of action set forth therein, is barred, in whole or in part, on the grounds that Claimant seeks damages that are too speculative to permit recovery.

## FIFTEENTH AFFIRMATIVE DEFENSE

### [Contributory Negligence]

15.     Claimant failed to exercise reasonable and ordinary care, caution or prudence in order to avoid incurring the damages sought by the Demand; thus, the damages, if any, sustained by Claimant were proximately caused and contributed to by the negligence of Claimant.

## SIXTEENTH AFFIRMATIVE DEFENSE

### [Choice of Law]

16.     The Demand, and each claim and cause of action alleged therein, is barred, in whole or in part, to the extent it is based on law other than the governing law contained in the parties' credit card agreement.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### [Preemption]

17.     Any state law claims are preempted by federal law.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

### EIGHTEENTH AFFIRMATIVE DEFENSE

[Good Faith/Reasonable Commercial Standards]

18.     Respondent at all times acted in good faith and in accordance with reasonable commercial standards, thus precluding any recovery by Claimant.

### NINETEENTH AFFIRMATIVE DEFENSE

[Unintentional Violation/Bona Fide Error]

19.     The claims are barred, in whole or in part, because any alleged wrongful conduct on the part of Respondent, which is assumed only for the purpose of this affirmative defense, was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### TWENTIETH AFFIRMATIVE DEFENSE

[Discharge of Duty]

20.     Citibank alleges that it has appropriately, completely and fully performed and discharged any and all obligations and legal duties, if any, arising out of the matters alleged in the Complaint.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

[Agreement to Arbitrate]

21.     The claims alleged by Plaintiff in the Complaint are subject to binding, individual arbitration pursuant to the binding arbitration provision contained in the agreement governing Plaintiff's account with Citibank.  Citibank expressly reserves the right to elect to resolve this matter in arbitration pursuant to the parties' arbitration agreement.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

[Reservation of Right to Assert Other Defenses]

22.     Respondent expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

LA 52596494

1    WHEREFORE, Citibank requests the following relief:

2    1.    That the Complaint be dismissed with prejudice;

3    2.    That Plaintiff take nothing from Citibank by virtue of the Complaint;

4    3.    That judgment be entered in Citibank's favor;

5    4.    That the Court award Citibank its fees, expenses and costs to the full

6    extent permitted by law; and

7    5.    That the Court award such other relief as is just and proper under the

8    circumstances.

9

10   Dated:  July 12, 2021                STROOCK & STROOCK & LAVAN LLP
                                          ARJUN P. RAO
11                                        MARCOS D. SASSO
                                          NAMI R. KANG
12

13                                        By:    _____/s/ Marcos D. Sasso_____
                                                        Marcos D. Sasso
14                                        Attorneys for Defendant and
                                          Counterclaimant
15                                             CITIBANK, N.A.

16

17

18

19

20

21

22

23

24

25

26

27

28

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## COUNTERCLAIM

Defendant and counterclaimant Citibank, N.A. ("Citibank") alleges against plaintiff and counterdefendant Michael N. Anhar ("Anhar") as follows:

## JURISDICTION

1.      Jurisdiction over this Counterclaim is appropriate in this Court pursuant to 28 U.S.C. § 1367.  This Counterclaim arises out of the same transaction or occurrence on which Anhar's Complaint (the "Complaint") is based and does not require for its adjudication the presence of third parties over which the Court cannot acquire jurisdiction.  Anhar's Complaint challenges the validity of the balance on Anhar's delinquent credit card account with Citibank.  A logical relationship exists between the Complaint and the instant Counterclaim, which seeks to recover the balance owing on Anhar's accounts.  The issues of law and fact required to resolve the Complaint and the Counterclaim are largely the same and will rest upon much of the same evidence.  Judicial economy and fairness strongly favor determining all claims arising out of Anhar's Citibank credit card accounts in one action.

## PARTIES

2.      Citibank is a national banking association located in Sioux Falls, South Dakota.

3.      Citibank is informed and believes, and on that basis alleges, that Anhar is a resident of the State of California, County of Stanislaus.

4.      The true names and capacities, whether individual, corporate, associate or otherwise, of counterdefendants Roes 1 through 10, inclusive, are unknown to Citibank, which therefore sues said counterdefendants by such fictitious names. Citibank is informed and believes, and thereon alleges, that each of the counterdefendants designated herein as a Roe is legally responsible in some manner for the events and happenings referred to herein and legally caused injury and damages proximately thereby to Citibank, as herein alleged.

- 56 -

LA 52596494

# FACTUAL BACKGROUND

5.    Citibank is the issuer of Anhar's Citibank's credit card account, currently ending in account number 2558 (the "Account").

6.    The Account is governed by a written Card Agreement, as amended from time-to-time.

7.    The Card Agreement provides that the Account is governed by federal law and the law of South Dakota.

8.    The written Card Agreement provides that, in the event Citibank refers the Account to an outside lawyer for collection, Citibank is entitled to recover its attorneys' fees, plus the costs and expenses of any legal action, as permitted by law.

9.    Anhar used and made payments on the Account, and ultimately defaulted on the Account.

10.    As of January 12, 2021, the outstanding balance due on the 2558 Account is $3,540.65.

# FIRST CAUSE OF ACTION
## (Breach of Credit Card Agreement)

11.    Citibank re-alleges, and incorporates by reference, the allegations of paragraphs 1 through 10 above.

12.    Pursuant to the terms of the Card Agreement, Anhar agreed, in consideration of Citibank extending credit, to pay for any transactions charged to the Account, including, as applicable, fees and finance charges.  In reliance upon the provisions of the Card Agreement, Citibank did extend credit pursuant thereto at the request of Anhar.

13.    Citibank has duly performed all the conditions precedent on its part required to be performed under the Card Agreement.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

14.     Anhar has breached the Card Agreement by failing to make timely payments on the Account.  Accordingly, Citibank seeks to recover from Anhar the balance owing on the Account, which is at least $3,540.65.

15.     Pursuant to the terms of the Card Agreement, Citibank is entitled to interest on the unpaid principal sums advanced by Citibank at the agreed contract rate of interest.  Citibank will ask leave of this Court to amend its Counterclaim at the time of trial, to conform to proof, to state the exact amount of interest to which Citibank is entitled.

16.     Citibank will incur attorneys' fees and costs in connection with this matter, in an amount to be determined at trial, which Citibank is entitled to recover from Anhar pursuant to the written Card Agreement governing the Account.

## SECOND CAUSE OF ACTION

(Common Counts/Account Stated/Money Had And Received)

17.     Citibank re-alleges, and incorporates by reference, the allegations of paragraphs 1 through 16 above.

18.     Citibank alleges that Anhar is indebted to Citibank in the amount of at least $3,540.65 for money had and received by Anhar for the use and benefit of Anhar, arising out of Anhar's use of the Account, issued by Citibank to Anhar at the insistence and request of Anhar.  Although demand has been made on Anhar, no part of said sum has been paid and there is now owing and unpaid the principal sum of $3,540.65.

19.     Citibank alleges that Anhar is indebted to Citibank in the amount of $3,540.65, being the balance due on the Account.  Citibank further alleges that demands have been made by Citibank for payment of this sum and Anhar has failed and refuses to make payments.  Citibank further alleges that there is an account stated by operation of law where Citibank billed Anhar for the Account and received no proper objections.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

WHEREFORE, Citibank prays for judgment against Anhar, as follows:

(a)    For the principal sum of $3,540.65 on the Account;

(b)    For attorneys' fees pursuant to contract and according to proof;

(c)    For prejudgment interest according to proof;

(d)    For costs of suit incurred; and

(e)    For any other and further relief as the Court may deem just and proper.

Dated:  July 12, 2021                    STROOCK & STROOCK & LAVAN LLP
                                         ARJUN P. RAO
                                         MARCOS D. SASSO
                                         NAMI R. KANG


                                         By:          *Marcos D. Sasso*
                                                     Marcos D. Sasso
                                         Attorneys for Defendant and
                                         Counterclaimant
                                                  CITIBANK, N.A.

CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM
Case No. 1:19-cv-00496-LJO-EPG

LA 52596494

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021 a copy of the foregoing **CITIBANK, N.A.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES AND COUNTERCLAIM** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Marcos D. Sasso*
Marcos D. Sasso

*Via Mail*
Michael N. Anhar , ProSe
3183 Kendra Ct.
Turlock, CA 95382

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -

LA 52596494