Michael N. Anhar
3183 Kendra Ct.
Turlock, CA  95382-1335
Tel.: (209) 669-3909
michael.anhar@gmail.com
*Plaintiff/Counter-Defendant, Pro Se*

STROOCK & STROOCK & LAVAN LLP
Arjun P. Rao (SBN 265347)
Marcos D. Sasso (SBN 228905)
Nami R. Kang (SBN 227954)
2029 Century Park E., Ste. 1800
Los Angeles, CA  90067-3086
Tel.: (310) 556-5800
Fax: (310) 556-5959
lacalendar@stroock.com
*Attorneys for Defendant/Counter-Claimant
  Citibank, N.A.*

# UNITED STATES DISTRICT COURT

For the Eastern District of California

Fresno Division

| | |
|---|---|
| **Michael N. Anhar**, | № 1:19-cv-00496-NONE-EPG |
| Plaintiff; | **Joint Notice of Settlement and Stipulation of Dismissal with Prejudice; Order of Dismissal** |
| v. | |
| **Citibank, N.A.**, | |
| Defendant. | (L.R. 160)<br>(FRCP 41(a)(1)(A)(ii) & 41(c)) |

| | |
|---|---|
| 1 | **Citibank, N.A.**, |
| 2 | Counter-Claimant; |
| 3 | v. |
| 4 | **Michael N. Anhar**, |
| 5 | Counter-Defendant. |

## NOTICE & STIPULATION

Per L.R. 160 and Fed. R. Civ. P. 41(a)(1)(A)(ii) & 41(c), the parties notify the Court they've negotiated a settlement and executed a settlement agreement. Accordingly, the parties stipulate that they: (a) voluntarily dismiss with prejudice all their respective claims and counterclaims; (b) will bear their own costs, fees, and expenses; and (c) condition the effectiveness of this Stipulation on the Court's entry of an order *expressly* reserving and retaining jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

IT IS SO STIPULATED.

Dated: **August 31, 2021**          **/s/ Michael N. Anhar**
                                                         Michael N. Anhar
                                                         *Plaintiff/Counter-Defendant, Pro Se*


                                                                **/s/ Marcos D. Sasso**
Dated: **August 31, 2021**          **(as authorized on August 31, 2021)**
                                                         Marcos D. Sasso
                                                         STROOCK & STROOCK & LAVAN LLP
                                                         *Attorneys for Defendant/Counter-Claimant*
                                                         *Citibank, N.A.*

# ORDER

Given the parties' Stipulation, IT IS HEREBY ORDERED that:

1. this entire case is DISMISSED with prejudice, and each party will bear its own costs, fees, and expenses;
2. Plaintiff's Motion to Strike and Dismiss Citibank's Answer and Counterclaim (ECF No. 41) is DENIED as moot;
3. all other pending matters and dates are VACATED; and
4. the Court reserves and retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated: _____    _____
U.S. [DISTRICT] [MAGISTRATE] JUDGE