UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANHAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00496-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 45) |
| CITIBANK, N.A,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>MICHAEL ANHAR,<br><br>　　　　　　Counter-Defendant. | |

On August 31, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 45.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Court retains jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

///

///

Accordingly, the Clerk of the Court is respectfully directed to assign a district judge for the purpose of closing this case and then to close this case.

IT IS SO ORDERED.

Dated:  **September 1, 2021**                    /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE